**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN STARZINSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:24-cv-04501-AMO<br><br>**STATEMENT OF RECENT DECISION**<br><br>Action Filed: June 27, 2024<br>Honorable Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. respectfully submits this Statement of Recent Decision in support of its pending Motion to Dismiss (Dkt. No. 27).

1) *Doe I v. Google LLC*, No. 23-cv-02431-VC (N.D. Cal. June 6, 2025) (Dkt. 198), a true and correct copy of which is attached hereto as Exhibit A.

DATED: June 9, 2025

**GIBSON, DUNN & CRUTCHER LLP**

*/s/: Lauren R. Goldman*

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

*Attorneys for Defendant Meta Platforms, Inc.*