**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN *(pro hac vice)*
lgoldman@gibsondunn.com
DARCY C. HARRIS *(pro hac vice)*
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 9411-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER, SBN 191626
ltfisher@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

PHILIP L. FRAIETTA, SBN 354768
pfraietta@bursor.com
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ALAN STARZINSKI, ET AL

Plaintiffs,

v.

META PLATFORMS, INC.

Defendant.

Case No. 4:24-cv-04501-AMO (SK)

**STIPULATION AND [PROPOSED] ORDER TO REVISE CASE SCHEDULE**

Honorable Araceli Martinez-Olguin

Plaintiffs and Defendant Meta Platforms, Inc. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, plaintiffs' motion for class certification is currently due on June 11, 2026;

WHEREAS, the Parties have conferred and determined that a modest adjustment to the class certification motion briefing schedule is necessary in order for the parties to complete the necessary discovery;

WHEREAS, the Parties have conferred and agreed to the following proposed modified schedule, subject to Court approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, subject to the Court's approval, that the following deadlines shall be effective in this case:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Class Certification Motion and Plaintiffs' Class Expert Reports | June 11, 2026 | June 25, 2026 |
| Class Certification Opposition and Meta's Class Expert Reports | August 13, 2026 | September 10, 2026 |
| Class Certification Reply and Plaintiffs Class Expert Reply Reports | September 14, 2026 | October 12, 2026 |
| Class certification hearing | To be noticed by plaintiff based on the Court's availability at the time of filing | To be noticed by plaintiff based on the Court's availability at the time of filing |
| Fact Discovery Completion (for non-expert discovery) | 90 days after decision on class certification | 90 days after decision on class certification |

Dated: June 5, 2026

Respectfully submitted,

By: /s/ *Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

Philip L. Fraietta
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

Dated: June 5, 2026

By : /s/ *Lauren R. Goldman*
Lauren R. Goldman

Lauren R. Goldman (*pro hac vice)*
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice)*
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Phone : (212) 351-4000
Facsimile : (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 9411-3715
Telephone : (415) 393-8200
Facsimile : (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**Pursuant to stipulation, the Court GRANTS the parties' stipulation to revise the case schedule as described above. The Court warns that it will not again grant relief sought in pleadings that violate its Civil Standing Order, which requires requests to continue deadlines to be filed at least seven days in advance of the deadline, or pleadings that violate the Civil Local Rules, which require a stipulated request to change time to be supported by a declaration. The Court further ORDERS that the parties shall refrain from emailing court staff other than as permitted by the Court's Standing Order for Civil Cases. Future improper communications to court staff will result in sanctions.**

**IT IS SO ORDERED.**

Dated: **June 12, 2026**

Hon. Judge Araceli Martínez-Olguín
United States District Court Judge

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 5, 2026 By: */s/ Lauren R. Goldman*