**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

ALAN STARZINSKI, OLADEJI ODUMOSU, AURELIO MEDINA, and DARRNELL MCCOY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 4:24-CV-04501-AMO

**DECLARATION OF OLADEJI ODUMOSU IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Date: December 3, 2026
Time: 2:00 PM
Courtroom: 5 – 2nd Floor
Judge: Araceli Martínez-Olguín

I, Oladeji Odumosu, declare as follows:

1. I am over the age of 18 and I submit this declaration in support of my Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I have subscribed to ESPN+ from approximately 2018 through 2023 and have watched videos from ESPN+ on my desktop computer.

3. I have had a Facebook account since approximately October 2015.

4. I have a basic understanding of the difference between an individual action and a class action, and also understand that my role in this litigation is to protect the interests of other putative class members.

5. I have dedicated a significant amount of time to this action. I reviewed and approved the operative First Amended Complaint before it was filed. I also frequently communicate with my attorneys about this case. I have done so to discuss discovery requests or other issues requiring my immediate attention, to prepare and sit for a deposition, and to keep up to date on the case generally. I have searched for and produced documents and responded to interrogatories.

6. As a class representative, I will continue to work to the best of my abilities to prosecute this action on behalf of class members. I expect to assist further in the case as needed, including preparing for and testifying at my upcoming deposition, and at trial.

7. I have no interest in this litigation that would conflict with the interests of class members. I have no past or present financial, employment, familial or other relationship with any of the attorneys representing me that would cause me to put my economic interests above those of the class members I seek to represent.

8. The same email address is associated with my ESPN+ subscription and my Facebook account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2026.

Oladeji Odumosu (Jun 25, 2026 19:20:00 GMT+2)

Oladeji Odumosu