**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

OLADEJI ODUMOSU, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 4:24-CV-04501-AMO

**DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Date: December 3, 2026
Time: 2:00 PM
Courtroom: 5 – 2nd Floor
Judge: Araceli Martínez-Olguín

I, Philip L. Fraietta, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a member of the bar of this Court, and I am a partner at Bursor & Fisher, P.A., counsel for Plaintiff in this action. I make this declaration in support of the Plaintiff's Motion for Class Certification ("the motion"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

***Publicly Filed Exhibits***

2. Attached as **Exhibit 1** is a true and correct copy of the October 17, 2022 Declaration of Tobias Wooldridge.

3. Attached as **Exhibit 2** is a true and correct copy of Defendant Meta Platforms, Inc.'s February 16, 2023 Responses and Objections to Plaintiff's Second Set of Requests for Production in *McDaniel v. Meta Platforms, Inc.*

4. Attached as **Exhibit 19** is a true and correct copy of the June 16, 2020 Facebook Business Tools Terms, produced at META-PIXEL_STARZINSKI_000014503-04.

5. Attached as **Exhibit 20** is a true and correct copy of the December 26, 2019 Facebook Business Tools Terms, produced at PIXEL_STARZINSKI_000014448-51.

6. Attached as **Exhibit 28** is a true and correct copy of the Facebook Profile Information page for Plaintiff Oladeji Odumosu.

7. Attached as **Exhibit 32** is a true and correct copy of the June 25, 2026 Declaration of Plaintiff Oladeji Odumosu.

8. Attached as **Exhibit 33** is a true and correct copy of the firm resume for Bursor & Fisher, P.A.

9. Attached as **Exhibit 36** is a true and correct copy of excerpts from the June 23, 2026 deposition of Plaintiff Oladeji Odumosu.

***Documents Filed Conditionally Under Seal***

10. Attached as **Exhibit 26** is a true and correct copy of Event Data that Defendant produced for Plaintiff Oladeji Odumosu, produced at PIXEL_STARZINSKI_000014296.

11. Attached as **Exhibit 34** is a true and correct copy of excerpts from the January 23, 2024 person most knowledgeable deposition of Tobias Wooldridge in the case captioned *McDaniel v. Meta Platforms, Inc.*, No. 21-CV-383231 (Cal. Sup. Ct. Santa Clara Cnty.), produced by Defendant as Exhibit 1 to the Affidavit of Qiwen Xia, Data Scientist for Meta Platforms, Inc.

12. Attached as **Exhibit 35** is a true and correct copy of the Affidavit of Qiwen Xia, Data Scientist for Defendant Meta Platforms, Inc., which Defendant has designated as "Highly Confidential."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed in White Plains, NY on June 25, 2026.

*/s/ Philip L. Fraietta*
Philip L. Fraietta