question. Objection.
A. Yeah, can you break up the question?
Q. Have you ever watched ESPN or other shows at a hotel?
A. That's possible. I don't remember every hotel I've stayed the last decade. But it's possible.
Q. If you watched ESPN at a hotel, would you log into your own account before watching?
A. I think so. I don't know if I ever stayed at a hotel and used someone else's account.
Q. You may have, but you don't remember?
A. I can say confidently I mostly used my own account.
Q. I hear you mostly used your account, but did you ever use someone else's account to watch ESPN at a hotel?
A. I don't know for a fact, but I'm leaning overwhelming towards no.
Q. How about at an Airbnb? Have you ever stayed at an Airbnb and watched ESPN there?
A. I don't recall. I -- I've been at

Airbnbs around the world and I'm leaning towards no, never.

Q. Did you watch other streaming services from Airbnbs like Netflix or Amazon Prime?

A. Yes, I remember once. I mentioned seeing myself on some of the shows I've been on. There was a time I saw myself on Suits, a legal drama, interestingly, from an Airbnb on Amazon Prime. But besides that it's rare.

Q. And in that instance were you logged into your own Amazon Prime account or it was the Airbnb host's account or someone else's account?

A. It was my own.

Q. So do you remember ever watching anything on a streaming service that was the Airbnb host's account?

A. Honestly I can't say -- nothing jumps out of my memory.

Q. When you have logged into your own account or ESPN or other services at an Airbnb or hotel do you always log out before you leave?

A. Yes. Yeah, I would never leave something for others that might cause problems.

Q. How much money did you pay to

subscribe to ESPN when you first signed up in 2018?

A. I don't recall. It's been almost a decade. But typical rates.

Q. What are typical rates?

A. I honestly don't remember. I have to look it up.

Q. And you would be able to look it up and find out how much you paid to ESPN over the entire time that you have used it, right?

A. Yes.

Q. Did you have a subscription that renewed every month?

A. I don't remember. Maybe. I don't.

Q. What is your ESPN user name?

A. I'm not sure. There are a few possibilities that I use for many accounts. My email addresses or a few custom user names. So maybe one of those.

Q. What are the -- what are your best guesses? You said there are a few custom user names?

A. Yeah, I think -- where's my Facebook ...

MR. MIGOTSKY: I would object to

that question. Calls for speculation.
A. Again I'm not sure. But typical ones I always use I tend to recycle. I don't make up new user names every hour for -- I can say for many years I tend to stay with just a few.
Q. What are the few that you recycle?
A. So besides a few email addresses there is -- (Pause.)
So if you look at Exhibit 2, my Facebook profile, so something like where it says my profile URL, something with my name and 07, something like that. I might recycle with several platforms I used.
Q. Did you ever sign into ESPN with a third party like Facebook, Google, Apple or Amazon?
A. That's possible. Maybe, you know, I mentioned single sign on connectivity to make things easy. So maybe. I don't remember.
Q. If you had then it would have been with Facebook?
A. Yes, Facebook is very possible. I used it for Spotify for sure, I mentioned. And many of these tech giants to make things easy.

Q. When you signed up for ESPN+, what information did you provide to ESPN?

A. I don't know. But probably general demographic info. Name, email address, city and state. But I don't know besides that.

Q. For any of the browsers that you used to access ESPN, did you use any privacy settings like Incognito mode when you were watching things on ESPN?

A. I don't remember.

Q. Would you be able to check which privacy settings you had when you were using -- when you were watching ESPN?

A. Possibly.

Q. You said earlier at the very beginning of the deposition that you would use Incognito mode to search for certain things like health information that might have been a little bit awkward. Would you consider watching sports on ESPN to fall into the category of awkward things?

A. No. Health is a perfect one as mentioned. Health information I've had for over 20 years and only my inner circle know. That's like a perfect example. But not sports. I'm

not bashful whatsoever about that.
Q. Have you ever watched ESPN on a laptop or tablet -- sorry -- on an iPad or tablet?
A. That's possible. I've owned a few. So ... I think, yes, almost certainly the 2018 World Cup most likely. Because there would be two soccer matches at the same time. So that's probable.
Q. And what tablet? Was it an iPad?
A. Android. Samsung.
Q. You've never watched ESPN on an Apple device, right?
A. That's possible, too. Because I have gradually switched to Apple. I have a Mac, an iPad. So I can check. I don't know.
Q. When did you switch to Mac?
A. Early 2020s. So I bought an iPad like 2020. A MacBook 2023. So there's a good chance I watched it on those also.
MS. BARRERA: The next exhibit is Exhibit 18. Is that right?
THE COURT REPORTER: Yes, Exhibit 18.
MS. BARRERA: Exhibit 18. This is a

document that you produced in this case. It's ODUMOSU_000060. And this is an email that you received from ESPN member services on June 15, 2021.

(Odumosu Exhibit 18, email, ODUMOSU_000060 was marked for identification, as of this date.)

BY MS. BARRERA:

Q. Right?

A. Yeah, it looks accurate. It probably is a real email sent to me on that date.

Q. And it says your ESPN account has been updated. Do you see that?

A. Yes.

Q. What was updated in your ESPN account in June of 2021?

A. I don't know. June 2021. I -- oh, the European championship was happening. I love soccer and I love timeline so it's like good when I can connect the dots. So the 2020 European summer soccer championship happened, but it was moved a year back due to COVID. So probably June to July of that year maybe I resubscribed again to watch Italy versus

England. I remember that match, summer. I can't forget. So it might be that.

Q. Did you receive other emails like that every time you subscribed or unsubscribed from ESPN?

A. I think so. Usually they would -- most companies would say things of this nature to alert you to your account status change.

Q. Have you produced all of those emails in this case?

A. I'm sure -- you know, I know I'm aware of virtually every ESPN email I've gotten. And have I produced it to the world? No. Have I produced it to people on a need to know basis, yes.

Q. Well, we requested that information in this case. So I'm just trying to make sure whether you produced all of the emails that you have to us.

A. I don't know.

Q. Is that something that you can check after the depo?

A. Yes.

Q. Have you ever watched ESPN on any other devices other than the ones we have

discussed? So we have discussed laptop, phone, tablet. Have you ever watched on any other type of device like a gaming console, a Roku, something like that?

A. Roku, possibly. I'm not a gaming console kind of person, but, um, yeah. Anything I've ever watched regarding streaming ESPN has been mostly like standard TV type. Google Chromecast, things like that. Not so much gaming.

Q. What data do you object to ESPN sharing with Meta?

A. Any data that could be shared without my knowledge or consent, especially if it's meant to be some kind of marketing profitability kind of thing. But any in general, even if it's innocuous. It doesn't matter.

Q. So if ESPN wants to send you an ad on Facebook about an upcoming soccer match that they think you might be interested in, you object to that?

A. I think it's a trick question. But my answer is like everything I've said during this depo, I, you know, I've said earlier, you

know, I've had ads from Facebook about churches or helicopter flights, for flight lessons. Which I thought was cool and interesting, because I like. But did I think it was eavesdropping? Yes. So the short answer is like -- it's like many things in life. I don't know. It's like -- yeah. It's like kind of a tricky situation kind of, where they're giving me something I like, but I didn't quite ask for it. You know, so it's like are you watching me.

Q. Would you object to ESPN sharing data about your browsing if it weren't connected to your account? So if it were anonymous, for example?

A. I would object to anything I didn't consent to.

Q. Is there any data that you don't object to ESPN sharing with Meta?

A. Only things that the law mandates them to share. For instance I've had, you know, as an adult, even without me being in the situation, I know generally how the law works. If I'm talking to a counselor and I talk about self-harm, child harm or any of that, they have to share. So thankfully I've never been in

trouble, I mentioned, never been arrested. But God forbid if I talked about wanting to harm myself and Facebook shared it with the authorities, I'll be glad they did.

So that's probably the only case I can think of. Sharing things that could save lives without consent. But that's never been me.

Q. That also wasn't my question. Because my question was, is there anything that you don't object to ESPN sharing? I'm pretty sure ESPN is not going to have the type of data you were just referencing. Right?

So like do you object to ESPN sharing your email, for example?

A. If it's without my consent, yes.

Q. So it's not for you, your objection is really tied to the scope of your consent, not what specifically was shared, right?

A. Yeah. It's more about consent and, you know, feeling injured, personally violated and things like that. Especially for profit. That makes it worse.

Q. Would you continue to use ESPN today if there were a sporting event that you wanted

to see?
A. You know, I would be torn, honestly. If Nigeria, my country, were in the World Cup and I saw us beating our archrivals, Argentina, in the World Cup, and lifting the trophy, every Nigerian would go crazy. Because this has been like a 30-year old rivalry. So the short answer, if the only place in the world I can see that, like, lifetime dream match, dream of every Nigerian happening is ESPN, would I be tempted to watch ESPN? I don't know. I would be. But given the history, that would be an occasion for pause.
Q. Would you take a close look at their privacy policy to make sure you understand what you are agreeing for them to share before you decided to subscribe again?
A. Probably, after what's happened, yeah.
Q. Okay. Let's turn to Hulu. You said you also used Hulu. When did you use Hulu?
A. I know for a fact I've used Hulu in 2019, when I lived in Minnesota. And, yeah, TV shows that stand out, stuff I like, like everyone I watch, we pay for things we enjoy.

2020, again, the acting years in LA, 2020, '21, '22-ish I know I used it again. And I know I remember using Hulu on both my main email addresses.

Q. What types of things did you watch on Hulu?

A. One example would be Halle Berry's movie I'm sure I watched, called Kidnapped, which was a good movie. Spring of 2019. Like some kind of HC Theatre I think was the name of the show, which was -- because I love travel. I mentioned travel host. I saw that on Hulu when I lived in Minneapolis.

And then in LA, around 2021 or 2022, I don't remember too many, but I remember resubscribing maybe under a different -- my second email address. But I did watch a little bit also.

Q. You watched a little bit of what?

A. Hulu. I don't remember the shows. But typical things I enjoy. Sports, travel, helicopter flights. Seeing New York from the sky, like we're seeing right now.

Q. Do your same answers apply to Hulu that we discussed with respect to ESPN in terms

of what devices and what browsers you were using to watch Hulu?
A. I think so. Yeah. The same, you know, download the app, Google Chrome, Purity Browser, Firefox. Those typical ones.
Q. And are you claiming in this case that Hulu shared data with Meta?
A. I believe there's evidence to that effect.
Q. What data do you think Hulu shared with Meta?
A. That might need more digging, but I'm pretty sure the Facebook tracking pixel might have been linked to Hulu as well.
Q. Do you know right now of any videos you viewed that you think Hulu shared with Meta?
A. I don't know. I would have to look.
Q. And did you share your Hulu account with any other friends or family?
A. I don't think I did.
Q. Did you ever watch Hulu on anyone else's Hulu account?
A. I don't think so.
Q. Was anything that you watched on Hulu the type of sort of awkward information

that you would use Incognito mode to view?
A. I don't remember. I don't think so. Again, health is a perfect Incognito kind of thing.
Q. Okay. The last streaming service you mentioned was Sling TV that you said you maybe have used. If you used Sling TV when do you think you used it?
A. I recall using it for sure in 2016, maybe '17 when I lived in Buffalo. And maybe once in LA, about 20 -- you know, the LA years were 2019 to '25. So yeah. Prolonged in Buffalo and brief in LA.
Q. And what did you use Sling TV to watch?
A. News. I've always been interested in global news, travel, Europe. You know, that's why I'm there now. Let's see.
So generally news, information. Maybe sports.
Q. And do the same answers apply to Sling TV that you provided for ESPN in terms of what devices and browsers you were using to watch Sling TV?
A. Yes, devices, browsers, apps. And

for Sling I know I -- I mean not that it matters, but phone to TV, I did that more with Sling TV, using Chromecast. But it's essentially still my phone. It's only connecting it to the TV.

Q. Did you ever share your Sling login information with family or friends?

A. I don't believe I did.

Q. Did you ever watch Sling TV through another's account?

A. You know, I don't remember. If I -- you know, there might have been a time my family watched like maybe the Nigerian soccer team generally together.

Q. So you would watch it and they would also be there with you?

A. Yes.

Q. Have you ever provided your login information to your family so they could watch without you?

A. I don't think. And thankfully, you know, a lot of broadcasting, like if you live in another country they block -- they restrict the rights. One thing I did share with counsel, I really do honestly have overactive bladder, I go

a lot. I've seen doctors about this in different states.

MR. MIGOTSKY: If you need to take a break --

MS. BARRERA: If you need to go off.

MR. MIGOTSKY: Yeah, we could take a break.

THE VIDEOGRAPHER: This will end media unit 4. Going off the record at 2:21.

(Pause in proceedings.)

THE VIDEOGRAPHER: We are back on the record at 2:25. This will begin media unit 5.

BY MS. BARRERA:

Q. Do you ever use a VPN?

A. I have in the past. I don't know all the exact dates.

Q. What did you use a VPN for?

A. A good example would be when I visited Turkey seven years ago and, you know, a strict Muslim country, I wanted to watch something, or even something very, you know, benign. But I think they locked it down. So I had to go through like a different country or

so.

Q. Have you ever used a VPN to watch ESPN?

A. I don't think so.

Q. Have you ever used a VPN to watch Hulu?

A. I don't think I did. I don't remember. But I doubt it.

Q. Have you ever used a VPN to watch any sporting matches?

A. I don't think so.

Q. Have you ever used an ad blocker before?

A. I have -- I have, yes.

Q. What ad blockers have you used?

A. I don't remember the names but I have some on my Chrome browsers because I got tired of ads.

Q. When did you started using the ad blocker on your Chrome browser?

A. I positively remember like 2024, maybe to current. But before then I'm not sure.

Q. Do you adjust them on and off or you started using the ad blocker in 2024 and just left the setting in place since then?

A. Left them in place. I -- yeah. I usually don't adjust on and off. But ... yeah.
Q. Did you ever use any other ad blockers prior to 2024?
A. It's possible. I know I used pop-up blockers when those were really common and annoying. Like, say, 2010, something like that, before. Yeah. But ads I don't remember. Possible.
Q. What types of pop-ups were you finding really annoying?
A. Um. Yeah, really old. 2005 to 2010, '15, something like that. There used to be many like random, maybe spyware or, you know, super old, 20 years old when Facebook was in its infancy.
Q. Do you know whether ad blockers can prevent the Meta pixel from sending -- from firing?
A. I don't know.
Q. Have you ever looked into that?
A. No.
Q. Have you ever adjusted any privacy settings on Chrome other than sometimes using Incognito mode?

A. I'm not sure.
Q. Have you ever adjusted your cross website tracking setting on Chrome?
A. I don't know.
Q. Do you know the difference between third-party cookies and first party cookies?
A. Vaguely.
Q. What is the difference?
A. First party might be that specific website. And then a third might be, you know, someone not connected to the first or second, you know, like third-party witness or something like that.
Q. Have you ever used settings to block third-party cookies, like in Chrome or other browsers?
A. That's possible.
Q. Do you know when you did that?
A. I don't. But, you know, over the past decade I might have.
Q. When you get pop-ups from websites that say we use cookies, do you accept all, decline all or adjust settings? What do you usually select?
A. It depends on how much I'm in a

hurry, you know, I just want to get passed them because they pop up all the time, especially in Europe. I would usually say reject all except only necessary. There have been times I just say accept all.

Q. Does it matter what website you're on if you choose to accept all?

A. It's generally contingent on two things. If I'm just in a hurry to get past that warning or if I trust it.

Q. Have you ever adjusted cookie settings for ESPN?

A. I don't remember.

Q. Do you remember getting a cookie pop-up any time you visited ESPN's website?

A. I'm not sure.

Q. Is ESPN the type of website that you would have trusted and accepted all or do you think you would have rejected or customized cookies if you had received a pop-up?

MR. MIGOTSKY: Calls for speculation. Objection.

A. Yeah, I don't know.

Q. What about Hulu; have you ever -- do you recall ever seeing a cook pop-up from Hulu?

A. I don't recall.
Q. Do you recall seeing any cookie pop-up from any website or app where you viewed videos?
A. I -- I believe so.
Q. What website?
A. Europe for instance, you know, does, due to their GDPR, I think cookie policy, so it does pop up quite often. So when I watch the World Cup in Europe it does. But yeah, I don't remember besides that. I just try to stay safe online.
Q. When you watch the World Cup in Europe what cookie option do you select?
A. Um, you know, usually it's the same thing. Am I in a rush to see the match or do I trust it, things like that. I generally say only necessary.
Q. You said you used Firefox. Have you ever adjusted your privacy settings on Firefox?
A. I think so.
Q. What have you adjusted?
A. I don't know. But it's possible -- yeah, I haven't done anything to -- just basic things, basically, is what I will say.

Q. What do you mean by basic things?
A. I haven't gone in-depth. You know, I've adjusted cookies. I've cleared browsing data, emptied, you know, cache browsing history. Extensions. Things like that. I've looked for tracking cookies. But yeah, I've -- I've gone into history. I've been able to search. You can search by browsing history, type in Facebook.com, see all instances of visiting Facebook's website.
Q. You said that you've looked for tracking cookies. Have you ever adjusted or turned off tracking cookies for Firefox?
A. I think so. I try to use like internet security suites that would let me know and alert me to tracking cookies and delete and destroy and warn me about things like that.
Q. When did you first start adjusting tracking cookies through Firefox?
A. Not only Firefox but all browsers. I've heard the term tracking cookies for over a decade, and yeah, I don't remember, but definitely over a decade ago.
Q. So over a decade ago you were aware of tracking cookies and would make a point of

going into the browser settings and adjusting them to reflect your preferences?

A. Not militarily. Not militantly. I generally leave it, as mentioned, try to just, you know, trust the process. My security suite will catch most bad actors. Although I'm pretty savvy, some highly sophisticated ones can bypass security.

Q. What is the security suite you are referring to?

A. I've used several. You know, most computers now, especially Macs come equipped with standard security. Windows come with some you can download, Norton back in the day. McAfee. Things like that.

Q. Any others?

A. There might be some I'm not thinking of.

Q. Are you familiar with Strict mode in Firefox?

A. Possibly. I don't remember.

Q. Do you know what Strict mode does?

A. Not really.

Q. Do you know if you have used Strict mode?

A. I don't know.
Q. How about in Edge? Have you ever implemented a do not track request in Edge?
A. I don't recall.
Q. Do you recall any other specific privacy settings you've adjusted in Edge?
A. No.
Q. How about for Safari? Have you ever prevented cross site tracking in Safari?
A. That doesn't jump to mind.
Q. Have you ever adjusted any other Safari privacy settings?
A. I don't know.
Q. And then I think the last browser you mentioned was Opera. Are you familiar with Opera's privacy settings?
A. Kind of.
Q. Have you ever adjusted any of them to prevent web tracking or cookies?
A. Maybe. I don't know.
Q. You don't remember what settings you adjusted?
A. No, I don't.
Q. When you first signed up for ESPN do you remember being presented with a privacy

policy?

A. Possibly, I think, you know, like most companies they often, you know, they always provide something to read.

MS. BARRERA: Okay. Let's introduce the next exhibit, which I think is Exhibit 20.

THE COURT REPORTER: 19.

MS. BARRERA: 19, thank you.

(Odumosu Exhibit 19, privacy policy was marked for identification, as of this date.)

BY MS. BARRERA:

Q. This is a privacy policy that was in place, it says it was last modified on May 9, 2018, which is around when you first started using ESPN, right?

A. 2018? It might be close. 2018. Yeah, that doesn't sound too far.

Q. And this references the Walt Disney Company. Are you aware that the Walt Disney Company owns ESPN?

A. You know, I'm not sure.

Q. You're welcome to take a look at this, if you want. Are you familiar with this

policy?

A. I wouldn't say so.

Q. So you don't recall reading this when you first signed up for ESPN?

A. No, I don't.

Q. Okay. Let's just read. The first sentence of the policy says, "This privacy policy describes the treatment of information provided or collected on the sites and applications where this privacy [sic] is posted."

Do you see that?

A. Yeah, I can read it.

Q. And you said it was your general habit to skim privacy policies that were presented to you, right?

A. Yeah, I mostly trust that nothing legal might ensue. So I try to just use common sense and not, you know ...

Q. Let's take a look at the second page of the policy midway down. It says "How We Collect Your Information."

Do you see that?

A. Yes.

Q. Can you read the second paragraph

for me, please?
A. Sure. "We collect information through a variety of technologies, such as cookies, Flash cookies, pixels, tags, software development kits, application program interfaces, and web beacons, including when you visit our sites and applications or use our applications on third-party sites or platforms using one or more devices, whether or not you are logged in or registered."
Read the whole paragraph?
Q. Yes, please.
A. "Please visit Online Tracking Technologies and Advertising (https://web.archive.org" --
Q. You don't have to read the whole URL.
A. Yeah. "For further information, including Do Not Track and how to disable cookies and otherwise make choices with respect to such data collection."
Q. So this privacy policy from May of 2018 told you how ESPN would be using cookies and pixels in connection with your web and app activity, right?

MR. MIGOTSKY: Objection; vague.
A. I don't know.
Q. Well, you would agree with me that that sentence, that paragraph you just read discloses that ESPN uses cookies and pixels, right?
A. Again, I wasn't sure, Disney owned ESPN, and this particular paragraph I didn't read.
Q. But do you agree with me that the paragraph you just read discloses that, whether or not you read it before?
MR. MIGOTSKY: I'm sorry, can you clarify that question?
Q. You agree with me that the paragraph you just read discloses that cookies and pixels are used on the website?
A. It does mention the word --
MR. MIGOTSKY: Objection. The document speaks for itself.
A. Yeah, exactly. It does say it.
MS. BARRERA: Counsel, you can't coach the witness. So you have to still --
MR. MIGOTSKY: I'm not coaching the witness.

BY MS. BARRERA:
Q. You still have to answer the question even if your lawyer objects to the question. So I asked you if you agree with me that this policy discloses the use of pixels and cookies?
A. I see it, it does mention the use of Flash cookies, pixels. Did I agree to it? I don't remember if I ever saw this in my life.
Q. Did you ever visit the link there for "Online Tracking Technologies and Advertising"?
A. That doesn't sound like something I visited.
Q. So you never attempted to learn how you might be able to control the use of those technologies?
A. I don't know.
Q. Generally when a privacy policy that you read links out to some other document with more information on how you can control your privacy, do you click on that to learn more?
A. I don't know. I don't remember my general habits regarding these kind of long... I don't know.

Q. Do you recall ever looking at a privacy policy and clicking out to learn more about your privacy controls?
A. I don't recall.
Q. So you can't remember any specific instance of doing that?
A. No, I can't.
Q. Okay. And then the next sentence after that paragraph you just read says, "We collect information using analytics tools, including when you visit our sites and applications or use our applications on third-party sites or platforms."
Do you see that?
A. Yes.
Q. So if you had read ESPN's privacy policies you would have known that they use analytics tools, including pixels, right?
A. The whole Disney/ESPN thing, you know, kind of new to me, that this was something governing my use of ESPN, to watch a soccer match. I just -- yeah, most people tend to associate Disney with Disney characters. Not soccer matches. So would I say I read this thoroughly, because I wanted to watch a soccer

match? Probably not.

Q. That wasn't my question.

MS. BARRERA: Move to strike as nonresponsive.

BY MS. BARRERA:

Q. My question was if you had read ESPN's privacy policy. Let's actually rephrase.

If you had read this privacy policy, and assuming this applies to ESPN, which I get that you aren't sure about, but if you read this privacy policy you would have known that the website that posted this privacy policy uses pixels and analytics tools and cookies?

A. The short answer is I don't know. Because again, I had said earlier in this depo that, not too long ago, that Disney and ESPN is kind of new to me. I didn't know one owned the other.

Q. My question was assuming that's the case, which again I understand you're not sure about that, but if this policy were posted to the ESPN website, you would have understood that ESPN uses cookies, pixels, and analytics tools, right?

A. And my answer is I don't know. If

someone showed me this paragraph conspicuously in a way I couldn't deny then obviously I see the word pixels there. However given all the facts, looking back, I don't know if this is something I would consent to. I would -- you know, this is something I would read. Do I read the fine print? The short answer is I don't know. I -- I don't -- yeah. You know, it speaks for itself. It mentions the word pixels.

Did I see it when I signed up for ESPN? No. I wouldn't -- again, yeah, it just looks like ... my firm answer is someone would have had to like literally take this paragraph you showed me and make it, enlarge it and show me this is what you're signing for with ESPN for me to agree. Which didn't happen.

It looks like some kind of outsourcing, you know, beating around the bush kind of thing. ESPN/Disney. It's just not clear. The consumer wouldn't be able to tell right away.

Q. When you subscribe to a service like ESPN you often have to agree to terms of service and a privacy policy, right?

A. I think generally for most sites,

yes.

Q. But you don't remember specifically if you agreed to the privacy policy or terms of service for ESPN?

A. You know, when I signed up I probably agreed to things which I took in good faith, as mentioned a few times, not knowing that it might contain fine print about tracking, using a company's name like Disney, which I didn't immediately connect to ESPN.

MS. BARRERA: Let's take a look at ...

(Odumosu Exhibit 20, titled "Online Tracking Technologies and Advertising" was marked for identification, as of this date.)

BY MS. BARRERA:

Q. Exhibit 20 is a document titled Online Tracking Technologies and Advertising. We just looked at Exhibit 19 where it linked to this document and you said you never clicked out to read that.

This online tracking and technologies -- Online Tracking Technologies and Advertising states, in the first paragraph of a

two-page document, "We and certain service providers operating on our behalf collect information about your activity, or activity on devices associated with you, on our sites and applications using tracking technologies such as cookies, Flash cookies, pixels, tags, software development kits, application program interfaces and Web beacons."

Do you see that?

A. I do.

Q. And then it says in the last sentence of that paragraph, "This tracking data may be used for many purposes including, for example, to: Direct relevant content and advertising based on your preferences, usage patterns and locations."

Do you see that? I read the second bullet in the list of examples of how the data is used.

A. I can read it here.

Q. Did I read that correctly?

A. It seems like it.

Q. And it also says that the tracking data can be used to Monitor, evaluate and optimize the use and operation of our sites and

applications, right?
A. It does.
Q. And it also says that tracking data can be used to analyze traffic on our sites and on the sites of third parties, right?
A. It does.
Q. And then the last paragraph says -- this is before "You May Choose Not to Receive," do you see that? It starts with "Advertisers and third parties"? I'm sorry. This is the third paragraph on the first page.
A. "Advertisers and third parties also may collect" -- yes, I see that.
Q. Can you read that paragraph out loud, please?
A. Yeah. "Advertisers and third parties also may collect information about your activity on our sites and applications, on devices associated with you, and on third-party sites and applications using tracking technologies. Tracking data collected by these advertisers and third parties is used to decide which ads you see both on our sites and applications and on third-party sites and applications."

Q. That's a very clear disclosure that tracking data would be used for advertising, would you agree?

MR. MIGOTSKY: Objection, counsel is testifying.

A. Yeah, I don't agree.

Q. Why not?

A. Kind of for stated reasons. The average person using ESPN does not know they're governed. Do some people know that The Disney Company owns ESPN? Yes. Do they read -- if all they want to do is quickly watch a soccer match would they go read a Disney privacy policy in depth? Probably not. So that's why it's ambiguous. And it's quite hidden.

Q. I am not asking you whether someone would have read it. I am asking you whether now that you have read it, it clearly discloses that tracking data would be used and would be used for advertising?

MR. MIGOTSKY: Objection. The document speaks for itself.

A. Yeah, you know, this -- again, it seems unclear. I'm not sure what kind of -- I agree with counsel. I -- I think it's clear and

obvious, and it's something that is more after-the-fact.

Q. What is clear and obvious?

A. That what it says, what the document says, how they will use my activity on sites in applications. But what is not clear is if you watch a soccer match on ESPN, Facebook might track you without your consent. That's just not clear.

Q. The next sentence says, "You may choose not to receive targeted advertising from many ad networks and partners." And then it has a link where you can learn more. You didn't click on that link, right?

A. I don't remember.

Q. Do you remember ever -- you said earlier you couldn't remember any instance where you've clicked out from a privacy policy to control your privacy settings for that website or app, right?

A. I don't remember. You know, I just -- all I can say is I try to be savvy and watch out for common pitfalls. Do I click out, you know, things like these? I don't know. I stand by what I said. I don't remember.

Q. So you don't remember adjusting your ad controls for ESPN, right?
A. I don't.
Q. You can put that aside. So we talked about the other streaming services that you have used earlier, Netflix, Amazon Prime, ESPN, Hulu and Sling TV. Other than those five, do you have any other apps on your phone where you watch videos?
A. I might have Roku, I mentioned. The Roku app let's you watch things. I don't, you know. But there's nothing I'm paying for at the moment. But, you know, general things a lot of people use to stream video.
Q. And when did you start using Roku?
A. About the past few years. I know, you know, in 2025 I used it. Before then I'm not sure.
Q. Do you participate in any online forums like Reddit or other places where you can communicate with other people?
A. Rarely.
Q. Which ones do you use?
A. I mean I've used Reddit before. More as a consumer. I'm not an active

participant. Online forums, communicating like Reddit, Discord and things like that. Not much. Just more of a reader.

Q. Have you ever posted anything on Reddit or Discord or any other website other than Facebook, which we discussed earlier, about videos that you're interested in or TV shows you're interested in?

A. I don't think so.

Q. How about on TikTok; have you ever posted on TikTok about shows or videos that you like?

A. I don't think I have.

Q. How about on YouTube? I know you watch YouTube videos and you have shared some YouTube videos on Facebook which we looked at earlier but do you also interact with users in the YouTube platform?

A. Not too much.

Q. Do you "like" videos on YouTube? Like "like" them, not --

A. Yeah, with a thumbs up. Yeah. Every now and then I do give at least one month -- you know, each month I give a thumbs up for "liking" stuff on YouTube.

Q. Do you have a Twitter account?
A. I think so. Which I haven't used in a while.
Q. Have you ever posted on Twitter or now called X about any videos or TV shows that you like?
A. I don't think I have.
Q. Have you ever posted about sports?
A. I don't think so.
Q. What is your user name for your former TikTok account?
A. Former TikTok?
Q. I'm sorry. Twitter?
A. Twitter. Like Instagram I have -- or had two. I don't even remember if I deleted. It's been months or years. One was private. The other was more of my public TV persona. And what were they? I think the public one might have been like Instagram, Deji Odumosu. Or Deji 07 or something. You know, the numbers 07 do come up a lot for me. That's important. Significant year in my faith journey. But yeah, I can look. But honestly I'm not sure. Because I don't use X every day.
Q. How about Snapchat? Do you use

Snapchat?

A. I have used it. Not much.

Q. Did you ever post or use Snapchat to discuss videos or sporting matches or TV shows?

A. No.

Q. Do you use any email Listservs that have more than ten people on them?

A. I don't think so.

Q. Have you ever commented on any blogs or news articles about sports?

A. Blogs, most likely not. News articles, rare. I mean some -- yeah, I've been watching the World Cup now for decades, so if like the craziest move happened I might say that was amazing or something. Every couple of years. So the short answer is blogs, no. Other sources online, short, if any.

Q. What sources would those have been that you were watching or commenting on the World Cup?

A. Possibly like maybe some Nigerian soccer fan's YouTube channel. I don't know. I'm thinking. But I do subscribe to one or two, yeah, social media, YouTube, Facebook, Nigeria, Sweden. So possibly a little bit here and there

commenting on like my favorite athlete, favorite channel. You know, saying that goal was amazing. Something like that. But ...

Q. And those comments would have been through either YouTube, Facebook or Instagram?

A. Yeah, usually.

Q. Okay. I am going to ask you some quick questions about news sources that you read, or have ever read.

Do you read any sources for your news?

A. Yeah, I look at a lot of reputable news websites.

Q. What news websites do you look at?

A. A lot of big global ones like -- usually I start European, like Euronews. Middle Eastern, Al Jazeera. BBC. And then some big American ones like CNA. Yeah, Channel News Asia. It offers a different perspective. You've got to be global.

Q. Do you ever read The New York Times?

A. Not much. I've read it before. I'm not a daily subscriber.

Q. How about the Los Angeles Times?

A. I have subscribed. But not

currently.

Q. When did you subscribe to the Los Angeles Times?

A. I know I did around 2023, '24.

Q. How about the Washington Post?

A. I don't recall.

Q. How about Time Magazine?

A. I don't remember.

Q. Business Insider?

A. I don't know.

Q. The Wall Street Journal?

A. I don't know.

Q. The Daily Herald?

A. That doesn't sound familiar.

Q. How about Forbes.com?

A. Not the online site, I haven't subscribed.

Q. What do you mean? Do you read Forbes in another format?

A. Yeah, you said dot-com, which implies, you know, the digital. Many years ago, did I subscribe to the print magazine? I don't know. I know my brother did. Did I then do so? I don't know.

Q. How about Fox News?

A. No, I haven't.
Q. Huffington Post?
A. I don't think so.
Q. TechCrunch?
A. No.
Q. CNET?
A. Read a lot, but I don't know if I was a regular subscriber.
Q. Vice.com?
A. No. No subscription I could think of.
Q. Politico?
A. No.
Q. PR newswire?
A. Doesn't sound like me.
Q. Wired?
A. No active subscription.
Q. Did you used to have a subscription to Wired?
A. I don't remember. I've read, but I was never -- there was never a time in my life where I got like weekly, you know, publications or anything. So I'm leaning towards no.
Q. How about Tech Radar?
A. I don't think so.

Q. The Daily Beast?
A. I don't think so.
Q. MSNBC?
A. No subscription. Though I'm familiar with what it is.
Q. Have you ever read articles from them?
A. From the MSNBC website? Yes.
Q. The Markup?
A. No.
Q. Have you ever watched John Oliver?
A. I don't remember.
Q. Have you ever watched an episode from John Oliver about data brokers?
A. You know, I don't remember. Is that possible? I don't know. I've done so much in my life. I don't remember.
MS. BARRERA: Let's go off the record.
THE VIDEOGRAPHER: This will end media unit 5. Going off the record at 3 p.m.
(Recess.)
THE VIDEOGRAPHER: We are back on the record at 3:14. This will begin media

unit 6.

BY MS. BARRERA:

Q. You said earlier that you signed up for Facebook in October 2015, right?

A. The current account, yes.

Q. And when you signed up you were provided with links to Facebook's terms of service, right?

A. Probably, like most companies, I believe so.

Q. And how about its data policy?

A. I don't remember.

Q. Do you remember that in order to sign up for Facebook you had to agree to its terms?

A. That sounds reasonable.

Q. And you continued to create your Facebook account, right?

A. Yes.

Q. And you also agreed that by continuing to use Facebook you would agree to any updated terms that they rolled out over time, right?

MR. MIGOTSKY: Objection; calls for a legal conclusion.

A. Yeah, I don't know. Maybe. That might be another loop or something. But I don't know.

Q. Have you received any emails from Facebook letting you know that they were planning to roll out updated terms or an updated privacy policy since you signed up in 2015?

A. I don't know that. I might have to dig. I'm not sure.

Q. You didn't produce any emails like that, did you, in this case?

A. I don't remember.

Q. And in July 2020 you signed up for your first Instagram account, is that right, timing-wise?

A. I actually had one prior, I believe September 2019. I signed up for one.

Q. And then the second one was in July 2020?

A. June or July of 2020, yes.

Q. And when you signed up with Instagram you were also provided with links to Instagram's terms of service, right?

A. Probably.

Q. And you agreed to those in order to

create your Instagram account?
A. I think so.
MS. BARRERA: Let's take a look at Exhibit 21.
(Odumosu Exhibit 21, Facebook's Statement of Rights and Responsibilities was marked for identification, as of this date.)
BY MS. BARRERA:
Q. Exhibit 21 is a document produced in this case, Pixel_Starzinski_000001226.
And this is Facebook's Statement of Rights and Responsibilities dated January 30, 2015.
Do you see that?
A. I do.
Q. Did you review this document when you signed up for your Facebook account in October of 2015?
A. Not at length, no.
Q. You skimmed it?
A. The possible, but I honestly don't remember, because it's been eleven years.
Q. Can you read what it says in the first paragraph, the second sentence, "By using

or accessing"?

A. Yeah. "By using or accessing the Facebook Services, you agree to the statement, as updated from time to time in accordance with section 13 below."

Yeah. That's good? Or the next one?

Q. And then you created your Facebook account agreeing to these terms, right?

A. As mentioned, I probably skimmed, took it in good faith that I was safe and protected by the laws governing United States citizens and, you know ... so the short answer is I skimmed, and assumed the best. Hoped for the best.

Q. Can you read what it says under number 1, "Privacy"?

A. "Your privacy is very important to us. We designed our data policy to make important disclosures about how you can use Facebook to share with others and how we collect and can use your content and information. We encourage you to read the data policy, and to use it to help you make informed decisions."

Q. Did you ever read the data policy

when creating your Facebook account?
A. It doesn't sound like something I read.
Q. Have you read it at any time since creating your account?
A. You know, it doesn't jump out. Possibly. Again, skimmed is typically what I do and assume the best. That no company will eavesdrop, intrude or violate me in any way, knowing there are laws that can hold them accountable if they do.
Q. Let's take a look at the last page of this Statement of Rights and Responsibilities. Do you see the bolded language in the middle of the last page?
A. "Rights and Responsibilities." Okay. Sorry.
Q. The last page --
A. The very last page?
Q. -- of Exhibit 21.
A. Okay.
Q. And then midway through --
A. Midway bolded, yes.
Q. Yes. Can you read that, please?
A. "By using or accessing Facebook

Services, you agree that we can collect and use such content and information in accordance with the data policy, as amended from time to time. You may also want to review the following documents, which provide additional information about your use of Facebook."

Q. So you agreed when you created your Facebook account in 2015, that Facebook could collect and use your information as described in the data policy, right?

A. I would have to say I'm not sure to that one.

Q. Why?

A. Because it just -- it seems like legal, um, just a lot of legal -- legalese, basically. Lots of legal terms that the average consumer may not necessarily agree to, but they are more inclined to using Facebook for its benefits, not so much any kind of unforeseen harm and injuries to themselves.

Q. Did you click the data policy to learn what Facebook would do with your data?

A. I don't think I did.

Q. So you can't say that how it would use your data was unforeseen if they linked the

policy that you chose not to read, right?
A. I can say, positively, whether I read it or not, that it was unforeseen that I would suffer harm from signing up for something I thought was beneficial. And, yeah, I didn't imagine any injuries or damages resulting from signing up for Facebook.
MS. BARRERA: Let's take a look at the data policy now. This will be exhibit 22.
(Odumosu Exhibit 22, Facebook's data policy dated January 30, 2015 was marked for identification, as of this date.)
BY MS. BARRERA:
Q. This data policy was produced in this case. It's Pixel_Starzinski_000000908. And this was Facebook's data policy dated January 30, 2015.
Do you see that?
A. I do.
Q. Under "What kinds of information do we collect?" Do you see that, header 1 on the first page?
A. Yes.
Q. Can you read the paragraph about

information from third-party partners? It's near the bottom of the list.
A. Yeah. "We receive information about you and your activities on and off Facebook from third-party partners, such as information from a partner when we jointly offer services or from an advertiser about your experiences or interactions with them."
Q. So you agree that third parties could share information about your interactions with them with Facebook, right?
MR. MIGOTSKY: Objection; vague.
A. Yeah, I think that's not clear, who these third parties are, what they might share, how they might benefit, especially in ways that might be damaging or adverse, harmful, detrimental to me.
Q. So earlier you said that your issue is with -- with ESPN doing something that you didn't consent to.
A. Mm-hmm.
Q. And the scope of your consent is covered by the policies ESPN had and Facebook had, right?
A. I am not sure. Facebook has

policies, ESPN has them also. But one thing I will insist on is I never admitted to third parties sharing things that could be used to profit them and cause damages to me.

Q. Well, what is the damage you are referring to?

A. I'm referring to using, you know, information that might be harmful, classified or causing intangible damage to me.

Q. Have you suffered any harm or intangible damage to you from ESPN sharing data with Meta?

A. I have suffered intrusion. I've suffered injuries of having companies I never signed up for or knew, knowing about my viewing habits, and actually watching what I was watching in realtime so they can advertise in ways that would prove injurious to me.

Q. You keep saying injurious damage. Like what kind of damage? You said intrusion? Is that privacy intrusion?

A. Yes, privacy intrusion, knowing I was watching some tennis match or some other sporting event, and, yeah, eavesdropping in that way, made me feel violated.

Q. You already said earlier that what you consider to have harmed you is whether data was shared without your consent. So how do you know what you consented to if you didn't read the policies?

A. I do try to be aware of all policies when I sign up for new services. And what both tech companies did, which I think was damaging and injurious, is essentially eavesdropping in ways I did not expect.

Q. Your expectations would have been different if you had actually read ESPN's privacy policy and the specific document, two-page document that we looked at earlier telling you exactly what it was going to do with your data, right?

MR. MIGOTSKY: Objection; calls for speculation.

A. Yeah, I think, again, whether I read it or not, it's speculative. And I probably would have the same response, you know, if I read it with a fine -- you know, magnifying glass, fine-tooth comb or not. I still think it's wrong.

Q. So how would ESPN have gone about

getting your consent to use your data for advertising and analytics if it's not enough for it to be included in their privacy policy?

A. Make it explicit, crystal clear, we're going to eavesdrop, we're going to watch what you're watching in realtime so we could target you for advertising. Say something like that. That's courage.

Q. So if they said that in the privacy policy that would be enough?

A. If I saw it and signed up, then it's all on me. You know, we're going to see you watching this tennis game in realtime and we will use that. We're going to be invasive and intrusive. And do you agree. If I said yes, then that's, you know, very explicit.

MS. BARRERA: Let's look at a later version of Meta's data policy which is going to be Exhibit 23.

(Odumosu Exhibit 23, Meta's data policy was marked for identification, as of this date.)

BY MS. BARRERA:

Q. Exhibit 45 was produced in this case --

THE COURT REPORTER: 23?
MS. BARRERA: Thank you.
Q. Exhibit 23 was produced in this case, Pixel_Starzinski_000014438. This was a data policy also from Facebook. And if you look at the last page you'll see the date of last revision was April 19, 2018. Do you see that?
A. Yes.
Q. And you were still using Facebook in April of 2018, right?
A. I was.
Q. Okay. Have you ever reviewed this document?
A. Like other documents, it doesn't strike me as one I have done more than skim.
Q. Okay. Let's take a look at the top of page 3 where it says "Information From Partners." Do you see that?
A. Yes.
Q. Can you read the first sentence?
A. "Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs, or SDKs or the

Facebook pixel."

Q. And then can you read the next sentence?

A. "These partners provide information about your activities off Facebook, including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services, whether or not you have a Facebook account or are logged into Facebook."

Q. So Meta's data policy explained that it would get data about your use of other websites and apps, including through the Facebook pixel, right?

MR. MIGOTSKY: The document speaks for itself. Objection.

A. I don't know. I mean it does mention the word pixel on it, but -- yeah. I don't know the full response to that.

Q. Let's take a look at the section below, number II, "How do we use this information?"

And then there are several bullets and sub-bullets. One of them is at the very end, the last one, "Ads and other sponsored

content." Can you read that paragraph, please?
A. We use the information we have about you, including information about your interests, actions and connections to select and personalize ads, offers and other sponsored content that we show you. Learn about how we select and personalize ads, and your choices over the data we use to select ads and other sponsored content for you in the Facebook settings and Instagram settings."
Q. So Facebook told you in the data policy that it would use the information about you to serve you ads, right?
MR. MIGOTSKY: The same objection. The document speaks for itself.
A. Yeah, it -- it does say things that seem plain and obvious. However, words like pixel, you know, we use information about you, you know, first I didn't see it, didn't know what that pixel term meant, re this deposition, until after the case was initiated. So yeah, it all seems obscure until one takes a closer look and has, you know, counsel and things like that.
Q. Well, you've said you're pretty sophisticated and you understood -- you've known

about cookies and tracking for over a decade, right?

A. I did say that. Did I know what a tracking -- a pixel was? I never said.

Q. But you understood that websites and apps were sharing data with third parties for advertising purposes; you've known that for over a decade, right?

MR. MIGOTSKY: Misstates the testimony.

A. Yeah, um, I think you might be kind of skewing my words and taking them out of context.

Q. Okay. Why don't you rephrase then?

A. Okay. For over a decade I've known what, you know, cookies are. I didn't know the full extent, something like the word pixel, I had no idea. I thought it was what most people assume. Pixel, you know, how many pixels is your screen.

You know, as counsel mentioned, the document speaks for itself. I did not go through this data policy exhaustively. And it is quite very much after-the-fact kind of, you know, fine print, making it sound harmless,

while in fact it is quite harmful. It's not a benign cancer. Quite a malignant one. So yeah. So I agree with counsel.

Q. Let's read -- please read the next paragraph under "Provide Measurement, Analytics, and Other Business Services."

A. "We use the information we have (including your activity off our products, such as the websites you visit and ads you see) to help advertisers and other partners measure the effectiveness and distribution of their ads and services, and understand the types of people who use their services and how people interact with their websites, apps, and services. Learn how we share information with these partners."

Q. Did you ever click to learn more about how Facebook would use data for measurement analytics -- and analytics purposes?

A. I don't recall if I did.

Q. Have you ever read Meta's cookies policy?

A. I don't know.

(Odumosu Exhibit 24, Meta's cookies policy was marked for identification, as of this date.)

BY MS. BARRERA:

Q. Exhibit 24 is Meta's cookies policy that was produced in this case. Pixel_Starzinski_000000884.

Are you familiar with this cookies policy?

A. I don't think I am.

Q. You've never read it?

A. Probably not.

Q. Can you read the middle paragraph on that page?

A. So the one after "Effective December 12th"?

Q. The second paragraph after that.

A. Okay. "We use cookies if you have a Facebook or Instagram account, use the Meta Products, including our website and apps, or visit other websites and apps that use the Meta products (including the Like button). Cookies enable Meta to offer the Meta products to you and to understand the information that we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in."

Q. And please read the last paragraph

on that page as well?
A. "This policy explains how we use cookies and the choices you have. Except as otherwise stated in this policy, the privacy policy will apply to our processing of the data that we collect via cookies."
Q. And did you ever read this to learn more about how Meta uses cookies and what choices you have?
A. I don't think I did.
Q. Okay. Have you ever heard of Meta's commercial terms?
A. I don't think I have.
Q. How about Meta's business tools terms?
A. I don't think so.
Q. Okay. You can put that aside.
Okay. I want to go back to the harm that you're alleging here. So other than the invasion of privacy, have you ever suffered any monetary harm from the allegations that ESPN shared data with Meta?
A. I can't say for a fact at this point.
Q. What do you mean by that?

A. I don't know. I don't at this point.

Q. Have you lost any money as a result of ESPN sharing data allegedly with Meta?

A. I'm not sure.

Q. How are you not sure if you've lost money? You're bringing this case.

A. Right. Um, you know, it's something I would have to sit and look. I could have spent money doing things, you know, indirectly. Perhaps without knowing it, I was -- some product was advertised without my consent that I didn't know was connected to the whole tracking pixel, which I did purchase maybe on an exorbitant price. I don't know. It's possible. I would have to research.

Q. You have no evidence of that kind of monetary harm, do you?

A. I might dig it up if I look, but it's quite possible.

Q. What would you look for?

A. Spending habits, especially since the tracking surfaced.

Q. So you think you have spent -- you paid more for a product that was advertised to

you because the Facebook pixel facilitated the advertising?

A. It's possible.

Q. What evidence do you have to support that?

A. I might look it up. I don't know. That's one. And then I also mentioned intangible injuries. Just knowing my privacy was violated, that's not -- you can't put a price on that. But it does hurt.

Q. Have you spent any money on therapy because of this harm?

A. I don't know. Um, but, you know, having to take time off my plans to relocate to Europe, I guess it gained some traction with teaching. That's one form of intangible injury.

Yeah, so things of that nature.

Q. Anything else? I need a full list. Not just things of that nature. But anything else specific that you think you have suffered as a result of ESPN allegedly sharing data with Meta?

A. Work -- you know, I mentioned this. When I taught in California, there were times I, you know, had to, instead of focusing on

teaching I was distracted by the case. So that's an example of intangible injury.

Q. Did that impact your employment?

A. One could say so. I had some problems with my last employer, teaching in California.

Q. What problems did you have?

A. Disputes, discrepancies. I will admit it's not all Facebook/ESPN/Meta. But did it affect my teaching? I would be -- yeah, if I said absolutely not, then it won't be the whole truth.

Q. So how specifically did ESPN sharing data with Meta lead to disputes at work?

A. This whole ESPN data/Meta incident is something that's followed me for years, including work, as mentioned, for a few months at a school in California, and there were times instead of planning, doing the normal teacher duties where I had to confer with counsel all the way in New York. Or San Francisco, or so. Which was minor. So I did say it wasn't only this case. But the fact that it took time away from what I could have used to be productive is important.

Q. Okay. Let's put aside the time you spent corresponding with your attorneys in this case, because you made a choice to be a named plaintiff in this case. Putting that aside, before they represented you, this alleged harm that you suffered occurred long before they represented you, right? Because you said you used ESPN in 2018 and -- primarily, and maybe sometimes later than that. So in 2018, 2019, 2021 and 2022 when you allegedly watched videos that may or may not have been shared with Meta, what harm did you suffer in that time period?

A. So in 2018, 2019, 2021, now that I mentioned the European soccer, now I'm like 99 percent confident I used ESPN in 2021. And what kind of harm? Sometimes the harm is not so evident until -- they say hindsight is 20/20. So yeah, just knowing my rights as a U.S. citizen and a global citizen were infringed and some company was eavesdropping on my data is enough harm in itself.

Q. I'm not asking whether you think it's enough. I am asking what specific harm you suffered during those years.

So did you lose any money as a

result of ESPN allegedly sharing data with Meta in 2018, 2019, 2021 and 2022?

A. My answer to that is I am not sure. But I do know I suffered intangible injuries.

Q. Was any of your property harmed as a result of ESPN allegedly sharing data with Meta?

A. I don't know.

Q. Nothing you can point to sitting here today, right?

A. I'm not sure.

Q. Again, nothing you can point to sitting here today, right?

A. I don't know.

Q. Well, I am asking you if you can point me to something or not. So that's a yes or no answer.

A. I can say I'm not sure.

Q. That means no, you cannot point me to any specific examples of harm to your property, sitting here today? If you can, please point me to them.

A. Intangible, emotional, yes. Tangible damage and harm? That, you know, I can mention things like time, you know, just, um ... but I don't know. I can -- I can find both

tangible and intangible, if you want.

Q. I was asking specifically about property. Has --

MR. MIGOTSKY: I think he's answered the question.

MS. BARRERA: Don't interrupt me, counsel.

A. Yeah, I don't know. That's the answer. I can get back to you on that.

Q. Okay. Well, we will be leaving the depo open so you might have to come back to New York for a further deposition. But if you can't point to anything today, then you can't.

Have you ever tried to sell your data?

A. I'm not sure of that.

Q. You're not sure whether you've ever tried to sell your data or not?

A. Yeah, I don't know.

Q. You don't remember -- remember that you're under oath. I'm asking you a question. You do not remember whether you have ever tried to sell your data?

A. I don't. Because -- yeah, it's -- it's just something I don't. Because I don't

remember.
Q. Okay. Have you ever spent money trying to inspect your devices to see whether they have any unauthorized programs or code on them?
A. Can you repeat the question?
Q. Have you ever spent money trying to inspect your devices to see whether they have any unauthorized programs or code on them?
A. Possibly I might have spent money on advanced security software to, um -- yeah, actually over the years I probably spent a bit on security, on both computers and mobile devices.
Q. And did you do that because ESPN was allegedly sharing data with Meta or for other reasons?
A. Probably both.
Q. It's not probably both. You did it. So why did you do it? Did you do that because you were thinking about these allegations?
A. Okay. You're answering for me. I never said I did it. You're jumping to conclusions and putting words in my mouth. I didn't say that.

Q. You said probably both?
A. Yeah, probably doesn't mean definitely.
Q. So you again don't remember whether you have spent money on security, which you said I might have spent money on advanced security software. But you don't remember for sure, right?
A. I know I have spent money on software, like many people do to make sure we're safe, check for viruses, malware, things like that. You know, malware. Have I spent money on things related to this depo? Possibly. I don't know. I would have to get back to you.
Q. I wasn't asking about this depo. I was asking whether you installed any of those -- that security software because you were worried about ESPN sharing data with Meta, or any of your allegations in this matter?
A. I'm not sure. I can check. I've spent money in the past about, you know, on software to keep me safe. Were any related to this case? It's possible. I could check.
Q. Are your answers the same with respect to Hulu in terms of the harm you have

suffered in connection with Hulu's alleged sharing of data with Meta, as what you just said for ESPN?

A. Since Hulu is a different service, I wouldn't say -- it's not identical to ESPN. But has there been things I consider wrong, and eavesdropping? Yes. I, similar to what I said, I may have to dig up more information. But I do believe there has been wrongdoing on that front also.

Q. Can you point to me -- point me to any specific monetary or property harm that you have suffered as a result of Hulu allegedly sharing data with Meta?

A. I think, like as given with ESPN, maybe investing in new software, intangible injuries, productivity, you know, loss of productivity and things of that nature. You know, those would be the kind of damages and losses I would say I've suffered.

Q. Anything else?

A. I don't know at this time.

Q. Do you know what specific claims you are bringing in this case?

A. Yes.

Q. What are they?
A. Privacy violations, not only against me but all class members. And just not abiding by federal and state statutes that govern electronic privacy and making sure consumers are safe. I think both Meta and all these companies it's affiliated with failed in that regard.
Q. What statutes?
A. The -- I might have to look up the name, but there's the federal in California. CIPA I think it is. And then the federal -- I don't remember. But there are things I can easily look up.
Q. Did you review the first amended complaint in this case?
A. I -- yeah, I would say I, you know, I briefly looked through it.
Q. Did you make sure that everything relating to you was accurate?
A. Generally, I would say, you know, for the most part roughly. There's -- there was definitely a paragraph which I'm sure I stressed during this depo that said, you know, things during the discovery process, things are ongoing. Not everything has been disclosed.

Q. I am talking about the complaint, not your rog responses, which is what we looked at earlier. Did you review the complaint that you filed in this case?
A. I believe so.
MS. BARRERA: We will introduce the complaint, the First Amended Complaint, as Exhibit 25.
(Odumosu Exhibit 25, First Amended Complaint was marked for identification, as of this date.)
BY MS. BARRERA:
Q. Do you recognize this document?
A. Yes.
Q. Did you review it thoroughly before providing signoff for your counsel to file this case on your behalf?
A. Mostly. You know, I have an idea. The first few pages I know I read. But it's quite long. So the short answer is, um, general idea of what it's about.
Q. Do you understand what your duties and obligations would be as a class representative in this case?
A. Yes.

Q. What are those?
A. They are to stand up for justice, not only for myself but for the larger group and me, and to make sure that the class gets rewarded for the injuries suffered. And not sell out on the class but make sure that there's a fair outcome for people who have been wronged by these tech giants.
Q. Could you participate in a trial in San Francisco?
A. It's farther from Prague, but since I'm in New York now, um, that -- yeah, if it's -- my goal is justice. So if that's what it takes, yes.
Q. Do you have Exhibit 17 still?
A. Probably. Let me check. Yeah, I see it.
Q. Can you look at your response to Interrogatory No. 12, which is on page 10 and 11?
A. Yeah, I see it.
Q. So this interrogatory is asking you about your allegation that Meta made certain omissions and misrepresentations which are contrary to Facebook's terms and

representations.

And then you list out certain documents here.

Have you ever reviewed Facebook, what is off-Facebook activity, which you reference in this response?

A. You know, as mentioned with some of these, I don't recall like in depth. But I did get acquainted -- I did become acquainted with off-Facebook activity after the fact. It wasn't, you know, as I was enjoying ESPN I didn't expect any of this. But ...

Q. So you didn't review this article prior to your involvement in this lawsuit, is that right?

A. Possibly skimmed through. I don't remember.

Q. Okay. And earlier today you told me you didn't know what off-Facebook activity or off-Meta Technologies was, you weren't familiar with that term?

A. Yeah. Um, but, you know, as the depo progressed I recall that off-Facebook activity is something I've heard of. Just not in-depth before all this began. But it's

something that's kind of familiar.
Q. Okay. You can put that aside.
Have you reviewed the document requests Meta served on you in this case?
A. I believe -- you know, I haven't been in any kind of direct contact with Meta, but, you know, I've been working through counsel. But I believe I've seen everything pertinent to this case.
Q. And did you actually search for documents that would be responsive to the requests Meta served on you?
A. I've seen all documents connected to this case during the whole discovery phase of this and, um -- yeah, that's all I can say. I don't know. I've just been working with counsel and corresponding with them.
Q. My question was -- let me rephrase it.
You are aware that Meta has asked you for certain documents, right?
A. I think so.
Q. That would be in your possession?
A. I believe so.
Q. Have you searched for the documents

Meta requested from you?
A. I think so. What I can say is I have worked with counsel. So maybe indirectly through my counsel I have responded. But never directly to Meta.
Q. Right. Where did you look for documents that would be responsive?
A. Checking through emails, Facebook records. You can download your data off Facebook and things of that nature.
Q. Anything else other than searching through emails and Facebook records?
A. I don't remember.
Q. Did you look for records on TikTok or Twitter or any other social media sites?
A. I'm not sure. Facebook and Gmail were the main -- you know, my email address and Facebook were the email areas I went to. I don't remember anything else.
Q. You said you have two email addresses. Did you search for emails in both of them?
A. Yes.
MS. BARRERA: Okay. I have no further questions. I don't know if counsel

plans to ask questions, but I do intend to leave the deposition open because there's clearly documents that are relevant that have not been produced, and there's a number of things that the witness has said he will go back and look for, and so we'll leave the deposition open and consider a further deposition after we've had a chance to see those documents.

MR. MIGOTSKY: Let me just take ten -- let's go off the record and take ten to 15 minutes, and then we can come back and I'll let you know if I have further questions.

THE VIDEOGRAPHER: This will end media unit 6. Going off the record at 3:57.

(Recess.)

THE VIDEOGRAPHER: We are back on the record at 4:24. This will begin media unit 7.

EXAMINATION BY
MR. MIGOTSKY:

Q. A while ago Meta's counsel showed
you the first amended complaint, which is here.

You recognize this document, right?
A. Yes.
Q. Okay. And I think you will read here, they asked about a lawyer name Tim Fisher and also a lawyer named Phil Fraietta. Do you remember that?
A. Yes, they did.
Q. Okay. And you see that they are lawyers for Bursor & Fisher?
A. Yes.
Q. Okay. And so you understand that they are your lawyers in this case?
A. Yes.
Q. Okay. And then you also see here that the defendant is Meta Platforms, Inc., is that correct?
A. Yes.
Q. And ESPN is not a defendant in this case?
A. Correct.
Q. Okay. And you also understand that this case is about Meta getting your video viewing information from ESPN?
A. Correct.
Q. Okay. And you take your video

viewing behavior to be private and personal, right?

A. Correct.

Q. And if you take something like medical information to be extremely sensitive and extremely personal, that doesn't mean that you consider your video viewing information to, you know, be trivial, right? You can still consider it private?

A. Yes. Different continuum, yes.

Q. And you never -- in all of the documents that they've showed you about privacy policies or terms of service, you never understood that Meta would be intercepting your video viewing information from ESPN?

A. Correct.

MS. BARRERA: Objection; calls for a legal conclusion.

MR. MIGOTSKY: I think that's all of my questions.

MS. BARRERA: Nothing further from me. As I said before, we'll leave the deposition open.

MR. MIGOTSKY: Okay.

THE COURT REPORTER: Before we go

off the record.

The Bursor firm, will you be ordering an expedited transcript?

MR. MIGOTSKY: A rush. Yeah, a rush transcript.

THE COURT REPORTER: A next day delivery?

MR. MIGOTSKY: Yeah, next day.

THE COURT REPORTER: Okay. Thank you.

(Continued on the following page to include jurat.)

THE VIDEOGRAPHER: This will end media 7 and will conclude the deposition of Oladeji Odumosu. We're going off the record at 4:26, June 23, 2026.

---

(Time noted: 4:26 p.m. EST)

______________________

OLADEJI ODUMOSU

Sworn and subscribed to before
me this _________day
of _____________________, 2026,
in the jurisdiction aforesaid.

___________________________________
NOTARY PUBLIC

C E R T I F I C A T E

STATE OF NEW YORK )
: ss
COUNTY OF NEW YORK )

I, FRANK J. BAS, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony given by the witness was taken down stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

That any copy of this transcript obtained from a source other than the court reporting firm, including from co-counsel, is uncertified and may not be used at trial.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of June, 2026.



FRANK J. BAS, RPR, CRR

---------------- I N D E X -----------------


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| O. ODUMOSU | MS. BARRERA | 7 |
| | MR. MIGOTSKY | 234 |


---------------- EXHIBITS-------------------

(Exhibits retained by the court reporter.)


| DESCRIPTION | PAGE |
|---|---|
| Odumosu Exhibit 1, LinkedIn profile | 38 |
| Odumosu Exhibit 2, Facebook profile information | 75 |
| Odumosu Exhibit 3, Instagram account | 78 |
| Odumosu Exhibit 4, Facebook profile | 83 |
| Odumosu Exhibit 5, "Your Privacy Checkup Interactions" | 89 |
| Odumosu Exhibit 6, Facebook profile update history | 98 |
| Odumosu Exhibit 7, "Pages You've Liked" | 102 |
| Odumosu Exhibit 8, "Oladeji Odumosu shared a link" | 105 |
| Odumosu Exhibit 9, website | 108 |
| Odumosu Exhibit 10, Facebook post | 109 |
| Odumosu Exhibit 11, Facebook post | 111 |
| Odumosu Exhibit 12, Facebook post | 112 |
| Odumosu Exhibit 13, Facebook post | 114 |
| Odumosu Exhibit 14, article | 115 |

----------- EXHIBITS CONTINUED -----------


| | |
|---|---|
| Odumosu Exhibit 15, "Connected Apps and Websites" | 116 |
| Odumosu Exhibit 16, Facebook post | 127 |
| Odumosu Exhibit 17, Amended Responses and Objections to Defendant Meta Platform, Inc.'S First Set of Interrogatories | 137 |
| Odumosu Exhibit 18, email, ODUMOSU_000060 | 161 |
| Odumosu Exhibit 19, privacy policy | 180 |
| Odumosu Exhibit 20, titled "Online Tracking Technologies and Advertising" | 188 |
| Odumosu Exhibit 21, Facebook's Statement of Rights and Responsibilities | 203 |
| Odumosu Exhibit 22, Facebook's data policy dated January 30, 2015 | 207 |
| Odumosu Exhibit 23, Meta's data policy | 211 |
| Odumosu Exhibit 24, Meta's cookies policy | 216 |
| Odumosu Exhibit 25, First Amended Complaint | 229 |


MOTIONS

| Page | Line |
|---|---|
| 66 | 17 |
| 186 | 3 |

WITNESS ERRATA SHEET

Case Name: Alan Starzinski, et al., v
Meta Platforms, Inc.

Dep. Date: June 23, 2026

Deponent: Oladeji Odumosu

| Pg. | Ln. | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |
| __ | __ | ________________ | ________________ | _____ |

______________________
OLADEJI ODUMOSU

SUBSCRIBED AND SWORN TO BEFORE ME
THIS___DAY OF _____________, 2026.

__________________ ______________________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

ABIGAIL A. BARRERA, ESQ.
abarrera@gibsondunn.com

JUNE 24, 2026

RE: Starzinski, Alan v. Meta Platforms, Inc.

6/23/2026, Oladeji Odumosu, (#8267933)

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

__ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

XX Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

**&**

**&** 2:9 3:3,10,17 3:24 5:21 6:14 6:17,19,22 21:4 235:9 243:24 244:9

**0**

**000000884** 217:4
**000000908** 207:16
**000001226** 203:11
**0000017165** 78:12
**000014307** 75:21 98:21 102:21 105:21 109:16 111:17 113:8 115:4 117:2 127:21
**000014438** 212:4
**000060** 161:2,6 241:6
**04501** 1:5 5:19
**07** 158:13 195:20,20

**1**

**1** 5:13 26:6 38:12,13 53:20 54:2 103:21 117:12 138:12 204:17 207:22 240:8 244:1
**1,000** 25:25
**10** 38:7 76:6 109:9,10,14 141:12 142:4 230:19 240:19
**10,000** 25:11,14 31:23
**10019** 3:6
**10166** 3:19
**102** 240:16
**105** 240:17
**108** 240:18
**109** 240:19
**10:31** 53:21
**10:50** 53:24
**11** 85:9 111:10 111:11,15 230:20 240:20
**111** 240:20
**112** 240:21
**114** 240:22
**115** 240:23
**116** 241:2
**11:30:28** 112:2
**12** 112:24 113:4,6 119:10 122:15 230:19 240:21
**127** 241:3
**12:02** 107:3,4
**12:39** 108:2,4
**12th** 217:13
**13** 114:21,22 204:5 240:22
**1330** 3:5
**137** 241:4
**14** 115:17,18 240:23
**15** 116:21,22 117:1 161:4 173:13 234:12 241:2
**15,000** 32:5
**157** 87:16
**16** 127:15,16,20 241:3
**161** 241:6
**17** 89:10 92:15 137:15,16,22 169:10 230:15 241:4,18
**1776** 92:16
**18** 61:9 160:22 160:24,25 161:5 241:6
**180** 241:7
**186** 241:18
**188** 241:8
**19** 128:10 180:8,9,10 188:20 212:7 241:7
**1982** 38:7 76:6
**1:27** 146:12
**1:46** 146:15

**2**

**2** 53:25 75:13 75:15 107:2 108:24 139:2 139:22,24 158:10 240:9
**2,000** 25:1,4
**20** 43:9 50:24 131:18 138:6 149:17 159:24 169:11 173:15 180:7 188:13 188:18 241:8
**20/20** 222:17
**200** 2:9 3:18 5:21
**2001** 11:18,20 11:23,24
**2005** 173:12
**2006** 41:24
**2010** 173:7,13
**2013** 9:6
**2015** 34:11 75:9 88:18 130:12 201:4 202:7 203:14 203:19 206:8 207:12,18 241:12
**2016** 117:23 132:2,5,7,13 154:1 169:9
**2017** 34:4,6 76:24 85:9 86:2 117:12,22 117:24 118:20 148:12
**2018** 33:23,25 131:23 135:6

135:13,13,16 135:23 136:12 139:4,6,11,25 140:1,8,13,25 141:7 144:22 145:19,20 152:13 154:1 157:2 160:6 180:16,18,18 182:23 212:7 212:10 222:8,9 222:13 223:2
**2019** 33:15,17 45:25 131:18 131:25 133:6 148:13 152:15 166:23 167:9 169:12 202:17 222:9,13 223:2
**2020** 50:24 79:17 110:9 160:19 161:21 167:1,2 202:13 202:19,20
**2020s** 43:9 132:13 160:18
**2021** 11:23 35:22 36:1,20 89:13 100:18 106:13 112:2 119:10 128:11 149:15,17 161:4,17,18 167:14 222:10 222:13,15 223:2
**2022** 36:4,9 103:21,22 106:8 121:11 135:13 136:11 136:16,22,24 139:15 140:5 140:23 143:13 143:16 144:6 144:10,21,25 145:3,4,17,21 146:5 148:22 151:11 167:14 222:10 223:2
**2023** 85:14 113:17 135:13 135:16 145:3 145:17 146:2 154:2 160:19 198:4
**2024** 145:1 147:5 172:21 172:24 173:4
**2025** 33:9,11 40:1,4 45:20 46:1 70:19 122:15,23 193:17
**2025.520** 243:9 243:12
**2026** 1:13 2:4 5:3 32:12 33:4 39:19 50:25 83:10 89:10 138:6 142:21 238:4,13 239:20 242:3 242:22 243:3
**203** 241:10
**207** 241:11
**20s** 93:23
**21** 149:22 167:2 203:4,5 203:10 205:20 241:10
**211** 241:13
**216** 241:14
**22** 36:21 118:20 135:23 136:6,7 149:22 167:2 207:10 207:11 241:11
**229** 241:15
**23** 1:13 2:4 5:3 110:9 136:12 145:1,21 211:19,20 212:1,3 238:4 241:13 242:3
**234** 240:4
**24** 198:4 216:23 217:2 241:14 243:3
**24th** 239:20
**25** 103:22 169:12 229:8,9 241:15
**2600** 3:12
**27** 121:11
**28** 85:14
**2:21** 171:10
**2:25** 171:13

## 3

**3** 78:6,10 79:2 81:22 104:6,7 108:5 146:11 200:21 212:17 240:11 241:18
**30** 17:21 70:13 113:17 166:7 203:13 207:12 207:18 241:12 244:1
**30,000** 25:22
**30s** 93:23
**38** 240:8
**3:14** 200:25
**3:57** 234:17

## 4

**4** 83:8,11 92:15 138:17 146:16 146:18 171:9 240:12
**4-612-987** 82:9
**420** 80:23,23
**45** 211:24
**4884** 239:21
**4:24** 1:5 5:19 234:20
**4:26** 238:4,6

**5**

**5** 88:25 89:1,5 139:3 171:14 200:21 240:13
**5,000** 25:8 31:24
**50,000** 25:18 26:1,7
**500** 24:21
**5:52** 113:18

**6**

**6** 98:15,19 101:7 112:2 201:1 234:16 240:14
**6/23/2026** 243:5
**612-987-4601** 82:14,16
**66** 241:18
**6727** 82:20

**7**

**7** 102:11,14 234:21 238:2 240:3,16
**70** 61:9
**716-715** 82:20
**737-161-831** 80:24
**75** 240:9
**78** 240:11

**8**

**8** 105:16,20 240:17
**8267933** 1:24 243:5
**83** 240:12
**89** 240:13

**9**

**9** 108:14,17 180:15 240:18
**90** 103:1 104:5 141:8
**94111** 3:13
**95** 153:14
**98** 240:14
**99** 141:9 222:14
**9:32** 2:5 5:2

**a**

**a.m.** 2:5 5:2
**abarrera** 3:15 243:2
**abbey** 6:12
**abiding** 228:3
**abigail** 3:14 243:1
**able** 51:17 57:23 60:17,24 91:2 104:21 136:14,15 157:8 159:11 177:7 184:16 187:20
**above** 108:24 108:24 112:3 113:19 243:6
**absolutely** 95:19 221:11
**accept** 174:22 175:5,7
**acceptable** 84:15 118:5
**accepted** 175:18
**access** 150:13 159:7
**accessed** 139:20,25 140:19 142:6
**accessing** 204:1 204:2 205:25
**accident** 11:19
**accomplish** 31:10
**accordance** 204:4 206:2
**account** 38:8 48:17 49:15,16 49:20 51:23 69:8 70:9,15 71:13,25 72:4 72:17,18 73:2 73:3,6 75:8,14 77:9,16 78:7 78:14,19 79:15 79:19,22,25 80:14 81:1,4 82:23,25 83:16 87:21 88:17 98:23 100:4 103:4 105:22 109:17 111:19 113:9 116:13 117:5,15 118:20 119:2 119:10,14,19 119:19 120:11 120:11 121:20 122:14 133:25 134:3,20 139:4 139:10 155:9 155:13,17,18 155:19 156:12 156:13,13,17 156:21 161:13 161:17 162:8 164:13 168:18 168:22 170:10 195:1,11 201:5 201:18 202:14 203:1,18 204:9 205:1,5 206:8 213:9 217:16 240:11
**accountable** 205:11
**accounts** 47:4 48:10,12,15,19 68:18 69:2 75:8 77:11,23 78:3 81:10,21 82:1 83:4 119:17 130:11

134:11 157:17
**accuracy** 138:3
**accurate** 8:15 8:20 39:16 79:6 85:18 87:15 99:16 100:8 120:23 140:2,4 147:12 161:10 228:19
**acquainted** 231:9,9
**acting** 51:6 53:6 57:25 68:24 74:6 78:21 97:15 121:17,23 122:11 132:8 150:20 167:1
**action** 6:4 24:16 27:13,22
**actions** 24:11 25:5,9,14,19,22 26:2,15 27:2 27:11 214:4
**active** 50:21,23 77:20 193:25 199:17
**activism** 84:11 90:11
**activist** 78:25 79:12
**activities** 69:5 208:4 213:5
**activity** 127:3 182:25 189:3,3 190:18 192:5 216:8 231:5,10 231:19,24
**actor** 93:6 100:13,16 121:23 125:14 131:22 132:10
**actors** 100:10 100:23 178:6
**actual** 84:17 100:4 140:21 148:19
**actually** 7:19 39:24 106:5 128:4 132:2 144:9 145:5 186:7 202:16 209:16 210:12 225:12 232:10
**ad** 20:21 21:16 52:14 59:1 74:14 96:16 97:12 125:7,16 125:17,20 126:21 163:19 172:12,15,19 172:24 173:3 173:17 192:12 193:2
**add** 74:14 101:4 110:19 113:15 134:11 134:12
**added** 99:14 100:6,11,18,21 101:3 134:19
**additional** 15:2 148:7 206:5
**address** 76:8,9 76:12 92:4 151:3 159:4 167:17 233:17
**addresses** 150:18,23 151:8 157:18 158:8 167:4 233:21
**adjust** 172:23 173:2 174:23
**adjusted** 173:23 174:2 175:11 176:20 176:22 177:3 177:12 179:6 179:11,18,22
**adjusting** 177:18 178:1 193:1
**administer** 6:2
**admit** 221:9
**admitted** 209:2
**ads** 44:15,16,21 44:22,25 46:4 46:10,18 48:7 51:23 53:2,4 53:10 58:16,20 59:12,17 60:24 61:25 62:12 63:14,16,17 64:20,22 65:5 65:19 66:22,22 67:4 95:20,25 96:7,10,11,23 96:24 97:21 98:3,4,6 101:21,22 102:3 123:17 123:18,21 124:4,14,21 125:13,24 126:1,4,8,11,14 126:17 128:7 164:1 172:18 173:8 190:23 213:7,25 214:5 214:7,8,13 216:9,11
**adult** 164:21
**advanced** 225:11 226:6
**adverse** 208:16
**advertise** 44:18 47:5,17 52:9 65:8 97:19 209:17
**advertised** 59:7 62:7 63:3,22 219:12,25
**advertisements** 43:5,10 44:8
**advertiser** 126:11,12 208:7
**advertisers** 58:16 59:4

62:6 190:9,12 190:16,22 212:21 216:10
**advertises** 126:20
**advertising** 42:20 43:2,14 44:14 45:4 47:22 49:21 50:4 51:8 52:12 58:4 61:18,20 65:12 65:24 72:13 97:9 127:10 182:14 184:12 188:14,19,25 189:15 191:2 191:20 192:11 211:2,7 215:7 220:2 241:9
**advice** 60:6
**affect** 91:8 221:10
**affects** 91:11
**affiliated** 228:7
**affiliations** 6:9
**aforesaid** 238:14
**africa** 115:10 116:10
**african** 59:24 91:13 116:9
**africans** 116:9
**age** 61:3,7 93:25
**agencies** 63:6
**agent** 43:18,21
**ago** 7:13 20:9 21:7,10 32:17 45:18 55:20 83:22 115:12 131:16 143:16 143:19 171:21 177:23,24 186:16 198:21 234:24
**agree** 5:12 26:2 62:10 65:11 94:6 117:7 120:16 183:3 183:10,15 184:4,8 187:16 187:23 191:3,6 191:25 201:14 201:21 204:3 206:1,17 208:9 211:15 216:3
**agreed** 102:1 188:3,6 201:20 202:25 206:7
**agreeing** 166:16 204:9
**agreement** 23:4
**ahead** 62:3,7 99:6 106:24
**aiming** 59:8
**airbnb** 154:23 155:23,24 156:9,13,17,21
**airbnbs** 156:1 156:4
**al** 1:3 5:16 197:17 242:2
**alan** 1:3 5:15 23:10,15,19 242:2 243:4
**alert** 162:8 177:16
**aligns** 140:9
**allegation** 230:23
**allegations** 13:3,7 218:21 225:21 226:19
**alleged** 222:5 227:1
**allegedly** 219:4 220:21 222:10 223:1,6 225:16 227:13
**alleging** 94:19 218:19
**allow** 134:14
**allowed** 71:19
**allows** 153:9
**alumni** 73:14
**amazing** 196:15 197:3
**amazon** 130:16 132:23,24 133:1,4,12,21 133:25 156:4,9 156:12 158:17 193:6
**ambiguous** 191:15
**ambitions** 122:11 150:20
**amended** 85:1 137:16,22 206:3 228:14 229:7,9 234:25 241:4,15
**america** 123:15
**american** 60:3 74:1 81:7,17 91:13 92:13,14 112:12 116:6 197:18
**americans** 81:15 84:13 116:9
**americas** 3:5
**amo** 1:5 5:19
**amount** 26:4,6
**analytical** 63:20
**analytics** 44:23 49:22 50:4 52:12 56:4,9 58:4 65:13,19 65:24 66:22,23 67:4 72:12 97:9 185:10,18 186:13,23 211:2 216:5,18 216:18
**analyze** 190:4

[android - asking]

**android** 152:2 152:9 160:11
**angeles** 33:12 33:14,17 36:12 39:10,16,22 40:1 43:9 53:7 59:19 67:8 82:9 91:24 100:15 197:24 198:3
**annoying** 173:7 173:11
**anonymous** 164:13
**another's** 170:10
**answer** 9:25 26:21 34:20 42:18 44:5 68:14 74:20 88:1 94:7,22 108:22 109:5 116:16 163:24 164:5 166:8 184:2 186:14 186:25 187:7 187:12 196:16 204:13 223:3 223:16 224:9 229:20
**answered** 66:25 116:14 116:18 224:4
**answering** 8:6 145:10 225:22
**answers** 167:24 169:21 226:24
**anymore** 79:5 123:12 150:20
**apart** 48:11
**api** 56:22
**apis** 212:25
**apologies** 78:17
**app** 67:3,14 119:4 122:18 122:19 131:2 151:21 152:11 152:15,20,24 154:4 168:4 176:3 182:24 192:20 193:11 212:21
**apparatus** 56:2
**appeal** 112:12
**appear** 89:25 147:20
**appearance** 6:7
**appearances** 6:9
**appearing** 148:5 243:18 244:7
**appears** 87:7
**apple** 158:16 160:13,15
**application** 182:5 189:7
**applications** 181:10 182:7,8 185:12,12 189:5 190:1,18 190:20,24,25 192:6
**applies** 186:9
**apply** 27:6 167:24 169:21 218:5
**appreciate** 86:13
**appropriate** 26:20 92:8
**approximately** 18:20
**apps** 116:22 117:4,10 123:8 169:25 193:8 213:13 215:6 216:14 217:17 217:18,23 241:2
**april** 32:12 33:3 39:19 85:9 148:12 212:7,10
**archrivals** 166:4
**area** 33:12 34:14 40:1 45:19 147:7
**areas** 233:18
**argentina** 166:4
**argumentative** 143:1,22
**arizona** 34:14 34:22 36:6,14 36:18 40:8 41:22 77:4,17 77:20,23 82:4 93:21 95:20 96:10 148:24 148:25 149:5 149:10,19
**arrested** 8:22 165:1
**article** 115:14 115:17,18,22 116:3 231:13 240:23
**articles** 196:10 196:12 200:6
**asia** 197:19
**asian** 84:7 87:3 100:1
**aside** 47:22 56:3 77:7 87:18 123:16 128:23 193:4 218:17 222:1,4 232:2
**asked** 99:11 116:14 138:24 184:4 232:20 235:4
**asking** 17:17 18:18,19 26:22 28:23 29:5 66:20 103:18 124:13 141:13

191:16,17 222:22,23 223:14 224:2 224:21 226:15 226:16 230:22
**asks** 138:13
**aspect** 48:1,2 85:24 125:9
**associate** 185:23
**associated** 79:25 81:21 82:1 150:25 189:4 190:19
**assume** 65:18 152:3 205:8 215:19
**assumed** 204:14
**assuming** 186:9 186:19
**astronomical** 110:6
**athlete** 103:11 103:13 197:1
**athletes** 103:8,9 104:13
**athletic** 103:15
**atlantic** 129:14
**atoned** 31:12
**attempted** 184:15
**attorney** 6:11 17:14 67:10
**attorneys** 3:4 3:11 16:2,4,9 16:11 18:11 19:14,18 24:8 29:14 66:1,2 222:2
**audible** 7:17
**audience** 47:19 58:10 86:22 90:25 101:6 110:24 111:4 127:9
**audiences** 61:12
**audio** 5:9,10
**august** 33:9,11 34:4,6 40:1,4 46:1 103:22 122:14,22
**aurelio** 23:21 23:22,25
**authorities** 165:4
**authorized** 6:2
**available** 83:10 86:21 148:6
**avenue** 2:9 3:5 3:18 5:22
**average** 18:20 47:8 88:13 191:9 206:16
**aviation** 63:19
**aware** 20:8,10 31:4 32:1,4 49:25 56:9 86:22 87:1,2 94:9 97:6 104:24 162:12 177:24 180:21 210:6 232:20
**awkward** 13:24 14:9,12,17,20 14:24 159:19 159:20 168:25
**axed** 72:20,23

**b**

**b** 244:1
**ba** 40:10
**back** 36:6 53:23 54:2 72:11 77:13 87:11 88:3 95:19 98:10 108:3 123:19 129:19 135:25 140:11 146:14 152:18 154:3 161:23 171:12 178:14 187:4 200:24 218:18 224:9,11 226:14 234:6 234:12,19
**bad** 178:6
**ballesteros** 3:24 6:21,21
**bank** 136:13
**barack** 115:10
**bare** 114:18
**barrera** 3:14 6:12,12 7:8 11:24 12:1 17:16 38:10,16 53:16 54:1 66:17 75:12,18 78:9 80:18 83:8,14 88:24 89:4 98:12,18 99:6 102:9,14 102:17 105:13 105:19 106:24 108:13 109:8 109:13 111:8 111:14 113:2,5 114:20,25 115:16,21 116:20,25 127:14,19 137:14,21 138:16,21 145:9,15 146:7 146:17 160:21 160:25 161:8 171:5,15 180:5 180:9,13 183:22 184:1 186:3,5 188:11 188:17 200:18 201:2 203:3,9 207:8,14 211:17,23 212:2 217:1 224:6 229:6,12 233:24 236:17

[barrera - broadcast]


236:21 240:3 243:1
**bas** 1:23 2:10 6:1 239:4,22
**base** 62:19
**baseball** 37:2
**based** 60:20 61:24 62:21 64:3 74:20 123:22 126:15 127:10 189:15
**bashful** 160:1
**basic** 176:24 177:1
**basically** 15:24 31:13 39:15 151:1 176:25 206:16
**basis** 162:14
**basketball** 37:1 37:16 38:3
**bates** 75:21 115:1
**bbc** 197:17
**beacons** 182:6 189:8
**beast** 200:1
**beat** 149:16
**beating** 166:4 187:18
**beautiful** 90:12
**beauty** 123:13
**began** 231:25
**beginning** 6:10 159:16
**behalf** 6:13,16 6:22 106:19 189:2 229:17
**behavior** 236:1
**believe** 23:9,17 29:25 30:2 70:11,17 79:16 80:1 81:3 92:10 106:5,9 116:18 119:20 124:25 125:3 144:4 150:8,9 150:19 151:1 154:11 168:8 170:8 176:5 201:10 202:16 227:9 229:5 232:5,8,24
**believed** 30:15
**beneficial** 207:5
**benefit** 120:17 122:2 208:15
**benefits** 206:19
**benign** 171:24 216:2
**bernstein** 3:20 6:15,15
**berry's** 167:7
**best** 64:11 67:16 71:8 82:20 93:12 105:2 122:8 139:24 143:8 143:18 157:20
204:14,15 205:8
**better** 49:11 86:14
**big** 130:3 137:4 197:15,17
**bio** 79:11
**birth** 38:6 79:9
**birthday** 76:5
**bit** 8:11 34:17 37:25 57:19 60:4 84:21 97:25 123:17 128:21 159:19 167:18,19 196:25 225:12
**black** 106:10 117:20
**bladder** 170:25
**blank** 109:4 147:19
**block** 126:22 170:23 174:14
**blocker** 172:12 172:20,24
**blockers** 172:15 173:4,6 173:17
**blogger** 45:7,9 45:11,12,15 46:6,10 47:12
**blogging** 48:10 49:7,12
**blogs** 196:9,11 196:16
**blood** 239:11
**bolded** 205:14 205:23
**boldness** 86:3
**boost** 52:14,24
**born** 35:8
**bottom** 104:9 119:9 122:13 208:2
**bought** 160:18
**boxes** 61:2
**brand** 57:24 62:9,11
**bravo** 128:5
**break** 8:5,7 53:14 85:6 87:10 105:15 106:21,25 145:8,11 146:8 149:6 155:2 171:4,7
**breaking** 65:9
**breaks** 8:4
**brief** 169:13
**briefly** 34:24 228:17
**bring** 9:16,21 9:22 29:23 30:18 31:2,14 59:23 95:22
**bringing** 219:7 227:24
**broadcast** 48:8 91:16 92:18,25 94:17 118:11

151:17
**broadcasting** 170:22
**broadly** 80:8
**brokers** 200:14
**brother** 198:23
**brought** 10:2,7 81:16
**browsed** 97:7
**browser** 13:1 151:21 152:25 152:25 153:9 153:12 154:4,5 154:20 168:5 172:20 178:1 179:14
**browsers** 153:11,14 154:9,13,14 159:6 168:1 169:23,25 172:17 174:16 177:20
**browsing** 51:18 164:12 177:3,4 177:8
**buffalo** 34:8,9 34:12 76:17,20 82:4,19 131:17 132:3,7 169:10 169:13
**bug** 110:2
**build** 80:4
**building** 47:7 88:13
**bullet** 189:18
**bullets** 213:23 213:24
**bursor** 3:3,24 6:19,22 21:4 235:9 237:2
**bursor.com** 3:8
**bush** 187:18
**business** 45:1 47:9 49:8,16 54:23 65:14 72:2 198:9 212:23 216:6 218:14
**button** 212:24 217:19
**buy** 43:24
**buying** 129:16
**bypass** 178:7

**c**

**c** 3:1 42:14 239:1,1
**ca** 243:9,12,21
**cache** 177:4
**calculate** 26:9
**calculus** 121:4
**california** 1:1 3:13 5:18 33:5 33:6 135:12 141:16,18 142:1 143:3,13 143:16 144:6 149:1,2,8 220:24 221:6 221:18 228:10
**call** 66:4 90:12 92:19
**called** 7:4 31:7 37:1 50:15 120:5 153:8 167:8 195:5
**calling** 32:14 84:13
**calls** 50:7 61:13 65:15 120:4 123:24 124:18 158:1 175:21 201:24 210:17 236:17
**calm** 66:16
**canada** 34:1,3 34:6 82:3 131:17 134:5 135:6,11 141:8 141:17,25 149:8
**canadian** 82:18 86:1 141:3
**cancer** 36:7 86:11 216:2
**candidates** 73:14
**capability** 97:18
**capitalizing** 114:17
**car** 11:19 129:4 129:11,17
**career** 55:14 71:5
**careers** 97:25
**careful** 93:12 93:14
**cartography** 41:3
**case** 1:4 9:16 9:21,22 10:9 10:12,20 11:18 12:2,17 13:3 15:22,24 19:25 20:3,9,11,22 21:13,13 22:4 23:5 27:13,22 27:25 28:2,15 28:21,25 29:4 29:15,21 31:22 55:20,24 56:6 58:14 71:21 75:20 78:11 80:7 89:6 92:5 98:21 102:20 109:15 111:16 113:7 115:5 117:3 150:1,7 161:1 162:10 162:17 165:5 168:6 186:20 202:11 203:11 207:16 211:25 212:4 214:21 217:3 219:7 221:1,23 222:3 222:4 226:23 227:24 228:15 229:4,17,24

232:4,9,14 235:12,19,22 242:2
**cases** 11:12 27:19 28:5,11 29:5,18 70:2
**catch** 118:4,15 178:6
**categories** 59:4
**category** 159:20
**caucasian** 84:15,19
**cause** 156:24 209:4
**causing** 209:9
**caution** 17:11 84:23
**cautioned** 93:7
**cautious** 64:9 67:13
**ccp** 243:9,12
**center** 3:12
**certain** 26:13 59:12 62:12,12 63:25 67:11 83:25 126:15 138:25 159:17 189:1 230:23 231:2 232:21
**certainly** 135:10 160:6
**certificate** 40:23,25 41:2 41:9 42:2
**certified** 239:4
**certify** 239:6,11
**challenge** 15:8
**championship** 161:19,22
**chan** 99:24 100:17
**chance** 123:1 160:20 234:8
**change** 71:5 77:24 78:3 113:14 162:8
**changed** 85:1 88:17 97:25 142:21
**changes** 89:21
**channel** 196:22 197:2,18
**characteristics** 60:12,23 61:2 61:25 62:13
**characters** 84:7 87:3 100:1 147:13 185:23
**charges** 15:24
**charles** 92:12
**chat** 59:20
**chats** 81:7,12 81:14,17
**check** 12:18 20:24 25:7 35:25 80:15,20 87:6,7 128:8 159:11 160:16 162:21 226:11 226:20,23 230:16
**checked** 61:2 136:13
**checking** 233:8
**checkup** 89:2,8 89:13,16 240:13
**checkups** 89:21
**cherry** 84:22
**child** 134:13 164:24
**chinese** 84:7 99:25 147:13
**choice** 222:3
**choices** 58:23 182:20 214:7 218:3,9
**choose** 14:1 57:23 60:18,18 175:7 190:8 192:11
**chose** 148:9 207:1
**chris** 100:16
**christian** 110:4 110:21,24
**christmas** 36:20 149:17
**chrome** 153:3 153:12 154:8 154:12,15,18 154:19,21 168:4 172:17 172:20 173:24 174:3,15
**chromecast** 163:9 170:3
**church** 90:20 93:5,22 96:18 96:19
**churches** 164:1
**cipa** 228:11
**circle** 15:9 92:3 101:8 105:3 112:22 159:24
**cities** 33:18,19 33:22,24
**citizen** 222:19 222:19
**citizens** 204:13
**city** 76:17 78:5 159:4
**civil** 9:6,8 243:19,21
**claim** 11:8
**claimed** 11:16
**claiming** 95:7 95:14,14 168:6
**claims** 24:11,16 25:5,9,14,19,22 26:1,14,17,23 27:6 30:18 31:2 95:5 227:23
**clarification** 82:15
**clarify** 8:2 52:22 183:14

**clarita** 147:6
**clarity** 116:5
**class** 24:11,16 25:5,9,14,19,22 26:2,14 27:2 27:11,13,18,22 228:3 229:23 230:4,6
**classes** 40:24 42:4,7,11,19,23 42:25
**classification** 11:2,4
**classified** 209:8
**clause** 141:20
**cleaner** 85:6
**clear** 17:17 34:19 62:7 63:7 65:7 94:12 103:13 187:20 191:1 191:25 192:3,6 192:9 208:13 211:4
**cleared** 177:3
**clearly** 12:14 191:18 234:3
**click** 63:23 184:22 192:14 192:23 206:21 216:16
**clicked** 188:21 192:18
**clicking** 185:2
**client** 17:14
**close** 166:14 180:18
**closer** 214:22
**clothing** 37:18
**cna** 197:18
**cnet** 199:6
**coach** 183:23
**coaching** 183:24
**coasts** 66:4
**code** 42:15 55:6 80:23 225:4,9 243:9,12,19,21
**coincides** 100:15
**collaborations** 116:7
**collect** 181:22 182:2 185:10 189:2 190:13 190:17 204:21 206:1,9 207:22 218:6
**collected** 58:22 181:9 190:21
**collection** 182:21
**college** 77:4
**color** 123:3
**colors** 123:14
**com** 50:16,17 198:20
**comb** 210:23
**combination** 16:25 55:12
**come** 55:9 72:11 123:19 135:24 178:12 178:13 195:21 224:11 234:12
**comedians** 112:12
**comes** 27:5 117:19
**comfortable** 80:12 110:15 112:18 114:3,8 114:15
**coming** 36:5
**comment** 127:22
**commented** 148:2 196:9
**commenting** 147:14 196:19 197:1
**comments** 99:17 197:4
**commercial** 109:3 110:22 218:12
**commission** 242:23
**common** 91:7 92:6 173:6 181:18 192:23
**communicate** 193:21
**communicating** 194:1
**communicati...** 17:12 31:1
**community** 88:12 118:19 118:22 119:2,5
**companies** 28:6 57:3 64:11 66:11 67:17 74:18 96:2,3 120:16 122:2 162:7 180:3 201:9 209:14 210:8 228:6
**company** 65:7 93:17 180:21 180:22 191:11 205:8 222:20
**company's** 188:9
**compared** 123:15
**complaint** 13:23 228:15 229:1,3,7,7,10 234:25 241:15
**complete** 8:15 142:9 143:10 143:18
**completed** 142:15 243:7 243:17 244:6
**completely** 28:20

**completion** 244:10
**components** 57:8
**compound** 154:25
**comprehensive** 83:24
**computer** 42:5 42:7 146:22 148:20 153:17 153:19
**computers** 154:5,8,19 178:12 225:13
**concern** 122:10
**concerned** 61:23 113:16
**concerns** 62:23 85:21
**conclude** 238:2
**conclusion** 201:25 236:18
**conclusions** 225:24
**conclusive** 150:11
**concrete** 140:21 144:18
**condition** 14:16
**confer** 221:20
**confidence** 30:5,10 74:17 116:5
**confident** 222:15
**confidential** 30:16 101:2,5 104:12
**confidently** 155:16
**confirm** 75:7 87:10 108:15 146:24
**confirmed** 138:2
**confusing** 52:13
**congruent** 63:17 139:7
**connect** 60:16 73:13 74:3 78:4 88:22 119:18 120:10 121:19 122:18 161:21 188:10
**connected** 28:19 29:2 67:9 116:22 117:4,5,11 118:19 119:9 121:10 122:13 164:12 174:11 219:13 232:13 241:2
**connecting** 88:11 117:14 119:1,13 122:10,20
170:5
**connection** 16:5 58:3,13 60:22 74:3,23 119:16 182:24 227:1
**connections** 214:4
**connectivity** 158:19
**conscience** 62:7 65:7 94:12,14
**consent** 55:8 64:13 65:8 93:2 94:19 97:2 101:18,20 101:22,23,24 102:2 163:14 164:16 165:7 165:16,18,20 187:5 192:8 208:20,22 210:3 211:1 219:12
**consented** 210:4
**consider** 15:5 104:12 126:20 159:19 210:2 227:6 234:7 236:7,9
**considered** 102:5 104:16
**console** 163:3,6
**conspicuously** 187:1
**consumer** 63:5 66:10 187:20 193:25 206:17
**consumer's** 64:13 67:15
**consumers** 62:5 228:5
**contact** 20:6 21:6 23:24 24:4 232:6 243:9,20
**contacted** 20:13
**contain** 188:8
**contained** 57:15
**content** 62:21 75:3 189:14 204:22 206:2 214:1,6,9
**context** 215:13
**continent** 60:19
**contingent** 175:8
**continue** 5:11 165:24
**continued** 201:17 237:11 241:1
**continuing** 201:21
**continuum** 236:10

[contract - crushing]

**contract** 23:8
**contrary** 230:25
**control** 57:14 57:22 98:11 184:16,21 192:19
**controls** 57:10 185:3 193:2
**convenience** 120:20
**conversation** 68:5,6 93:20 94:1
**conversations** 5:6 74:16,20
**conversions** 56:22 57:2
**convicted** 8:24
**cook** 175:25
**cookie** 55:5 175:11,14 176:2,8,14
**cookies** 43:1 49:23 51:20 56:5,9 58:3 98:4 174:6,6 174:15,22 175:20 177:3,6 177:12,13,16 177:19,21,25 179:19 182:4,4 182:20,23 183:5,16 184:6 184:8 186:13 186:23 189:6,6 215:1,16 216:20,23 217:2,5,15,19 218:3,6,8 241:14
**cool** 60:2 164:3
**copy** 85:6 239:15
**cordial** 59:20
**corporation** 93:17
**correct** 30:17 36:12 40:11 73:7 75:24 76:2,9,15 77:2 79:14 83:2 87:13 100:25 103:4,23 105:23 109:18 112:8 113:24 138:9 235:16 235:20,24 236:3,16
**corrections** 243:14,15 244:3,4
**correctly** 189:21
**corresponding** 222:2 232:17
**corroborator** 149:24
**cosmos** 109:25 110:17
**cost** 132:12
**counsel** 6:8 15:12 17:13 19:25 65:3 104:2 116:15 138:21 170:24 183:22 191:4 191:25 214:23 215:21 216:3 221:20 224:7 229:16 232:8 232:16 233:3,4 233:25 234:24 239:17 243:18 243:22 244:7
**counselor** 164:23
**counting** 16:16 16:19
**countries** 60:18 60:19 66:9
**country** 37:23 61:3 63:4 66:8 77:25 80:23 84:2 166:3 170:23 171:22 171:25
**county** 239:3
**couple** 90:4 196:15
**courage** 211:8
**courageous** 92:13,14
**course** 98:1 116:6 130:3,16
**courses** 54:10
**court** 1:1 5:17 5:25 6:24 7:14 7:19 8:9 102:16 160:23 180:8 212:1 236:25 237:6,9 239:16 240:6
**cousins** 149:18
**cover** 85:10,17 85:19 148:12
**covered** 208:23
**covering** 109:2
**covid** 161:23
**craig's** 129:16
**craziest** 196:14
**crazy** 37:25 153:6 166:6
**create** 79:15 201:17 203:1
**created** 77:19 139:4 204:8 206:7
**creating** 205:1 205:5
**crimes** 8:25
**cristiano** 103:11
**cross** 174:2 179:9
**crowd** 78:5
**crr** 239:22
**crushing** 149:20

**crutcher** 2:9 3:10,17 5:21 6:14,17
**crystal** 211:4
**cult** 126:20
**cup** 38:4 135:6 135:21 136:7,9 137:1 139:8 140:6,10,23 144:23 145:4 145:18,22 152:13 160:7 166:3,5 176:10 176:13 196:13 196:20
**cups** 135:23,23
**curious** 13:21 55:16 111:25
**current** 76:17 81:3 83:15 172:22 201:5
**currently** 32:9 39:9 42:15 54:12 125:1,4 129:25 198:1
**cursory** 38:24
**custom** 58:7,10 157:18,21
**customized** 175:19
**cute** 128:7
**cv** 1:5 5:19
**czech** 22:19,20 32:10 80:23

**d**

**d** 49:3 240:1
**daily** 100:20 103:20,25 104:8 197:23 198:13 200:1
**dakota** 34:24 35:1
**damage** 209:5 209:9,11,19,20 223:23
**damages** 31:12 31:13,17,18 207:6 209:4 227:19
**damaging** 208:16 210:8
**darrnell** 24:2,5
**data** 62:21 65:12,19,23 66:22 67:4,12 71:19 95:8,11 96:6 97:9 102:3 120:22 122:6 123:22 125:1,4 144:4 144:4,7 163:11 163:13 164:12 164:17 165:12 168:7,10 177:4 182:21 189:12 189:18,24 190:3,21 191:2 191:19 200:14 201:11 204:19 204:23,25 206:3,10,21,22 206:25 207:9 207:11,15,17 209:11 210:2 210:16 211:1 211:18,20 212:5 213:11 213:12 214:8 214:11 215:6 215:23 216:17 218:5,22 219:4 220:21 221:14 221:15 222:20 223:1,6 224:15 224:18,23 225:16 226:18 227:2,14 233:9 241:11,13
**date** 36:16 38:6 38:15,23 39:2 55:22 72:19,24 75:17 76:21 78:8 79:9 83:13 89:3 98:17 102:13 105:18 108:19 109:12 111:13 113:1 114:24 115:20 116:24 119:15 123:10 127:18 128:16 137:20 161:7 161:12 180:12 188:16 203:8 207:13 211:22 212:6 216:25 229:11 242:3 243:16 244:5
**dated** 138:6 203:13 207:12 207:17 241:12
**dates** 36:17,19 85:19,25 89:18 135:12 171:18
**day** 19:14,17 19:21,21 78:15 133:7 154:1 178:14 195:24 237:6,8 238:12 239:20 242:22
**days** 70:13 87:25
**dead** 132:5,6
**dear** 85:23
**decade** 56:10 95:19 96:6 135:10,11 153:25,25 155:6 157:4 174:20 177:22 177:23,24 215:1,8,15
**decades** 67:10 74:24 196:13
**december** 33:23,25 34:11 103:21 137:1 217:12

**[decent - direct]**


**decent** 35:17
**decide** 21:3 29:23 190:22
**decided** 67:2 69:6 71:25 73:5 120:10 166:17
**decision** 71:3 91:4,12
**decisions** 204:24
**declaration** 84:12,18 90:11 147:17
**declare** 138:7
**decline** 174:23
**deep** 94:5
**defendant** 1:8 2:8 3:11 28:24 29:4 137:17,23 235:15,18 241:5
**defendants's** 65:3
**definitely** 16:20 17:23 50:25 67:21 109:7 129:8 177:23 226:3 228:22
**degree** 40:17 40:25 41:9 42:1
**deji** 49:3,6 78:13,15,16,17 195:19,19
**dejiodumosu....** 50:19
**delete** 70:9,18 71:4,25 73:5 77:22 177:16
**deleted** 70:11 71:13 72:3 148:14,17 195:15
**delivery** 133:8 237:7
**demographic** 60:8 159:4
**demographics** 59:8,11,12,16
**deny** 187:2
**dep** 242:3
**depends** 88:21 91:18,20 174:25
**depo** 162:22 163:25 186:15 224:11 226:13 226:15 228:23 231:23
**deponent** 242:3
**deposed** 7:23
**deposition** 1:11 2:7 5:14,20 15:11,16,23 16:5,12 22:14 90:22 96:15 120:14 159:16 214:20 224:12 234:2,7,8 236:23 238:2 243:19,23,25 244:8,10
**depth** 177:2 191:14 231:8 231:25
**describe** 45:10
**described** 206:9
**describes** 101:9 181:8
**description** 240:7
**designed** 204:19
**destroy** 177:17
**details** 34:21 69:25 96:14 130:21
**detentions** 117:25
**determined** 243:18,23 244:7
**detrimental** 208:17
**developers** 212:21
**development** 56:12,20 182:5 189:7
**device** 151:18 160:13 163:3 213:6
**devices** 153:4 154:10,12,13 162:25 168:1 169:23,25 182:9 189:4 190:19 225:3,8 225:14
**died** 148:12
**difference** 130:19 131:3 140:16 174:5,8
**differences** 147:21
**different** 57:7 61:11 64:6 70:1 73:9,16 74:11 88:5 90:20 93:20 123:13 129:24 131:5 134:11 141:14 147:24 150:5 151:8 152:4 167:16 171:2,25 197:19 210:12 227:4 236:10
**dig** 25:6 94:5 146:6 150:21 150:21 202:9 219:19 227:8
**digging** 168:12
**digital** 198:21
**digits** 16:20
**direct** 117:9 141:10 142:3

189:14 232:6
**direction** 95:16 96:1
**directly** 233:5
**director** 59:19
**disable** 182:19
**disabled** 139:10
**disclose** 68:13 69:22
**disclosed** 142:23 228:25
**discloses** 183:5 183:11,16 184:5 191:18
**disclosure** 191:1
**disclosures** 204:20
**discord** 194:2,5
**discovery** 15:19,20 142:16 143:10 144:3 228:24 232:14
**discrepancies** 221:8
**discuss** 196:4
**discussed** 17:18 24:7 29:17 90:22 163:1,1 167:25 194:6
**discussing** 67:11
**discussion** 68:1
**disney** 180:20 180:21 183:7 185:19,23,23 186:16 187:19 188:9 191:10 191:13
**dispute** 9:9,10 9:19
**disputes** 221:8 221:14
**disseminate** 48:7
**distinction** 134:25
**distinguish** 47:11
**distracted** 221:1
**distribution** 216:11
**district** 1:1,1 5:17,18
**diversify** 123:8
**division** 1:2 5:19
**divulge** 17:11
**doctors** 171:1
**document** 4:5 38:20 39:5 75:20 78:11 83:18,19 89:6 98:20 99:7,9 102:19,19,22 103:17 105:14 108:20 109:15 111:16 113:7 115:5 117:25 118:4 141:5 144:20 146:25 161:1 183:20 184:20 188:18 188:21 189:1 191:22 192:4 203:10,17 210:13,14 212:13 213:15 214:15 215:22 229:13 232:3 235:1
**documents** 15:15,18,19,20 16:4,8 70:25 75:7 144:14 206:5 212:14 231:3 232:11 232:13,21,25 233:7 234:3,9 236:12
**doing** 39:14 62:8,10 89:12 89:15 94:5 121:24 185:6 208:19 219:10 221:19
**dollars** 24:19 24:24
**dot** 198:20
**dots** 161:21
**double** 35:25 87:7
**doubt** 120:17 122:3 172:8
**download** 71:19 168:4 178:14 233:9
**downloaded** 152:11,20
**drafting** 51:14
**drama** 156:9
**dramatized** 112:13
**dream** 166:9,9
**drugs** 8:19
**due** 36:7 62:1 63:7 65:6 66:7 68:9 94:11 161:23 176:8
**duly** 7:4 239:8
**dunn** 2:9 3:10 3:17 5:21 6:14 6:17
**duplicate** 84:17 85:13 147:16
**duties** 221:20 229:22
**dvd** 131:13
**dvds** 129:19,20

**e**

**e** 3:1,1 49:3,3 108:1,1 239:1 239:1 240:1 243:9,12 244:1

**earlier** 24:10 117:20 123:17 132:1 140:15 144:12 146:20 147:8 159:15 163:25 186:15 192:17 193:6 194:6,17 201:3 208:18 210:1 210:14 229:3 231:18
**early** 43:9 117:24 132:13 135:10 149:5 153:25 160:18
**earn** 54:15
**earned** 24:15 25:3,8,13,18,21 26:1,3
**ease** 120:13
**easier** 73:13 119:20
**easily** 66:4 97:19 119:24 228:13
**eastern** 197:17
**easy** 7:18 119:24 158:20 158:25
**eavesdrop** 31:15 205:9 211:5
**eavesdropping** 30:25 164:5 209:24 210:9
222:20 227:7
**ebay** 129:22
**edge** 154:17 179:2,3,6
**edits** 85:25
**education** 40:7 42:9 77:4
**effect** 13:8 168:9
**effective** 75:5 217:12
**effectiveness** 216:11
**eighth** 39:9,21
**either** 65:17 133:17 197:5
**elba** 100:12
**electronic** 58:4 228:5
**elementary** 33:1
**eleven** 203:23
**else's** 133:25 134:3 155:12 155:19 156:13 168:22
**email** 27:5,9 76:8,9,11 150:18,23 151:3,8 157:18 158:8 159:4 161:2,5,11 162:12 165:15 167:4,17 196:6 233:17,18,20
241:6
**emails** 27:2 162:3,10,18 202:4,10 233:8 233:12,21
**embarcadero** 3:12
**embarrassed** 14:3
**emotional** 223:22
**emphasis** 84:20 85:21 86:7
**emphasized** 85:22
**empire** 47:7
**employed** 11:4
**employer** 221:5
**employment** 54:16 221:3
**emptied** 177:4
**enable** 217:20
**encompass** 72:6
**encourage** 204:23
**ended** 123:6
**enforcement** 66:3 69:24 117:22 118:1
**engineering** 41:14,18
**england** 149:11 149:13,15 162:1
**english** 32:19 73:10,12 74:1 149:16
**enjoy** 35:13 43:13 60:3 62:18 63:14 64:1,5 97:20 166:25 167:21
**enjoyed** 62:15 63:11
**enjoying** 62:20 231:11
**enlarge** 187:14
**ensue** 181:18
**entertainment** 51:6 55:15 57:24 63:19 78:24 103:22 104:1,9
**entire** 101:15 157:10
**entitled** 31:19
**entrust** 94:10
**episode** 200:13
**equipped** 178:12
**errata** 242:1 243:14,16 244:3,5
**error** 108:23
**escape** 96:23
**especially** 74:12,21 117:23 137:7 151:19 153:4

163:14 165:22
175:2 178:12
208:15 219:22
**espn** 27:23,23
28:3,15,18,21
28:24 29:4,6
29:10,15,20
30:8,16 31:3,5
95:8,9,11
106:6,8 123:23
124:6,15,25
130:17,19,20
130:25,25
131:1 134:22
134:23,23,24
135:4,8,11,14
135:22 136:1
136:13,14
137:1,10 139:3
139:6,10,15,25
140:6,12,16,16
140:25 141:16
141:18,25
142:10,12
143:3,11,15,24
144:5,10,24,24
145:1,25 149:7
149:21,22
150:4,6,12,15
150:24 151:7
151:10,12,21
151:25 152:11
152:16 153:12
153:16,22
154:22 155:3,8
155:20,24
156:21 157:1,9
157:15 158:15
159:1,2,7,9,13
159:20 160:2
160:12 161:3
161:13,16
162:5,12,24
163:7,11,19
164:11,18
165:11,12,14
165:24 166:10
166:11 167:25
169:22 172:3
175:12,17
179:24 180:17
180:22 181:4
182:23 183:5,8
185:19,21
186:9,16,22,23
187:11,15,19
187:23 188:4
188:10 191:9
191:11 192:7
193:2,7 208:19
208:23 209:1
209:11 210:25
218:21 219:4
220:21 221:9
221:13,15
222:8,15 223:1
223:6 225:15
226:18 227:3,5
227:15 231:11
235:18,23
236:15
**espn's** 175:15
185:16 186:7
210:12
**esq** 3:7,14,20
243:1
**essentially** 30:6
30:25 48:25
170:4 210:9
**est** 238:6
**estimate** 25:3
**et** 1:3 5:16
242:2
**ethical** 94:2
**euronews**
197:16
**europe** 22:17
22:18 32:17
80:3,16 123:13
169:17 175:3
176:7,10,14
220:15
**european** 80:1
81:5,7 161:19
161:22 197:16
222:14
**europeans**
81:14
**evaluate**
189:24
**evaporated**
150:17
**event** 58:2
165:25 209:24
**events** 37:4,6,8
38:1 58:8,8
97:20,22 98:7
103:7,10
123:19
**everyday** 88:8
**evidence** 94:23
95:2 143:24
144:1,19 146:2
149:12 150:3
150:11,11
151:10,10
168:8 219:17
220:4
**evident** 222:17
**evolved** 87:22
**exact** 4:4 17:8
21:7 26:4,6
55:22 67:14
89:18 90:3
103:24 123:9
135:12 171:18
**exactly** 17:24
61:1 67:7
111:24 135:19
136:15 183:21
210:15
**examination**
7:7 234:22
240:2
**examined** 7:5
108:11
**example** 13:20
15:7 38:4
42:13 63:9

73:10,25 84:1 86:8 91:13,17 124:9 126:18 159:25 164:14 165:15 167:7 171:20 189:14 221:2
**examples** 13:18 126:8 189:18 223:19
**except** 148:19 175:3 218:3
**excerpt** 75:19 78:12 89:5 98:20 102:20 105:20 109:14 111:15 113:6 115:3,4 117:1 127:20
**exclude** 142:1
**excuse** 99:19
**exhaustively** 215:23
**exhibit** 38:11 38:12,13 54:2 75:13,15 78:6 78:10 79:2 81:22 83:8,11 88:25,25 89:1 89:5 98:15,19 101:7 102:11 102:14 105:10 105:16,20 108:14,14,17 109:9,10,14 111:9,10,11,15 112:24 113:3,3 113:6 114:21 114:21,22 115:17,18 116:21,22 117:1 127:15 127:16,20 137:15,15,16 137:22 146:18 158:10 160:21 160:22,23,25 161:5 180:6,6 180:10 188:13 188:18,20 203:4,5,10 205:20 207:9 207:11 211:19 211:20,24 212:3 216:23 217:2 229:8,9 230:15 240:8,9 240:11,12,13 240:14,16,17 240:18,19,20 240:21,22,23 241:2,3,4,6,7,8 241:10,11,13 241:14,15
**exhibits** 4:2 108:21 240:5,6 241:1
**exorbitant** 219:15
**expect** 210:10 231:12
**expectations** 210:11
**expecting** 22:8
**expedited** 237:3
**expenses** 22:3 22:24
**experiences** 208:7
**expert** 66:1
**expires** 242:23
**explain** 91:10 140:14
**explained** 213:11
**explaining** 15:23
**explains** 218:2
**explicit** 126:6 211:4,16
**exploitative** 110:22 126:2
**expose** 117:25 118:4
**extensions** 177:5
**extent** 48:4 215:17
**extra** 13:14,16 130:23
**extremely** 236:5,6

**f**

**f** 108:1 239:1
**face** 109:2
**facebook** 27:14 27:19 28:18 31:7,8 44:16 44:17 46:5,18 47:24 48:8,10 48:11 49:14,15 49:18 51:23 52:1,3 53:11 58:16 67:20 68:1 73:2,3,6,9 73:13,15,20,24 74:2,3,8,14,17 74:19,21 75:2 75:7,8,14,15 76:2,5,19 77:8 77:11,14,16 83:1,9,11,15 87:21,22 88:6 88:17 90:2 91:16 92:21,21 92:22 93:5,11 94:9,20,24 95:2,3,9,10,18 96:2,6 97:8 98:14,15,22 99:15 100:4 101:11,13,14 101:16,17,20 101:21 102:2 103:4 105:6,8 105:10,11,12 105:22 106:19

109:10,17 110:8,16 111:3 111:11,19 112:7,20,24 113:9,23 114:5 114:6,7,8,13,13 114:22 115:7 115:24 116:13 117:5,15 118:7 118:7,11,19 119:2,10,14,19 119:25 120:1 120:11,23 121:11,20,25 122:7,14,18,21 123:7 125:18 125:21,23 126:23 127:3 127:10,16 128:24 129:6 144:4,5 146:19 146:23 150:25 151:6 157:24 158:11,16,22 158:23 163:20 164:1 165:3 168:13 173:15 192:7 194:6,16 196:24 197:5 201:4,14,18,21 202:5 203:18 204:3,8,21 205:1,25 206:6 206:8,8,18,22 207:7 208:4,11 208:23,25 212:5,9,23,25 213:1,5,9,10,14 214:9,11 216:17 217:16 220:1 221:9 231:4,5,10,19 231:23 233:8 233:10,12,16 233:18 240:9 240:12,14,19 240:20,21,22 241:3

**facebook's** 97:3 125:7 127:2 144:7 177:10 201:7 203:5,12 207:11,17 230:25 241:10 241:11

**facebook.com** 177:9

**facilitated** 220:1

**fact** 30:24 94:3 140:4 142:11 143:4 155:21 166:22 192:2 215:24 216:1 218:23 221:23 231:10

**facts** 12:18 96:22 187:4

**failed** 228:7

**fair** 62:25 230:7

**faith** 61:21 62:4 63:12 66:8 86:9 90:19 99:21,21 100:3 120:15 126:19 153:5 188:7 195:22 204:11

**faithful** 102:24

**fall** 159:20

**familiar** 13:2,6 21:21 22:2 23:10,14 56:4 56:11,19 58:15 106:12 125:6,9 127:2,12 128:21 134:10 178:19 179:15 180:25 198:14 200:5 217:5 231:20 232:1

**family** 10:8 63:10 66:2 90:16 91:20 133:19,22 134:18 153:10 168:19 170:7 170:12,19

**famous** 100:13 100:16 103:11

**fan** 36:22

**fan's** 196:22

**far** 12:11 22:7 32:4 65:4 115:25 133:5,8 148:18 180:19

**farther** 230:11

**farthest** 110:3

**faster** 133:7

**favor** 10:15

**favorite** 37:19 37:21 128:7 197:1,1

**fear** 123:14

**feature** 128:7 134:10

**february** 89:10

**federal** 30:21 30:23 31:23 228:4,10,11 244:1,8,9

**feel** 9:23,24 14:3,9,11 64:7 64:12 65:2,2 72:9 73:9 91:21 141:6 209:25

**feeling** 165:21

**feels** 14:24

**fees** 22:3

**fell** 32:16

**fellow** 93:6

**felt** 32:14,16 68:17,19,23 69:13,16 101:2

**female** 74:12 74:21

**fields** 55:15
**fifa** 136:7 139:8
**figure** 66:23 67:1 70:7
**file** 28:6 229:16
**filed** 5:16 11:8 21:13 29:9,18 70:20 229:4
**filing** 56:5
**fill** 20:15
**filled** 20:12,20 21:16
**film** 40:20 128:15,21
**films** 128:5,8 128:13
**financially** 6:4
**find** 65:22 66:21 73:23 87:9 140:22 144:1,17 146:2 150:3 151:9 157:9 223:25
**finding** 173:11
**fine** 8:13 39:3 53:16 63:8 187:7 188:8 210:22,23 215:25
**finish** 8:6 145:10
**firefox** 154:17 168:5 176:19 176:20 177:13 177:19,20 178:20
**firing** 173:19
**firm** 187:12 237:2 239:16
**first** 7:4,22 17:2 20:6,8,10 28:24 32:16 38:11 49:2 50:16,16 55:18 83:21 87:11 90:17 97:21 103:13 114:6 117:10 131:15 134:23 135:3 137:18,24 139:6,19,24 147:4,4 151:2 151:4 152:10 152:12 157:1 174:6,9,11 177:18 179:24 180:16 181:4,6 188:25 190:11 202:14 203:25 207:23 212:20 214:19 228:14 229:7,9,19 234:25 241:5 241:15
**fisher** 3:3,24 6:19,23 21:4 21:19 235:4,9
**five** 16:18 19:10 89:14 105:25 115:12 193:7
**flash** 182:4 184:8 189:6
**flight** 22:23 164:2
**flights** 43:15 164:2 167:22
**focus** 85:24 86:14
**focused** 74:5
**focusing** 220:25
**folks** 93:22
**follow** 36:24 63:7 65:6 97:16 104:17 104:19,20,22
**followed** 90:18 100:7 103:21 104:24 105:5 117:21 123:2 221:16
**followers** 44:12
**following** 77:24 86:7 90:16 145:22 149:13 206:4 237:11
**follows** 7:6 108:12 243:8
**fool** 66:13
**football** 37:1 84:4 103:14 136:7 137:1
**forbes** 198:19
**forbes.com** 198:15
**forbid** 165:2
**foregoing** 138:8
**foreigners** 111:25
**forever** 66:16 70:14,16
**forget** 162:2
**form** 20:12,15 20:18 21:16 220:16
**format** 198:19
**former** 79:4 115:10 116:9 129:14 195:11 195:12
**forth** 154:3 239:8
**forums** 193:20 194:1
**fotboll** 103:14
**found** 44:24 60:4 143:23
**four** 19:7 151:8
**fox** 118:19,22 118:23 119:1,5 198:25
**fraietta** 22:1 235:5
**frame** 46:8 139:1 153:21
**francisco** 3:13 221:21 230:10

**frank** 1:23 2:10 5:25 239:4,22
**frcp** 244:1
**free** 141:6
**french** 39:21 111:24 112:12
**frequency** 88:16
**friend** 74:13 91:25 92:2
**friendly** 153:10
**friends** 63:10 67:9,18 68:2 74:12,12,21 75:2 86:24 87:16 88:14 90:19 91:20 105:2 110:12 110:13,16,21 110:25 112:15 112:16,20,22 114:1,5,6,10 121:25 133:19 133:22 168:19 170:7
**front** 227:9
**full** 7:10 19:17 19:21 48:23 50:18 69:25 213:19 215:17 220:18
**fully** 42:18 55:11 56:13,14 56:18 57:12,16 57:18,25 65:25 92:23 128:6
**fun** 63:21
**fundamentally** 73:15
**funky** 115:2
**funny** 86:10 91:7 92:6 111:20 112:13
**further** 108:11 142:14 182:18 224:12 233:25 234:8,13 236:21 239:11
**future** 22:9 153:8
**fuzzy** 26:3 52:25 132:13

**g**

**g** 78:16
**gained** 220:15
**game** 211:13
**games** 37:16
**gaming** 163:3,5 163:10
**garner** 121:22
**gdpr** 176:8
**gender** 76:14 79:9
**genders** 61:3
**general** 32:17 51:18,19 60:15 89:23 91:7,22 92:6 93:11 125:13 126:25 133:7 149:14 153:23 159:3 163:17 181:14 184:24 193:13 229:20
**generally** 13:20 17:7 30:14 55:13,15,25 56:19 62:4 63:2,3 64:15 66:7 71:10 72:8 78:22,24 101:6 134:24 151:7 164:22 169:19 170:14 175:8 176:17 178:4 184:19 187:25 228:20
**generate** 54:20
**generated** 89:10 99:18
**geographic** 41:2 78:23 103:22 104:1,8 142:5,19 143:25
**geography** 40:14
**getting** 64:1 129:13 175:14 211:1 235:22
**giant** 94:13
**giants** 56:1 67:11,21 93:6 93:12 97:17 158:25 230:8
**gibson** 2:9 3:10 3:17 5:21 6:13 6:16
**gibsondunn.c...** 3:15,21 243:2
**gig** 11:3
**give** 7:17 13:18 69:25 101:19 108:22 120:17 146:22 194:23 194:24
**given** 166:12 187:3 227:15 239:9
**gives** 65:1 67:23 149:21
**giving** 8:19 13:9 101:23 164:8
**glad** 165:4
**glass** 210:23
**glauberson** 3:25 5:23
**glitch** 148:17
**glitches** 109:5 147:10,11,25
**glitchy** 109:7
**global** 91:19 169:17 197:15 197:20 222:19
**globe** 92:16
**gmail** 233:16
**gmail.com.** 151:3,5

**go** 5:12 12:25 37:3,7 44:20 73:12,21 91:24 92:2 95:1 96:19 99:6 101:5 106:24 131:4 135:24 151:21 166:6 170:25 171:5 171:25 191:13 200:18 215:22 218:18 234:6 234:11 236:25
**goal** 44:7,9 117:25 197:2 230:13
**god** 94:11 110:1 113:16 165:2
**goes** 95:19
**going** 5:2 38:10 53:20 54:2 62:2 63:8 64:19 69:21 75:6,12 83:8 87:11 91:23 93:22 105:13 107:2 108:13 109:8 111:8 113:2 117:9 120:22 122:9 134:24 137:14 146:11,22 150:10 165:12 171:9 178:1 197:7 200:21 210:15 211:5,5 211:12,14,19 234:16 238:3
**good** 5:1 7:9 8:8 45:10 61:21 62:4 63:12 66:8 94:13 100:3 120:15,15 160:19 161:20 167:9 171:20 188:6 204:6,11
**google** 12:3,12 12:17 13:3,9 13:21 44:15,17 44:21,22 46:4 46:18 48:7 49:22 52:2 53:10 60:24 61:10 63:1 153:2 158:16 163:8 168:4
**google's** 12:25 61:17
**googled** 112:1
**gotten** 90:19 162:12
**govern** 228:4
**governed** 191:10
**governing** 185:21 204:12
**grader** 39:9,21
**gradually** 160:15
**graduated** 40:8
**granular** 28:8 28:14
**great** 8:14 53:18 72:6 110:1
**group** 61:3,7 67:9,18 68:2 93:3,5,6,7 126:20 230:3
**groups** 90:6 92:22
**grow** 62:19 65:13
**growing** 44:25
**guess** 58:13 101:15 220:15
**guesses** 157:21
**gullable** 66:7
**guy** 125:14
**guys** 149:20

**h**

**habit** 181:15
**habits** 30:12,13 55:7 58:23 64:10,19 65:4 93:1 94:18,20 184:24 209:16 219:22
**half** 8:4 19:14 19:20 118:13
**halle** 167:7
**hand** 239:19
**handle** 28:11 49:7 80:13
**handled** 243:8
**happen** 61:22 122:4 187:16
**happened** 15:23 19:19 67:6 95:14,15 117:24 161:22 166:18 196:14
**happening** 161:19 166:10
**happens** 26:25 92:5
**happy** 8:1 145:11
**harassment** 118:1 123:15
**hard** 32:1 35:24
**harder** 73:21 73:22
**harm** 164:24 164:24 165:2 206:20 207:4 209:10 218:18 218:21 219:18 220:12 222:5 222:12,16,16 222:21,23 223:19,23 226:25 227:12
**harmed** 210:2 223:5

**harmful** 92:24 208:16 209:8 216:1
**harmless** 215:25
**hazy** 132:8
**hc** 167:10
**head** 7:18 35:23 82:7,12 152:4
**header** 207:22
**health** 13:22 14:16 15:3,8 159:18,22,23 169:3
**hear** 36:8 155:18
**heard** 21:23,25 23:14 56:17 58:7 127:7 134:15 177:21 218:11 231:24
**heart** 67:16 85:23 93:13
**held** 2:8 30:5 30:10 145:19 145:23
**helicopter** 43:16 164:2 167:22
**helicopters** 96:16
**help** 60:13 65:13 87:9 204:24 216:10
**helped** 121:24 129:14
**helpful** 44:25
**helps** 119:24
**herald** 198:13
**hereinbefore** 239:7
**hereunto** 239:19
**hero** 92:12
**hesitate** 84:23
**hiatt** 128:5,8,13
**hidden** 191:15
**hide** 125:16,17 126:10,11
**high** 77:5 110:6
**highly** 110:4 178:7
**hilarious** 86:10
**hindsight** 222:17
**hired** 86:3
**history** 64:22 77:4 95:18 98:16,22 166:12 177:4,7 177:8 240:15
**hit** 134:5
**hmm** 45:13,16 96:8 131:12 208:21
**hold** 205:10
**honest** 60:6,15 60:16 93:3 148:11
**honestly** 12:19 13:19 15:1 21:23 23:13 25:16 26:19 27:16 29:11 34:17 37:12 44:5 56:17 63:22 74:10 106:15 115:15 124:1 130:2 136:20 156:18 157:6 166:2 170:25 195:23 203:22
**honesty** 84:3
**hope** 31:10
**hoped** 122:8 204:14
**hopes** 120:18
**hoping** 32:24
**host** 44:5,10 45:8 59:21,24 60:4,10 78:23 79:13 167:12
**host's** 156:13 156:17
**hosting** 49:11 49:13,16,22 53:2,3,6 57:25 68:24 69:5,6,7 69:9 121:16
**hotel** 152:7 154:23 155:4,6 155:8,12,20 156:22
**hour** 8:4,4 18:1 18:4,16,19 100:17 109:24 158:4
**hours** 18:7 19:1 19:5,8,11 87:25
**https** 182:15
**huffington** 199:2
**hulu** 29:18,19 124:20,23 125:3 130:17 141:15,22 151:7 166:20 166:21,21,22 167:3,6,12,20 167:24 168:2,7 168:10,14,16 168:18,21,22 168:25 172:6 175:24,25 193:7 226:25 227:4,13
**hulu's** 227:1
**human** 15:2 93:16 149:23
**hundred** 12:4,6 16:6 24:19 27:24 29:12 52:16 95:17 126:3 144:2
**hung** 93:22
**hurry** 175:1,9

**hurt** 153:7 220:10
**hypocrisy** 84:12 86:5,14

**i**

**ibm** 117:11,14 118:2,6,9
**idea** 55:2 64:16 215:18 229:18 229:21
**identical** 227:5
**identification** 38:14 75:16 78:7 83:12 89:3 98:17 102:12 105:18 108:18 109:11 111:12 112:25 114:23 115:19 116:24 127:17 137:20 161:7 180:11 188:15 203:7 207:13 211:21 216:24 229:10
**identifies** 61:10
**identify** 60:13 80:13 142:5 143:7,8
**idris** 100:12
**idyllwild** 33:7,8 33:11 39:25 40:1 45:21,23
**ignore** 27:11
**ii** 213:21
**image** 108:25
**imagine** 207:6
**imb** 117:11
**immediately** 188:10
**impact** 91:12 221:3
**impacted** 70:3
**impacts** 91:4
**imperfect** 94:3
**implemented** 179:3
**implies** 198:21
**important** 7:16 120:21 129:18 151:17 195:21 204:18,20 221:25
**imported** 81:16
**inaccurate** 38:22 39:2
**inc.'s** 137:18,24 241:5
**incident** 221:15
**inclined** 206:18
**include** 148:6 237:12
**included** 211:3 243:14 244:3
**including** 141:21 182:6 182:19 185:11 185:18 189:13 212:23 213:5 213:13 214:3 216:8 217:17 217:19,22 221:17 239:16
**incognito** 12:3 12:22,25 13:4 13:11 14:22 15:10 159:8,17 169:1,3 173:25
**income** 54:15 54:21 61:6
**increase** 44:11
**independence** 84:13 90:12 147:17
**indian** 84:14,18 92:9
**indicate** 4:4
**indicated** 57:2
**indicating** 148:15
**indirectly** 219:10 233:3
**individual** 111:3
**industry** 128:15
**infancy** 87:23 173:16
**info** 93:18 97:1 159:4
**information** 15:4 41:3 55:6 57:14,19 58:21 75:14,16,23 80:8,21 97:2 101:20 120:1 124:15 132:16 142:23 159:2 159:18,23 162:16 168:25 169:19 170:7 170:19 181:8 181:22 182:2 182:18 184:21 185:10 189:3 190:17 204:22 206:2,5,9 207:21 208:1,3 208:5,10 209:8 212:17,22 213:4,6,22 214:2,3,12,18 216:7,15 217:21,22 227:8 235:23 236:5,7,15 240:10
**informed** 204:24
**infringed** 222:19
**initial** 151:4
**initially** 152:15
**initiated** 21:6 214:21
**injured** 165:21
**injuries** 206:20 207:6 209:14 220:8 223:4

227:17 230:5
**injurious** 209:18,19 210:9
**injury** 220:16 221:2
**injustice** 86:4
**inner** 15:9 92:3 101:8 105:3 112:22 159:24
**innocuous** 163:17
**ins** 212:24
**insider** 198:9
**insist** 209:2
**inspect** 225:3,8
**inspiration** 88:14
**inspire** 110:22
**instagram** 47:3 47:4,24 48:10 48:12,17,19 49:7,14 52:4,5 58:17 67:20,25 68:4,8,18,20 69:2,8,19 70:4 70:12,15 71:4 71:13,25 72:4 72:8,17 73:10 73:16,20 74:4 74:4,17,24 75:8 78:6,13 78:19 83:4 125:23,25 126:4,8,24 127:10 195:14 195:19 197:5 202:14,22 203:1 214:10 217:16 240:11
**instagram's** 202:23
**installed** 226:16
**instance** 93:20 156:11 164:20 176:7 185:6 192:17
**instances** 10:16 13:15 137:9 177:9
**institute** 41:13 41:15
**intangible** 209:9,11 220:8 220:16 221:2 223:4,22 224:1 227:16
**integrity** 84:3
**intend** 234:1
**intention** 123:6
**intentions** 63:7 120:15
**interact** 194:17 216:13
**interacting** 60:20
**interaction** 91:21
**interactions** 89:2,9 91:15 92:21 208:8,10 240:13
**intercepting** 236:14
**interest** 43:11 90:10,21
**interested** 6:4 116:6 163:21 169:16 194:7,8 239:13
**interesting** 83:20,21 164:3
**interestingly** 156:9
**interests** 63:18 67:16 93:13 214:3
**interfaces** 182:6 189:7
**interfere** 5:9
**internet** 177:15
**interrogatories** 137:19,24 142:24 241:5
**interrogatory** 138:12 139:2 139:22 141:2 141:12,12 142:4,14 144:8 230:19,22
**interrupt** 72:22 224:6
**interviewing** 32:23 54:13
**intriguing** 112:1
**introduce** 38:11 75:13 88:24 108:14 109:9 111:9 113:3 114:20 115:16 137:15 180:5 229:6
**intrude** 205:9
**intruded** 64:8
**intruding** 66:12
**intrusion** 209:13,20,21 209:22
**intrusive** 62:25 68:10 102:6 211:15
**invades** 50:1
**invading** 50:5
**invasion** 218:20
**invasive** 211:14
**invest** 110:6
**investigation** 142:16 143:9
**investing** 116:10 227:16
**investments** 54:20
**involved** 9:19 10:19,23 11:1

11:18 12:2 20:25 21:13 28:11 69:24
**involvement** 231:14
**ipad** 160:3,10 160:16,18
**irrefutable** 144:18 151:10
**ish** 131:18 135:13 136:16 154:1,1,2 167:2
**israel** 113:15 113:17
**issue** 15:3 208:18
**issues** 68:10 85:3
**italy** 161:25

**j**

**j** 1:23 2:10 3:24 49:3 239:4,22
**jackie** 99:24 100:17
**january** 36:4,9 36:10 117:12 119:10 121:11 136:6,8,9,22,25 146:5 148:22 148:24 149:5,5 151:11 203:13 207:12,18 241:12
**japanese** 106:10
**java** 42:14
**jazeera** 197:17
**jerk** 68:4
**jersey** 35:2 41:12,15 77:14 77:17,20,22
**jetta** 128:9,9
**job** 1:24
**jobs** 54:13
**john** 200:11,14
**join** 115:10
**jointly** 208:6
**journal** 198:11
**journey** 195:22
**july** 92:15 106:12 110:9 112:2 161:24 202:13,18,20
**jump** 179:10 205:6
**jumping** 225:23
**jumps** 156:19
**june** 1:13 2:4 5:3 35:25 118:20 139:4 139:25 161:4 161:17,18,24 202:20 238:4 239:20 242:3 243:3
**jurat** 237:12
**jurisdiction** 238:14
**jurisdictions** 142:13 143:12
**justice** 84:3 230:2,13

**k**

**keep** 8:9 28:5,7 28:16,20 209:19 226:22
**keeping** 18:12 19:2,15
**kept** 73:16 74:25 132:9,9
**key** 112:11
**kidnapped** 167:8
**kids** 128:7
**kind** 13:9 14:16 15:3,25 23:7 42:12 44:1,4 55:6,17 56:2 59:19 60:2,4 60:15 61:22 63:12 66:24 68:10 72:10,19 74:3,16 78:25 88:12 89:21 93:19,25 94:1 94:10,10 95:23 97:16 106:9 110:21 112:22 125:14 129:15 132:8 140:9 142:17 152:6 163:6,15,16 164:7,8 167:10 169:3 179:17 184:24 185:20 186:17 187:17 187:19 191:8 191:24 206:19 209:20 215:11 215:24 219:17 222:16 227:19 232:1,6
**kinds** 121:17 151:6 207:21
**kit** 56:12
**kits** 56:20 182:5 189:7
**knee** 68:4
**knew** 62:1 63:6 95:23 105:10 209:15
**know** 8:1,5 11:4 12:11,22 13:17,22 14:4 14:6,13,18 15:2,7 17:8,24 18:8,17 19:3,6 19:9 20:23 21:7,12,15 22:5 23:7,12 23:16,18 24:17 25:12,16,24,24 26:4,19,19 27:4,15,16,24 28:1,17,19,22 28:24 29:1,2,7

| | | | |
|---|---|---|---|
| 29:9,11,20<br>32:3,7 34:18<br>37:24 38:18<br>39:12 42:15<br>44:6,23 45:2<br>45:10,18 46:19<br>46:23 47:5,5,6<br>47:10 48:1<br>49:20 50:9,10<br>52:3,13,15,25<br>54:23 55:1,11<br>55:12,16,21,23<br>56:1,17,18,21<br>56:21,22,24,25<br>56:25 57:1,2,5<br>57:12,13,17,20<br>57:21,22,24<br>58:1,2,10,12,13<br>58:19,21 59:6<br>59:9,18 60:5<br>61:5,10,15,21<br>62:3,14,17,24<br>63:3,4 64:5,6<br>64:10,25 65:4<br>65:5,17,21,23<br>65:25 66:24<br>67:7,10,13,14<br>67:15,19 68:3<br>69:15 70:6,23<br>71:2,3,5 72:7<br>73:25 74:9,12<br>74:13 78:23<br>80:5,9 82:5,9<br>84:1,8,10,17,21<br>85:20 86:13 | 87:4,8,22,23<br>88:11,13,18,21<br>89:17,23 90:20<br>91:6 92:4,8,11<br>92:18,20 93:11<br>93:15,16,24<br>94:8,11 95:1<br>95:16,18,21<br>96:2,11,18,19<br>96:20,25 97:6<br>97:6,6,11,14,15<br>97:17,20,25<br>99:7,21,25<br>100:1,6,16<br>101:6,9 102:5<br>102:8 103:12<br>104:15,15<br>105:2,4 106:7<br>106:11,16<br>110:21 111:2,4<br>111:6 114:10<br>114:13,16<br>116:11 117:8<br>118:2,3,6,24<br>119:6,15,16<br>120:2,7,25<br>121:3,6,23<br>124:1,2,7,11<br>125:2,11,12,14<br>125:22,23<br>126:2,13,18<br>128:14 129:3,8<br>129:9,15,17,21<br>130:21,24<br>131:1,3,16 | 132:4,8,11,15<br>134:7,8,14,15<br>134:25 135:12<br>135:24,25<br>136:15,22,25<br>137:6,12 140:8<br>140:15,17<br>141:19 142:11<br>142:12,15<br>143:2,2,12,24<br>145:5 147:25<br>148:8,14,18<br>149:10 150:11<br>150:17,22<br>151:17 152:14<br>153:23,24<br>154:11,18<br>155:11,21<br>158:18 159:3,5<br>159:24 160:16<br>161:18 162:11<br>162:11,14,20<br>163:25 164:1,7<br>164:10,20,22<br>165:21 166:2<br>166:11,22<br>167:2,3 168:4<br>168:15,17<br>169:11,17<br>170:1,11,12,22<br>171:17,21,23<br>173:5,14,17,20<br>174:4,5,10,12<br>174:18,19<br>175:1,23 176:7 | 176:15,23<br>177:2,4,15<br>178:5,11,22,24<br>179:1,13,20<br>180:2,3,23<br>181:19 183:2<br>184:18,23,25<br>185:20 186:14<br>186:17,25<br>187:4,6,8,8,18<br>188:5 191:9,10<br>191:23 192:21<br>192:24,24<br>193:12,13,16<br>193:17 194:14<br>194:24 195:20<br>196:22 197:2<br>198:4,10,12,21<br>198:23,23,24<br>199:7,22<br>200:15,16<br>202:1,3,5,8<br>204:13 205:6<br>209:7 210:4,21<br>210:22 211:12<br>211:16 213:17<br>213:19 214:18<br>214:19,19,23<br>215:3,16,16,19<br>215:21,25<br>216:22 219:1,8<br>219:10,13,15<br>220:6,13,13,23<br>220:25 223:4,7<br>223:13,23,24 |

223:25 224:8 224:19 226:9 226:12,14,21 227:17,19,22 227:23 228:16 228:20,23 229:18,19 231:7,11,19,22 232:5,7,16 233:17,25 234:13 236:8
**knowing** 62:8 98:10 101:9,12 101:16 105:1,6 114:8 188:7 205:10 209:15 209:22 219:11 220:8 222:18
**knowingly** 102:7
**knowledge** 55:8 97:2 143:8,19 163:14
**known** 31:13 93:7 106:9 137:7 185:17 186:11 214:25 215:7,15
**knows** 92:10

**l**

**l** 49:3
**la** 36:6 45:19 100:18 109:1 128:16 147:6 167:1,14 169:11,11,13
**land** 90:13
**language** 42:12 205:15
**laptop** 151:14 153:17,19 160:3 163:1
**large** 25:24
**larger** 151:18 154:13 230:3
**late** 70:19 132:7 135:10 149:4 153:25
**lately** 129:18
**laugh** 111:23 112:22
**law** 31:20,23 32:7 62:1 66:3 69:24 117:21 118:1 164:19 164:22
**laws** 65:9 66:9 66:9 204:12 205:10
**lawsuit** 10:7 12:12 23:2 24:7 29:10,24 31:11 32:5 70:20,24 71:1 71:7,8,10,15 95:22 231:14
**lawsuits** 11:15
**lawyer** 21:18 93:4 184:3 235:4,5
**lawyers** 20:2,7 21:12 22:4,23 23:5 28:10 235:9,12
**lead** 221:14
**leading** 52:19 93:4
**leaning** 155:22 156:1 199:23
**learn** 20:18 26:17 55:18 184:15,22 185:2 192:13 206:22 214:6 216:14,16 218:7
**learned** 26:22 42:17 43:1
**learning** 42:13 42:16,17,18 44:6
**leave** 87:25 156:22,23 178:4 234:2,7 236:22
**leaving** 224:10
**led** 68:23 69:19
**left** 70:10 94:2 149:5 172:25 173:1
**legal** 156:8 181:18 201:25 206:15,15,16 236:18 243:7
**legalese** 206:15
**length** 17:9 18:10,22,24 203:20
**lessons** 164:2
**letter** 78:16
**letters** 27:3
**letting** 202:5
**level** 32:25
**levels** 74:11
**liberty** 68:13
**license** 96:17
**life** 59:25 71:6 80:4 95:23 98:1,10 164:6 184:9 199:21 200:17
**lifestyles** 58:23
**lifetime** 166:9
**lifting** 166:5
**light** 31:14
**liked** 63:13 86:2,2 100:24 102:10,12 103:3,6,8 104:13,17,24 105:1,4,7,7,10 240:16
**likely** 59:14 60:11 146:3 160:7 196:11
**liking** 194:25
**limit** 101:6 126:14,17

**limited** 32:6 134:16 141:21 142:17
**line** 17:14 241:17 243:15 244:4
**link** 105:17,22 106:2,5 111:18 112:3 113:9,20 115:6,9,23 128:9 184:10 192:13,14 240:17
**linked** 168:14 188:20 206:25
**linkedin** 38:8 38:13,18,19,23 39:1 54:3 55:13 240:8
**links** 184:20 201:7 202:22
**list** 41:12 59:3 129:16 130:13 142:9,19 143:18 189:18 208:2 220:18 231:2
**listed** 42:10 54:4 79:8,12 84:5 99:14 139:17
**lists** 40:7,16 79:2
**listservs** 196:6
**literally** 60:18 63:10 187:13
**litigation** 10:20 10:22 21:1
**little** 8:11 13:23 14:9,12,17,19 14:24 37:25 56:23 57:19 73:17 84:21 115:1 148:11 159:18 167:17 167:19 196:25
**live** 32:9 33:16 34:13,23 63:4 64:9 91:15,16 94:3 100:17 118:8,11,12 122:17,17 123:7,14 170:22
**lived** 34:24 35:7 37:24 43:8 59:24 67:8 77:13 92:14 93:21 95:20 100:15 128:16 131:17 132:3 135:6 141:7 166:23 167:13 169:10
**lives** 165:7
**living** 33:4,10 33:25 34:7 36:11 39:15 45:19 54:5
**llp** 2:9 3:10,17 5:21
**ln** 242:4
**local** 78:4
**located** 142:6
**location** 5:20 70:7
**locations** 142:5 142:19 143:25 189:16
**lockdown** 73:22 74:7
**locked** 171:24 243:12 244:1
**log** 51:17 87:20 87:24 88:2,3 119:21 133:18 155:9 156:22
**logged** 88:1 156:11,20 182:10 213:9 217:24
**login** 134:8 170:6,18 212:25
**logs** 88:2
**lol** 111:23
**london** 149:18
**long** 17:5,7,9 17:18,20 18:14 18:20 19:1,5,8 19:11 21:7 41:19 56:8 63:6 94:13 129:5 184:24 186:16 222:6 229:20
**longer** 50:20 69:9 72:1 74:24 145:1
**look** 26:14 58:25 82:10,13 83:17 84:20 98:13 99:16 102:9,18 116:21 118:17 119:8 120:3 122:5 127:14 129:15 138:5 138:11 139:1 139:21 141:6 149:19,25 150:3,6,9,10 152:22 157:7,8 158:10 166:14 168:17 180:24 181:20 188:11 195:23 197:12 197:14 203:3 205:12 207:8 211:17 212:5 212:16 213:20 214:22 219:9 219:19,21 220:6 228:9,13 230:18 233:6 233:14 234:6
**looked** 64:3 81:22 173:21 177:5,11

188:20 194:16 210:14 228:17 229:2
**looking** 20:25 59:17 79:1 80:19 81:11 82:21 85:7 115:8,25 147:5 185:1 187:4
**looks** 38:25 41:1 76:23 100:5,8 102:23 113:11 127:24 127:25 128:20 148:16,18 161:10 187:12 187:17
**loop** 202:2
**los** 33:12,13,17 36:12 39:9,16 39:22,25 43:8 53:7 59:19 67:8 82:8 91:24 100:15 197:24 198:2
**lose** 222:25
**loss** 227:17
**losses** 227:20
**lost** 219:3,6
**lot** 63:5 72:7 74:18 86:17 122:22 126:21 132:4 147:9 148:3 151:16 153:4 170:22 171:1 193:13 195:21 197:12 197:15 199:7 206:15
**lots** 66:25 206:16
**loud** 111:23 190:15
**louder** 8:12
**love** 32:16,17 59:21 90:15 161:19,20 167:11
**loved** 84:2 93:22
**lunch** 105:15 106:22,25 107:4

**m**

**ma'am** 102:16
**mac** 153:20 154:7,15 160:15,17
**macbook** 160:19
**macs** 178:12
**made** 75:1 85:18,25 95:20 96:10 98:14 99:17 110:8 111:24 119:20 127:22 148:12 209:25 222:3 230:23
**magazine** 198:7,22
**magnificent** 110:1
**magnifying** 210:22
**main** 51:4 53:7 153:2 167:3 233:17
**majestic** 110:4
**major** 42:10 59:23 77:24 78:3
**majority** 103:9 103:18 154:20
**make** 44:2 57:18 74:19 91:19 95:4 100:3 112:22 121:4 128:1 158:4,19,25 162:17 166:15 177:25 182:20 187:14 204:19 204:24 211:4 213:7 226:10 228:18 230:4,6 243:14 244:3
**maker** 121:8,11 121:20 122:6
**makes** 15:11 152:4 165:23
**making** 84:20 89:22,24 215:25 228:5
**male** 76:15 117:20
**malignant** 216:2
**malware** 226:11,12
**man** 92:13 99:21,25 126:19 153:5
**manager** 59:1
**mandates** 164:19
**manner** 4:3
**march** 76:24 85:14
**mark** 3:24 6:21 92:12
**marked** 38:14 75:16 78:7 83:12 89:2 98:16 102:12 105:17 108:18 109:11 111:12 112:25 114:23 115:19 116:23 127:17 137:19 161:6 180:11 188:15 203:7 207:12 211:21 216:24 229:10
**marketing** 42:22 64:11 163:15
**marketplace** 128:24 129:4,6

**markup** 200:9
**marriage** 153:8 239:12
**mars** 63:21 90:23
**match** 37:11 106:8,16 136:3 136:4,18,23,25 137:2,5 140:5 140:21 144:22 145:21 148:22 148:25 149:11 149:15 151:17 162:1 163:20 166:9 176:16 185:22 186:1 191:12 192:7 209:23
**matches** 37:14 97:13 146:5 160:8 172:10 185:24 196:4
**material** 153:10
**math** 32:19,20 63:21
**mathematics** 40:10
**matter** 5:15 21:4 70:1 93:15 94:4 163:18 175:6 226:19 239:12 239:14
**mattered** 120:9
**matters** 90:19 170:2
**mcafee** 178:15
**mccoy** 24:2,5
**mean** 10:3 14:19,21 31:6 62:22 72:21 86:6,13 91:10 101:14 140:20 141:23 148:9 170:1 177:1 193:24 196:12 198:18 213:17 218:25 226:2 236:6
**means** 223:18
**meant** 112:21 163:15 214:20
**measure** 216:10
**measurement** 216:5,18
**mechanical** 41:13,17
**media** 5:13 43:15 44:1 46:14,15,20 48:3 53:20,24 63:15 67:11,12 67:17 68:24 74:4,6,18 93:5 93:11 107:2 108:4 126:25 146:11,15 171:9,13 196:24 200:21 200:25 233:15 234:16,20 238:2
**medical** 236:5
**medication** 8:18
**medina** 23:21 23:22,25
**medvedev** 137:3
**meet** 16:11,14 73:25
**meeting** 17:2,3 17:21 18:14,15 19:14
**meetings** 16:23 17:6,25 18:3,6 18:10,20
**member** 27:13 27:18,22 161:3
**members** 111:4 228:3
**memorized** 80:17
**memory** 156:19
**mention** 83:22 183:18 184:7 213:18 223:24
**mentioned** 12:8 24:10 37:9 38:2 48:2,6 65:6 68:17 69:14,22 70:12 81:15 93:4 96:15 104:3 105:9 117:20 118:7 120:13 120:14 126:19 128:19 130:16 135:22 136:11 145:5,20,22 147:10 148:14 150:19 153:5 153:24 156:6 158:19,24 159:23 165:1 167:12 169:6 178:4 179:15 188:7 193:10 204:10 215:21 220:7,23 221:17 222:14 231:7
**mentions** 187:9
**merciless** 84:14 92:9
**message** 113:15
**met** 17:18 21:18,24 23:19 23:22 24:2 29:14 59:18 90:20
**meta** 1:7 5:16 6:13,16 27:14 27:19 28:18,21 30:19,24 31:3 31:5,9 55:19 55:23 56:3,12

67:20 92:22 94:20 95:9,10 96:2 123:23 124:16 125:1,4 127:3 132:16 137:17,23 163:12 164:18 168:7,11,16 173:18 209:12 217:16,18,20 217:20 218:8 218:22 219:4 220:22 221:9 221:14,15 222:11 223:1,6 225:16 226:18 227:2,14 228:6 230:23 231:20 232:4,6,12,20 233:1,5 235:15 235:22 236:14 241:5 242:2 243:4
**meta's** 54:23 58:25 211:18 211:20 213:11 216:20,23 217:2 218:11 218:14 234:24 241:13,14
**metrics** 57:3
**microphones** 5:4,8
**mid** 43:9
**middle** 84:10 115:2 151:4 197:16 205:15 217:10
**midway** 181:21 205:22,23
**migotsky** 3:7 6:18,18 11:22 11:25 14:5 17:10 50:7 52:19 53:14,18 61:13 64:23 65:15,20 83:17 99:3 103:16 106:21 116:14 120:4,24 121:1 123:24 124:8 124:17 138:14 138:17,23 142:25 143:21 144:12 145:7 145:13 154:25 157:25 171:3,6 175:21 183:1 183:13,19,24 191:4,21 201:24 208:12 210:17 213:15 214:14 215:9 224:4 234:10 234:23 236:19 236:24 237:4,8 240:4
**militantly** 178:3
**militarily** 178:3
**mind** 101:8,11 101:16 104:25 105:6 117:19 141:4 179:10
**mindset** 72:7
**minimum** 114:19
**minneapolis** 167:13
**minnesota** 33:20,22 82:3 131:17 135:11 141:17,22 142:1 149:8 166:23
**minor** 9:12 39:13 100:2 109:3,4 148:19 221:22
**minority** 103:15,19 115:11
**minute** 7:13 18:16,19 38:17 47:22 92:2 102:18
**minutes** 17:21 39:2 53:15 234:12
**misrepresent** 87:6
**misrepresent...** 230:24
**missing** 108:23
**misstates** 121:1 144:12 215:9
**mixed** 106:10
**mm** 45:13,16 96:8 131:12 208:21
**mobile** 153:4 154:10 225:13
**mode** 12:3,22 13:4,11 14:22 15:10 73:22 74:8 159:8,17 169:1 173:25 178:19,22,25
**model** 79:12
**modeling** 53:6 78:21 122:11
**models** 152:4
**modified** 180:15
**mom** 36:7 148:4,12
**moment** 9:7 32:23 46:7 130:5 193:13
**monetary** 31:18 218:21 219:18 227:12
**money** 10:11 11:9,16 24:15 26:3 31:21 44:2 156:25 219:3,7,10 220:11 222:25

225:2,7,10 226:5,6,9,12,21
**monitor** 26:13 189:24
**month** 83:22 90:4 142:22 143:6,16,19 144:15 157:13 194:24,24
**months** 27:8 195:16 221:17
**moon** 90:23
**morning** 5:1 7:9 91:25 92:1
**mother** 86:10
**motions** 241:17
**mouth** 225:24
**move** 32:11,13 33:8,13,21 34:2,9,15 66:17 129:3 186:3 196:14
**moved** 33:3,11 33:16,24 34:5 34:17 35:10 39:18,25 45:21 76:20 78:5 80:3,15 88:21 97:24 123:1 161:23
**movie** 167:8,9
**movies** 63:19
**moving** 77:25 98:1 123:11 129:13
**msnbc** 200:3,8
**multiple** 55:14 88:7 150:18
**multiply** 63:11
**muslim** 171:22
**mute** 5:7

**n**

**n** 3:1,7 108:1,1 108:1 240:1
**nadal** 137:3,7
**name** 5:23 7:10 21:21,25 23:15 48:21,23,25 49:1,2,3,4,4,5 50:16,17 57:23 75:23 76:1 79:24 80:12 87:12 106:2,9 110:3 151:2,2 151:4,4 157:15 158:12 159:4 167:10 188:9 195:10 228:10 235:4 242:2
**named** 11:11 12:12,17 21:18 23:16 28:18 222:3 235:5
**names** 48:14,18 137:6 157:18 157:22 158:4 172:16
**naomi** 106:9
**narrow** 26:10
**nascent** 44:10
**national** 90:17
**native** 84:13 92:12
**nature** 103:15 110:6 162:7 220:17,19 227:18 233:10
**nba** 115:10
**near** 208:2
**necessarily** 4:4 62:17 96:4 206:17
**necessary** 175:4 176:18 243:14 244:3
**need** 7:18 8:5 34:21 39:17 69:20 71:3,9 71:11 80:8 82:12 98:8 162:14 168:12 171:3,5 220:18
**needed** 42:10 71:8
**needs** 85:22 92:17
**negatively** 116:19
**neighbor** 9:22
**neighborly** 9:9 9:10
**neighbors** 9:13 9:18 63:10
**netflix** 130:3,7 130:16 131:6,8 131:20,21 132:15 133:16 133:18 134:3 134:11,15,20 156:4 193:6
**netflix's** 132:19
**networks** 192:12
**never** 8:24 54:5 96:3 101:18 102:7,7 141:17 156:2,23 160:12 164:25 165:1,7 184:15 188:21 199:21 199:21 209:2 209:14 215:4 217:8 225:23 233:4 236:11 236:13
**new** 1:12,12 2:9 2:10,11 3:6,6 3:19,19 5:22 5:22 34:8,10 34:12 35:2 36:20 41:12,15 76:18 77:14,15 77:17,20,22 80:4 88:21 142:22 158:4 167:22 185:20 186:17 197:21 210:7 221:21

**[new - odumosu]**


224:12 227:16 230:12 239:2,3 239:5
**news** 118:23 169:16,17,19 196:10,11 197:8,11,13,14 197:18 198:25
**newswire** 199:14
**niche** 60:1
**nigeria** 35:4,9 37:23 59:22 90:17 116:5 145:23 166:3 196:24
**nigerian** 60:3 74:1 166:6,10 170:13 196:21
**nigerians** 116:8
**nine** 118:13,13
**noise** 9:15
**non** 62:25
**nonresponsive** 66:18 186:4
**normal** 221:19
**north** 123:15
**northern** 1:1 5:18 147:6
**norton** 178:14
**notary** 2:11 7:5 108:10 238:17 239:5 242:23
**notating** 243:15 244:4
**note** 4:1 5:4
**noted** 238:6
**notice** 2:8 11:8 27:12,17,21
**notices** 24:12
**noticing** 6:10
**notified** 20:21
**november** 38:7 76:5 113:17 147:5
**nuisance** 9:12 9:14
**number** 25:24 35:17 44:11 79:2,3,4,5,24 80:1,2,9,16 81:5,6,16,22,23 90:3 100:10 138:12 204:17 213:21 234:5 243:15 244:4
**numbers** 32:2,8 81:13,25 82:3 82:6,11 195:20

**o**

**o** 49:3 108:1,1 108:1 240:3
**oakland** 1:2 5:18
**oath** 6:3 7:12 7:13 9:2 10:17 69:18 142:20 143:17 224:21
**obama** 115:10
**object** 96:24 97:1 142:15 157:25 163:11 163:22 164:11 164:15,18 165:11,14
**objecting** 95:6
**objection** 14:5 50:7 52:20 61:13 64:23 65:15,20 103:16 120:4 120:24 123:24 124:8,17 142:25 143:21 155:1 165:17 175:22 183:1 183:19 191:4 191:21 201:24 208:12 210:17 213:16 214:14 236:17
**objections** 6:5 137:17,23 241:5
**objects** 184:3
**obligation** 70:24
**obligations** 229:23
**obscure** 214:22
**observed** 55:17
**obtained** 239:15
**obvious** 192:1 192:3 214:17
**obviously** 21:8 37:23 97:18 99:24 145:20 187:2
**occasion** 166:12
**occasionally** 13:12 90:24
**occurred** 31:14 144:19 222:6
**october** 75:9 128:10 201:4 203:19
**odumosu** 1:11 2:7 5:15 6:20 7:3,11 38:13 49:6 75:15 78:6,13 83:11 89:1 98:15 102:11 105:16 105:16 108:8 108:17 109:10 111:11 112:24 114:22 115:18 116:22 127:16 137:16 161:2,5 161:6 180:10 188:13 195:19 203:5 207:11 211:20 216:23 229:9 238:3,9 240:3,8,9,11,12 240:13,14,16

**[odumosu - original]**

240:17,17,18 240:19,20,21 240:22,23 241:2,3,4,6,6,7 241:8,10,11,13 241:14,15 242:3,20 243:5
**ofa** 127:6
**offer** 74:22 208:6 217:20
**offers** 56:12 197:19 214:5
**office** 243:11
**officer** 123:2
**officers** 118:5 118:15
**offices** 2:8
**oh** 99:5 103:10 109:25 136:7 145:21 149:10 161:18
**okay** 7:20 11:21,25 15:4 19:20 25:21,25 28:17 29:3 31:15 34:5,12 34:25 35:8 39:4,6,23 40:6 41:5 45:11,20 46:3 48:9 49:10,13,21 64:21 68:16 69:17,21 71:24 72:12,16,25 75:1,11,19 76:4,11,14,22 77:7 79:8 80:10,15,25 81:18,25 82:14 82:22 85:2 86:8 87:18 92:18 94:15 98:12,19 104:6 104:11 105:13 105:20 106:4 109:6,24 111:7 113:2 114:20 115:1 116:20 118:17 123:16 124:20 125:6 127:20 128:17 128:23 129:23 130:12 132:23 133:24 134:22 135:3 137:14 138:11 141:19 144:21 145:12 146:7 147:12 148:20 166:20 169:5 180:5 181:6 185:8 197:7 205:17 205:21 212:12 212:16 215:14 215:15 217:15 218:11,17,18 222:1 224:10 225:2,22 231:18 232:2 233:24 235:3,8 235:11,14,21 235:25 236:24 237:9
**oladeji** 1:11 2:7 5:14 6:19 7:3 7:11 105:16 108:8 238:3,9 240:17 242:3 242:20 243:5
**old** 35:10 81:23 82:8 130:10 131:13 166:7 173:12,15,15
**older** 82:2
**oliver** 200:11 200:14
**olympics** 149:14
**omissions** 230:24
**omitted** 147:1,4
**omt** 127:7
**once** 84:6 134:6 156:6 169:11
**ones** 42:14 46:17,22,22 48:5 77:19 81:13,20 82:3 153:2 154:16 158:3 162:25 168:5 178:7 193:23 197:15 197:18
**ongoing** 142:16 228:25
**online** 20:16 55:8 65:4 110:5 176:12 182:13 184:11 188:13,19,23 188:24 193:19 194:1 196:17 198:16 241:8
**ontario** 34:1,2 34:6
**open** 7:14 153:6 224:11 234:2,7 236:23
**opera** 154:17 179:15
**opera's** 179:16
**operating** 189:2
**operation** 189:25
**opinion** 92:15
**opportunities** 20:25 26:14
**optimize** 189:25
**option** 176:14
**order** 80:6 118:3 201:13 202:25
**ordering** 237:3
**organizations** 99:20
**origin** 99:25
**original** 60:9 120:5 243:10

243:20,22
**originally** 59:22
**originated** 31:5 31:6
**osaka** 106:9
**outcome** 6:5 230:7 239:13
**outside** 35:19 142:12 143:3 143:12,25
**outsiders** 105:3
**outsourcing** 187:18
**overactive** 170:25
**overnight** 17:23
**overrule** 62:2
**overwhelming** 155:22
**own** 54:18 57:22 131:19 155:9,17 156:12,14,20
**owned** 160:5 183:7 186:17
**owner** 115:11
**owners** 57:21
**owns** 57:13 101:15 180:22 191:11

**p**

**p** 3:1,1
**p.a.** 3:3
**p.m.** 107:4 108:2 112:2 113:18 200:22 238:6
**page** 40:7 49:19 54:3 79:2 85:8,14 87:11 103:13 103:21 104:2,6 104:7 108:24 109:1 117:11 118:17,18 119:8 121:7 122:13 127:10 138:6,17 139:3 181:20 189:1 190:11 205:12 205:15,18,19 207:23 210:14 212:6,17 217:11 218:1 230:19 237:11 240:2,7 241:17 243:15 244:4
**pages** 92:22 100:7 102:10 102:11 103:3,6 103:24 104:13 104:19,21,22 105:1,7 229:19 240:16 243:14 243:17,17
244:3,6,6
**paid** 52:17,23 131:21 136:20 136:24 140:8 140:10 157:9 219:25
**paragraph** 181:25 182:11 183:4,8,11,15 185:9 187:1,13 188:25 189:12 190:7,11,14 203:25 207:25 214:1 216:5 217:10,14,25 228:22
**park** 2:9 3:18 5:21
**part** 10:1,3 42:9 57:10 69:23 70:24 144:3 147:7,25 228:21
**partially** 150:9
**participant** 194:1
**participate** 193:19 230:9
**participating** 23:2
**particular** 91:21 183:8
**particularly** 116:11 118:2
**parties** 5:11 10:6 93:1 94:18,21,25 95:12 132:17 190:5,10,12,17 190:22 208:9 208:14 209:3 215:6 239:12
**partly** 80:4
**partner** 115:11 208:6
**partners** 192:12 208:1,5 212:18 213:4 216:10,15
**partnerships** 116:7
**parts** 60:17
**party** 6:3 10:1 10:4,15 11:14 30:5,7 158:16 174:6,6,9,12,15 182:8 185:13 190:19,24 208:1,5
**passed** 86:10 175:1
**passing** 36:7
**passionate** 43:12
**password** 134:7
**past** 50:13 61:9 130:4 171:17 174:20 175:9

193:16 226:21
**patterns** 189:16
**pause** 65:1 67:13,23 68:20 68:24 69:14 158:9 166:13 171:11
**pausing** 71:5
**pay** 22:8,23 136:23 156:25 166:25
**paying** 22:3,6 130:9 193:12
**payments** 23:1
**pdf** 243:12 244:1
**penalty** 138:7 243:16 244:5
**pending** 8:7
**penn** 41:1 54:4
**pennsylvania** 54:6
**people** 14:4,13 14:18 15:8 43:24 46:13 51:17 59:14 60:2,8,8,11,13 60:15,21 61:11 61:24 62:12,15 62:16,20 63:5 63:9,13 66:3 66:12,13,14,15 70:6 73:22 86:13 88:23 90:13 91:12 92:19 93:24,25 94:2 95:24 97:16 100:7 104:20,25 111:24 123:13 126:2 132:4 134:19 151:16 162:14 185:22 191:10 193:14 193:21 196:7 215:18 216:12 216:13 226:10 230:7
**people's** 31:16 64:10
**peoples** 97:1
**percent** 12:4,6 16:6 27:25 29:12 52:16 95:17 103:1 104:5 126:3 141:8 144:2 153:14 222:15
**perfect** 91:17 94:4 95:23 159:22,25 169:3
**period** 45:3 46:3,5 136:16 222:12 243:18 244:7
**perjury** 138:8 243:17 244:6
**person** 16:23 17:1,4 21:24 23:17 47:8 59:19 62:17 67:9 106:11 163:6 191:9
**persona** 195:17
**personal** 15:8 43:25 47:9 48:1,3,11,16,18 48:23 49:16 68:11,12,16,18 69:3,18,23 72:16 74:2,23 83:7 117:24 236:1,6
**personality** 60:9,16 63:18
**personalize** 214:5,7
**personally** 62:14 96:21 165:21
**perspective** 62:23 197:19
**pertains** 34:18 34:21 70:1
**pertinent** 232:9
**pg** 242:4
**phase** 232:14
**phil** 3:25 5:23 235:5
**philip** 21:25
**phoenix** 34:14 34:15,22
**phone** 16:24 79:2,3,4 80:20 81:13,18 82:2 119:4 131:2 151:14,15,22 151:24 152:20 152:25 153:15 154:4 163:1 170:2,4 193:8
**phones** 5:7 152:1,5,9
**photo** 85:10,18 85:19 86:11 91:23 92:15 127:22
**photographer** 92:5 147:6
**photos** 47:8 70:6 74:5 84:9 126:3 147:23 147:23
**physical** 70:2,3 71:6 72:2
**pick** 5:5 93:19 111:2,3
**picked** 84:22
**picture** 87:12 98:25 99:11
**pictures** 147:16
**piece** 149:12
**pilot** 78:23
**pilot's** 96:17
**pinpoint** 136:15

**pitfalls** 192:23
**pixel** 30:25 31:5,8 55:1,4 55:19,24 56:3 75:21 78:12 89:7 98:21 102:21 105:21 109:16 111:17 113:8 115:4 117:2 127:21 168:13 173:18 203:11 207:16 212:4 213:1,14 213:18 214:18 214:20 215:4 215:17,19 217:4 219:14 220:1
**pixels** 43:1 49:23 51:21 58:3 182:4,24 183:5,16 184:5 184:8 185:18 186:13,23 187:3,9 189:6 215:19
**place** 5:8,11 35:6 88:22 93:25 166:8 172:25 173:1 180:15
**placed** 43:4 53:9 144:20
**places** 35:15,18 35:21 37:24 47:13 63:3 90:20 116:8 143:3 149:8 193:20
**placing** 44:20 46:4
**plain** 214:17
**plaintiff** 6:19 6:22 11:11 12:12,17 23:17 28:18 139:3 222:4
**plaintiffs** 1:4 3:4
**plan** 8:3
**planning** 202:6 221:19
**plans** 134:18 220:14 234:1
**platform** 44:22 95:3 105:12 114:16 137:18 137:24 194:18 241:5
**platforms** 1:7 5:16 6:13,16 46:15 134:14 158:14 182:8 185:13 235:15 242:2 243:4
**played** 149:16
**playing** 128:7
**please** 5:4,7 6:6 6:25 7:9 81:19 109:23 128:4 141:6 182:1,12 182:13 190:15 205:24 214:1 216:4 217:25 223:21
**plug** 212:24
**plus** 80:22 130:23 140:6 143:11
**point** 21:3 84:11 89:16 177:25 218:24 219:2 223:8,11 223:15,18,21 224:13 227:11 227:11
**poison** 93:19
**police** 91:15 118:5,15 123:2 123:14
**policies** 64:14 181:15 185:17 208:23 209:1 210:5,6 236:13
**policy** 51:11,15 61:18 64:18,20 70:12 97:4 102:1 132:20 166:15 176:8 180:1,10,14 181:1,7,8,21 182:22 184:5 184:19 185:2 186:7,8,11,12 186:21 187:24 188:3 191:13 192:18 201:11 202:7 204:19 204:23,25 206:3,10,21 207:1,9,12,15 207:17 210:13 211:3,10,18,21 212:5 213:11 214:12 215:23 216:21,24 217:2,6 218:2 218:4,5 241:7 241:11,13,14
**political** 113:16
**politico** 199:12
**pop** 173:5,10 174:21 175:2 175:15,20,25 176:3,9
**popular** 42:14 46:17,21,22 93:25 132:5 154:16
**portrayal** 100:4
**portugal** 103:12
**positively** 172:21 207:2
**possession** 232:23
**possibilities** 157:17

**possibility** 118:14
**possible** 12:10 26:8 39:11 50:3 67:5 105:24 121:13 126:16 137:13 140:7 144:11 144:17,25 149:9 152:17 153:13 155:5,7 158:18,23 160:5,14 173:5 173:9 174:17 176:23 200:16 203:22 219:15 219:20 220:3 226:23
**possibly** 32:21 39:11 67:20 71:9 72:11 93:17 111:5 126:4 139:18 140:3,6 145:4 145:18 150:17 150:21 159:14 163:5 178:21 180:2 196:21 196:25 205:7 225:10 226:13 231:16
**post** 47:5,8,13 47:18 48:3,6 52:7 83:25 84:16 85:23 86:8 90:2,8,24 91:2 106:18 109:10,20 110:8,11 111:11,22 112:3,14,24 113:13,20 114:12,22 127:16 128:3,4 128:10 147:4 147:20 148:9 196:3 198:5 199:2 240:19 240:20,21,22 241:3
**posted** 84:6,22 85:9 86:11,15 86:17 92:1,2 114:7 116:13 128:18 148:3 181:11 186:12 186:21 194:4 194:11 195:4,8
**posting** 46:12 46:21,25 47:2 49:24 51:1 70:5 87:7 115:23 126:2
**posts** 51:25 52:5 83:25 85:7,18 86:9 86:23,23 91:1 91:5 92:20 98:13 110:23 110:24 111:2 148:7
**potentially** 118:16
**pr** 199:14
**practices** 93:18
**prague** 22:22 32:10,11,13 33:3 39:18 73:11,25 74:2 88:12 123:1,11 129:3 230:11
**precise** 18:16 18:18 36:19 40:2 88:4
**precisely** 128:22
**predatory** 118:4
**preferences** 125:7 178:2 189:15
**preparation** 15:16
**prepare** 16:12
**preparing** 19:17,21
**present** 3:23 39:16 130:12
**presented** 179:25 181:16
**preserve** 70:25 71:9,12
**president** 115:10 116:10
**pretty** 59:25 105:11 137:7 165:11 168:13 178:6 214:24
**prevent** 8:19 173:18 179:19
**prevented** 179:9
**previous** 81:13 81:20,21 99:23 105:9 108:21 135:23
**previously** 108:10 132:24 148:23
**price** 219:15 220:10
**primarily** 222:8
**prime** 130:16 132:23,24 133:4,7,10,12 133:21,25 156:5,10,12 193:6
**print** 187:7 188:8 198:22 215:25
**printed** 38:25 39:11 146:25
**printing** 85:3,4 108:23 109:7 147:2
**printout** 83:9 147:10

**[prior - promotion]**

**prior** 54:16 61:20 82:18 173:4 202:16 231:14
**privacy** 13:10 13:14,16 15:1 29:25 30:2 31:16 50:1,5 51:11,15 61:18 61:23 62:23 64:7,14,18,20 68:10 73:17,19 74:22 80:4 89:1,8,12,15,20 97:4 102:1 122:1 132:19 159:7,12 166:15 173:23 176:20 179:6 179:12,16,25 180:10,14 181:7,10,15 182:22 184:19 184:22 185:2,3 185:16 186:7,8 186:11,12 187:24 188:3 191:13 192:18 192:19 202:7 204:17,18 209:21,22 210:13 211:3,9 218:4,20 220:8 228:2,5 236:12 240:13 241:7
**private** 5:6 15:5 74:9,19 75:2 83:2,5,7 195:16 236:1,9
**privilege** 17:14
**probable** 160:9
**probably** 18:13 49:11 86:3 88:22 101:14 109:3,4 110:13 121:21 123:9 126:1 132:21 132:22 135:17 152:12 159:3 161:11,24 165:5 166:18 186:1 188:6 191:14 201:9 202:24 204:10 210:20 217:9 225:12,18,19 226:1,2 230:16
**problem** 72:23 78:18
**problems** 156:24 221:5,7
**procedure** 243:19,21
**proceeding** 6:6
**proceedings** 171:11
**process** 62:1,25 63:8 65:6 66:8 94:11,11 121:25 178:5 228:24
**processing** 218:5
**produce** 150:1 150:7 202:10
**produced** 71:21 75:20 78:11 89:6 98:20 102:20 109:15 111:16 113:7 115:5 117:2 161:1 162:9,13,14,18 203:10 207:15 211:24 212:3 217:3 234:4
**product** 219:12 219:25
**productive** 221:24
**productivity** 227:17,18
**products** 216:8 217:17,19,20
**professional** 37:10 48:2,5 48:17,19,24 59:20 68:19 83:6
**profile** 38:13 38:18,19,23 39:1 54:3 55:13 75:13,15 75:23 76:2 83:9,11,24 84:25 85:4,24 87:12 90:5,7 98:13,15,22 99:11,15,18 100:11,19,21 101:3,13 146:19,23 147:1 148:6,9 148:19 158:11 158:12 240:8,9 240:12,14
**profit** 165:22 209:4
**profitability** 163:16
**profiting** 101:17 114:18
**program** 182:5 189:7
**programming** 42:12
**programs** 225:4,9
**progress** 128:6
**progressed** 231:23
**prolonged** 169:12
**promote** 47:16 62:9,11 122:11
**promoted** 52:5
**promoting** 51:25
**promotion** 52:15,23

**[pronounced - read]**


**pronounced** 78:15
**proof** 140:20 140:22 141:22 149:21,23
**property** 223:5 223:20 224:3 227:12
**protect** 66:9
**protected** 17:13 62:5,5,6 63:5 204:12
**protective** 80:6
**prove** 209:18
**provide** 8:15 159:2 180:4 206:5 213:4 216:5
**provided** 76:5 76:14,22 77:3 101:21 169:22 170:18 181:9 201:7 202:22 243:19 244:8
**providers** 189:2
**providing** 229:16
**public** 2:11 7:5 83:5,7 85:4 99:18 104:20 108:10 146:19 146:25 148:8 195:17,18 238:17 239:5 242:23
**publications** 199:22
**publicity** 44:10
**publicly** 83:10 86:21,25 97:17 110:11 112:14 114:1 148:6
**publishers** 212:22
**pull** 146:18
**pulled** 91:14 117:21 146:23
**purchase** 219:14
**purchases** 213:7
**purity** 153:8,12 154:8,10 168:4
**purpose** 51:4 123:5
**purposes** 64:12 65:13,13 97:10 133:9 189:13 215:7 216:18
**pursuant** 2:8
**pursue** 68:25 69:7
**pursued** 53:7
**pursuing** 69:9 72:1 128:16
**pursuits** 121:18
**put** 16:1,3,9 47:22 61:11 62:3 68:23 72:10 77:7 81:18 87:18 101:12,16 123:16 128:23 193:4 218:17 220:9 222:1 232:2
**putting** 56:3 222:4 225:24
**python** 42:17

**q**

**qatar** 145:19
**quality** 110:6
**question** 7:25 8:7 26:21 45:5 52:19 66:19,20 88:4,5 94:7,15 99:11 116:17 120:5 124:12 142:4,18 145:10,14 150:6 155:1,2 158:1 163:23 165:9,10 183:14 184:3,4 186:2,6,19 224:5,21 225:6 232:18
**questioning** 17:15 106:23
**questions** 8:2 9:25 34:20 66:2 68:14 197:8 233:25 234:1,14 236:20
**quick** 197:8
**quickly** 191:12
**quite** 34:17 73:11 86:19 97:24 144:17 164:9 176:9 191:15 215:24 216:1,2 219:20 229:20
**quotations** 4:2
**quote** 4:5

**r**

**r** 3:1 108:1 239:1
**r&s** 244:1,9
**racist** 118:16
**radar** 199:24
**random** 37:24 129:16 173:14
**range** 26:2,10
**rare** 156:10 196:12
**rarely** 193:22
**rates** 57:3 157:4,5
**reach** 63:13 66:5
**reached** 20:20
**reaches** 110:3
**reaction** 68:4
**read** 4:3 61:17 64:14 97:3 109:20,21 111:22 113:13

128:3 132:19 180:4 181:6,13 181:25 182:11 182:16 183:4,9 183:11,12,16 184:20 185:9 185:16,24 186:6,8,10 187:6,6 188:22 189:17,20,21 190:14 191:11 191:13,17,18 197:9,9,10,21 197:22 198:18 199:7,20 200:6 203:24 204:16 204:23,25 205:3,4,24 207:1,3,25 210:4,12,19,22 212:20 213:2 214:1 216:4,4 216:20 217:8 217:10,25 218:7 229:19 235:3 242:4
**reader** 194:3
**reading** 116:2 181:3 243:24 244:9
**reads** 242:4
**ready** 99:8 138:19,22
**real** 161:11
**really** 18:14 58:12 59:23 61:4 115:15 125:8,10 165:18 170:25 173:6,11,12 178:23
**realtime** 209:17 211:6,13
**reason** 8:14 14:14 106:4 119:21 126:21 242:4
**reasonable** 201:16
**reasons** 68:11 68:12,16 69:11 69:12,19 71:24 72:3,6,14,25 191:8 225:17
**recall** 9:7 12:10 21:20 24:14 27:17 42:24 72:5 89:12 97:21 98:6 101:23,25 102:4 106:12 106:14 115:14 118:14 133:14 135:21 155:25 157:3 169:9 175:25 176:1,2 179:4,5 181:3 185:1,4 198:6 216:19 231:8 231:23
**recalled** 143:11
**receive** 20:21 162:3 190:8 192:11 208:3 217:22
**received** 21:16 23:1 27:12,21 161:3 175:20 202:4
**receiving** 24:12 27:17
**recent** 27:7 36:6 81:3,6 92:23 94:17 122:22 129:2
**recently** 40:2 80:16 133:8
**recess** 53:22 107:4 146:13 200:23 234:18
**recognize** 229:13 235:1
**recollection** 82:21 115:23 139:24 143:14 144:15
**recommendat...** 64:2
**reconcile** 140:4
**record** 4:4 5:2 5:12 6:10 7:10 18:12 53:20,24 80:18 107:2 108:4 146:11 146:15 152:19 171:9,13 200:19,21,25 234:11,16,20 237:1 238:4
**recorded** 5:14 91:14
**recording** 5:10
**records** 28:8,14 150:1,7,13 233:9,12,14
**recycle** 158:3,7 158:13
**reddit** 193:20 193:24 194:2,5
**redeemer** 40:16 40:17
**reel** 108:24 109:3
**reels** 121:23
**refer** 134:24
**reference** 231:6
**referenced** 31:17 74:7 243:6
**references** 180:20
**referencing** 165:13
**referred** 127:6
**referring** 11:7 27:9 41:5 74:8 178:10 209:6,7
**reflect** 80:19 178:2

**reflected** 4:2 86:18
**reflection** 87:15
**reflects** 146:25 147:13
**refresh** 115:22
**refreshed** 143:14 144:14
**regard** 228:7
**regarding** 163:7 184:24
**registered** 182:10 217:24
**regret** 153:7
**regular** 8:3 199:8
**regularly** 20:24
**reject** 175:3
**rejected** 175:19
**related** 6:3 15:19,20 53:5 63:20 71:7 103:7 118:22 121:16 128:15 226:13,22 239:11
**relating** 11:19 12:3 228:19
**relationship** 76:23
**relaxed** 66:15
**released** 243:22
**relevant** 9:23 9:24 70:25 129:3 189:14 234:3
**relief** 10:12
**relocate** 220:14
**remember** 12:14,16,20 16:7,15 17:22 18:2,9,13,25 19:12,13 20:16 21:6 25:10,15 25:23 26:5,24 27:1,4 29:13 29:22 35:21 36:1,3,5,16 37:12 42:11,21 42:25 43:3 44:16,19 46:11 46:24 47:25 48:4 49:20 50:25 51:13,14 51:24,25 52:5 52:6,10,11,18 52:21,22 53:1 55:22 59:2,3 61:1 71:20,22 77:15 82:6,12 82:13,17,19 89:15,18 93:10 96:9,13 103:1 104:4 105:25 106:17 110:14 111:4,20 112:9 112:16 114:2 115:8,12,13 116:2 117:7,14 117:17,22 118:2,10 119:1 119:13 122:20 123:9,11,18 124:4,9,13,19 124:24 126:5,7 126:9 127:1 128:1,17,22 129:7,15,21,22 130:2,6,18 131:21 132:2 133:1,17 135:9 136:11,20,21 137:5 140:20 143:17 149:3 149:13,18 152:3,10 155:5 155:15 156:6 156:15 157:6 157:14 158:20 159:10 162:1 167:3,15,15,20 169:2 170:11 172:8,16,21 173:8 175:13 175:14 176:11 177:22 178:21 179:21,25 184:9,23 185:5 188:2 192:15 192:16,17,21 192:25 193:1 195:15 198:8 199:20 200:12 200:15,17 201:12,13 202:12 203:23 224:20,20,22 225:1 226:4,7 228:12 231:17 233:13,19 235:6
**remembered** 143:5 144:9
**remembering** 35:24
**reminder** 69:17 86:20
**renewed** 157:13
**repeat** 145:13 225:6
**repeated** 84:1
**rephrase** 186:7 215:14 232:18
**replaced** 84:18
**report** 125:24
**reported** 1:23 125:20 126:8
**reporter** 2:11 5:25 6:25 7:20 8:9 82:15 102:16 160:23 180:8 212:1 236:25 237:6,9 239:4 240:6
**reporting** 239:16
**represent** 21:4 29:3,15 85:2

**representation** 102:24
**representations** 231:1
**representative** 229:24
**represented** 15:12 222:5,7
**representing** 5:24 20:2
**represents** 37:19
**republic** 22:19 22:20 32:10 80:24
**reputable** 197:12
**request** 179:3
**requested** 162:16 233:1 244:1,9,10
**requests** 82:15 232:4,12
**required** 243:20
**requires** 88:3 142:19
**research** 25:17 55:12 219:16
**researched** 44:24 86:2
**researching** 118:3,15
**resolve** 10:14
**resolved** 10:9
**resources** 66:1 66:6,25
**respect** 61:18 84:3 167:25 182:20 226:25
**responded** 20:14 233:4
**response** 138:12,24 139:2,21 141:2 141:11,11 210:21 213:19 230:18 231:6
**responses** 7:17 137:17,23 138:8 229:2 241:4
**responsibilities** 203:6,13 205:14,16 241:10
**responsive** 232:11 233:7
**restrict** 170:23
**restroom** 145:6
**resubscribed** 161:25
**resubscribing** 167:16
**result** 219:3 220:21 223:1,6 227:13
**resulting** 207:6
**resumed** 108:9
**retain** 70:24
**retained** 240:6
**retention** 23:4
**return** 243:17 244:6
**revelation** 92:24 94:17
**review** 15:15 15:18,21 16:4 38:17,24 64:20 99:4,7 203:17 206:4 228:14 229:3,15 231:13 243:8 243:10,13 244:2
**reviewed** 16:8 138:2 144:7 212:12 231:4 232:3
**reviews** 38:20 39:5 83:19 99:9 102:22 108:20
**revision** 212:7
**rewarded** 230:5
**rid** 129:13
**right** 12:13 14:9 15:6 18:15 21:10 22:14 36:22 40:8 41:10 45:8,12 47:14 47:19,21 53:12 54:6,13 57:5 62:13 64:22 69:10 70:21 72:14 75:3,9 76:6 77:1,5 78:20 79:9 80:13 81:14 84:9 85:11 86:23 87:17 96:7 98:23 99:15 100:11 100:14,21 101:3,13 102:15 103:8 103:20 104:14 104:19,20,22 105:1 108:24 110:9,18 111:19 112:4,7 112:20 113:10 113:20 114:5 114:14 115:7 121:12 122:7 122:15 124:13 127:23 128:11 130:4,7,9 131:11,14 134:22 135:1 137:25 138:3,9 139:5,15,22 140:18 146:9 147:14 148:7 150:2,5 157:10 160:13,22

161:9 165:13 165:19 167:23 168:15 180:17 181:16 182:25 183:6 185:18 186:24 187:21 187:24 190:1,5 192:14,20 193:2 201:4,8 201:18,23 202:14,23 204:9 206:10 207:1 208:11 208:24 210:16 212:10 213:14 214:13 215:2,8 219:8 222:7 223:9,12 226:8 231:15 232:21 233:6 235:1 236:2,8
**rights** 170:24 203:6,13 205:13,16 222:18 241:10
**rivalry** 166:7
**rog** 138:12,24 139:23 229:2
**roku** 163:3,5 193:10,11,15
**roll** 98:9 202:6
**rolled** 201:22
**ronaldo** 103:11
**roommate** 129:14 134:4,9
**ropes** 44:6
**rough** 55:2
**roughly** 76:20 88:20 228:21
**rpr** 239:22
**rule** 62:1 91:24
**rules** 244:8
**rush** 100:17 176:16 237:4,4

**s**

**s** 3:1 108:1,1,1
**s20fe** 152:8
**s9** 152:6
**safari** 154:17 179:8,9,12
**safe** 72:9 89:19 90:1 122:9 176:11 204:11 226:11,22 228:6
**safer** 74:17
**safety** 69:21,22 69:23 70:2,3 71:6 72:2 89:24 91:8,11 92:4 128:6
**samsung** 152:1 152:6,7,8 160:11
**san** 3:13 221:21 230:10
**santa** 147:6
**savages** 84:14 84:15 90:13 92:9,19
**save** 165:6
**savvy** 178:7 192:22
**saw** 96:10,16 124:4,5 141:24 141:25 156:8 166:4 167:12 184:9 211:11
**saying** 14:11 64:18 66:12 84:14 86:17 101:19 197:2 209:19
**says** 39:9 40:7 41:13,18 42:16 75:22 78:22 85:8,17 89:9 106:2 109:20 115:2 117:11 121:7,10 122:13 138:7 139:3,9 142:5 143:7 158:12 161:13 180:15 181:7,21 185:9 189:11,23 190:3,7 192:4 192:5,10 203:24 204:16 212:17
**scale** 93:16
**schedule** 243:10
**school** 73:11 77:5 221:18
**science** 32:19 41:3 42:5,7
**scope** 165:18 208:22
**screen** 151:18 215:20
**screenshots** 71:18
**scroll** 146:24
**sdk** 56:11
**sdks** 212:25
**sealed** 243:20
**search** 159:17 177:7,8 232:10 233:21
**searched** 232:25
**searching** 14:8 14:13 233:11
**season** 36:20
**second** 18:17 18:19 77:16 79:1 83:17 85:14 90:17 99:3 138:15 150:3 153:3 167:17 174:11 181:20,25 189:17 202:18 203:25 217:14
**secondly** 83:23
**section** 204:5 213:20
**security** 74:11 177:15 178:5,8

[security - settings]

178:9,13 225:11,13 226:5,6,17
**see** 34:18,20 39:1,6 42:9,16 46:13 47:19 55:13 61:25 67:22 73:23 75:2,22 78:22 81:2,7,12,13,14 85:8,15 89:9 89:11,25 91:2 92:10,16 93:9 96:3 99:2 100:12,13 101:7 103:10 103:12,24 104:1,7,7,21 105:11 106:1 109:22 117:3 117:10,13 118:20 119:11 121:8 125:17 126:21 132:9 139:12,19 140:9 147:3,15 147:15,22 148:5,10,15 161:14 166:1,8 169:18 176:16 177:9 181:12 181:23 184:7 185:14 187:2 187:10 189:9 189:17 190:9 190:13,23 203:15 205:14 207:19,22 211:12 212:6,7 212:18 213:7 214:19 216:9 225:3,8 230:17 230:21 234:9 235:8,14
**seeing** 59:3 60:3 63:14 97:21 111:20 115:22 133:1 156:7 167:22 167:23 175:25 176:2
**seeking** 31:21 32:5
**seem** 87:5 99:19,20 127:25 214:17
**seemed** 84:21
**seems** 83:23,24 84:19 86:16,19 87:2 94:4 189:22 191:24 206:14 214:22
**seen** 23:16 61:20 97:5,12 98:7 103:25 116:8 123:18 123:21 124:14 124:21 132:25 142:12 171:1 232:8,13
**select** 59:5,7,10 60:24 86:22 91:1 174:24 176:14 214:4,7 214:8
**selected** 61:24 86:24,25
**selective** 147:8
**self** 164:24
**sell** 129:14,19 224:14,18,23 230:6
**selling** 129:2,17
**send** 163:19 212:22
**sending** 173:18
**sense** 15:11 91:7 92:7 114:15 181:19
**sensitive** 5:5 236:5
**sent** 161:11
**sentence** 139:9 139:23 181:7 183:4 185:8 189:12 192:10 203:25 212:20 213:3
**separate** 27:25 28:2,20 29:21 48:9 49:15,19 78:2 81:10
**separately** 69:3
**september** 89:13 139:10 140:1,13 148:13 202:17
**serve** 95:24 214:13
**served** 53:3 232:4,12
**service** 156:16 169:5 187:22 187:23 188:4 189:1 201:8 202:23 227:4 236:13
**services** 129:24 129:25 130:14 130:23 138:25 141:14 156:4 156:21 161:3 193:5 204:3 206:1 208:6 210:7 213:8 216:6,12,13,14
**serving** 68:21 68:22 72:8
**set** 83:1,5 137:18,24 239:8,19 241:5
**setting** 172:25 174:3
**settings** 82:25 127:3,4 159:8 159:12 173:24 174:14,23 175:12 176:20 178:1 179:6,12 179:16,21

192:19 214:10 214:10
**settlements** 10:24,25 11:5 11:6,7,9,15 12:9 27:6
**seven** 171:21
**several** 36:25 123:8 158:14 178:11 213:23
**shake** 7:18
**share** 64:11 67:23 80:5 86:24,25 91:5 91:12 94:25 106:5 113:25 119:22 120:1 120:22 133:18 151:18,19 164:20,25 166:16 168:18 170:6,24 204:21 208:10 208:14 216:15
**shared** 80:8 94:20 95:11 105:17,22 106:2 111:18 113:9,23 115:6 123:23 163:13 165:3,19 168:7 168:10,16 194:15 210:3 218:22 222:11 240:17
**shares** 132:15
**sharing** 47:23 80:12 92:25 93:1 94:17,18 95:8,11 106:13 110:15 112:6 112:19 114:4 114:17 122:6 124:15,25 125:3 163:12 164:11,18 165:6,11,15 209:3,11 215:6 219:4 220:21 221:13 223:1,6 225:16 226:18 227:2,14
**sheet** 242:1
**shelve** 72:10
**shelved** 72:19
**shoot** 91:23
**short** 17:3 18:14 42:18 44:5 52:14 74:20 88:1 94:7 109:5 164:5 166:7 186:14 187:7 196:16,17 204:13 229:20
**shorter** 17:8
**shorthand** 2:10 239:4
**shortly** 21:5 152:13
**show** 31:15 44:10 59:21,24 60:4,10,14 64:20,22 75:6 86:12 96:6 100:20 103:21 103:25 104:8 105:14 118:5 121:17 132:4 134:5 136:14 167:11 187:14 214:6
**showed** 187:1 187:14 234:24 236:12
**showing** 59:13 100:1
**shown** 62:21 123:22 124:15 124:22
**shows** 97:12,19 97:22 98:7 100:11,20,23 103:7,20 104:13 117:4 118:18 119:9 132:10 133:2 144:5,18 148:12 154:23 155:4 156:7 166:24 167:20 194:7,11 195:5 196:4
**sic** 181:10
**side** 63:20
**sides** 66:3
**sign** 102:8 119:23,24,25 120:19,21 158:15,19 201:14 210:7 243:16 244:5
**signature** 138:6 142:21 239:21 243:22,24,24 244:9
**signed** 20:19 75:9 76:4,18 102:2 157:1 159:1 179:24 181:4 187:10 188:5 201:3,6 202:7,13,17,21 203:18 209:15 211:11
**significant** 137:4 195:22
**signing** 187:15 207:4,7
**signoff** 229:16
**similar** 99:17 121:21 140:24 227:7
**simpler** 66:20
**simply** 48:20 62:3,18 66:7 71:4
**single** 16:20 77:1 119:23

120:19,21 158:19
**sit** 26:8 219:9
**site** 64:1 101:15 179:9 198:16
**sites** 46:10,20 49:24 181:9 182:7,8 185:11 185:13 187:25 189:4,25 190:4 190:5,18,20,23 190:24 192:5 233:15
**sitting** 16:7 124:3 223:8,12 223:20
**situation** 26:20 67:14 164:8,22
**sk** 1:5 5:19
**skeleton** 130:10
**skewed** 84:21 86:16,19 87:2 99:19,20
**skewing** 215:12
**skim** 64:16 181:15 212:15
**skimmed** 97:7 132:22 203:21 204:10,14 205:7 231:16
**skin** 123:3
**sky** 167:23
**sliding** 93:16
**slight** 154:20
**slightly** 147:24
**sling** 130:17 169:6,7,14,22 169:24 170:1,3 170:6,9 193:7
**small** 93:4
**smaller** 149:16 154:12
**smigotsky** 3:8
**snapchat** 195:25 196:1,3
**snooping** 13:9 93:8 102:6
**soccer** 36:25 37:13 38:3 90:16,18 137:1 139:8 140:10 147:23 149:14 160:8 161:20 161:22 163:20 170:13 185:21 185:24,25 191:12 192:7 196:22 222:14
**social** 43:15 44:1 46:14,15 46:20 48:3 63:15 67:11,17 68:24 74:18 88:12 93:11 126:25 196:24 212:24 233:15
**software** 56:12 56:20 182:4 189:6 225:11
226:7,10,17,22 227:16
**sold** 129:4,10 129:12
**solutions** 243:7
**somewhat** 13:5
**sophisticated** 178:7 214:25
**sorry** 11:22 36:8 72:21 117:11 138:14 160:3 183:13 190:10 195:13 205:17
**sort** 168:25
**sound** 21:21 22:2 106:12 111:24,25 112:12 180:19 184:13 198:14 199:15 205:2 215:25
**sounds** 8:8 87:17 128:21 201:16
**source** 20:17 39:7 87:5 239:16
**sources** 20:24 115:11 196:17 196:18 197:8 197:10
**south** 34:24,25
**space** 63:21 78:25 90:23 147:9,19
**spaces** 147:9
**spanning** 55:14
**speak** 19:24 59:6 104:3
**speaker** 74:1
**speakers** 73:12
**speaking** 62:4 86:4 149:10
**speaks** 103:17 183:20 187:9 191:22 213:15 214:15 215:22
**specific** 66:21 98:6 117:10 123:18 126:7 126:11 174:9 179:5 185:5 210:13 220:20 222:23 223:19 227:12,23
**specifically** 22:21 29:6 30:8 41:15 48:11 56:4 165:19 188:2 221:13 224:2
**speculating** 65:3
**speculation** 50:8 61:14 65:16 120:5,6 120:8 123:25 124:18 158:1 175:22 210:18

**speculative** 50:10 61:16 64:24 210:20
**speculatory** 120:12
**spencer** 3:7 6:18
**spend** 19:17 110:5
**spending** 219:22
**spent** 19:13,21 46:9 109:24 219:10,24 220:11 222:2 225:2,7,10,12 226:5,6,9,12,21
**spike** 88:22
**spiritual** 113:17
**sponsored** 213:25 214:5,9
**sporadically** 46:8
**sport** 97:13 128:8
**sporting** 37:3,6 37:8 38:1 97:19,22 98:7 103:7,10 123:19 165:25 172:10 196:4 209:24
**sports** 36:22,24 36:25 37:8,19 37:21,25 38:2 153:10 159:19 159:25 167:21 169:20 195:8 196:10
**spotify** 119:9 119:13,18 120:1,10,22 121:22 158:24
**spring** 123:12 167:9
**spyware** 173:14
**square** 84:9
**ss** 239:2
**stage** 48:25 49:1
**stalker** 74:15
**stalkers** 70:6 89:24
**stamp** 75:21 115:1
**stand** 29:21 84:2 110:2 166:24 192:25 230:2
**standard** 58:8 163:8 178:13
**star** 137:8
**starbucks** 93:21,23
**start** 45:6 78:2 177:18 193:15 197:16
**started** 27:8 60:2 90:16 131:22,25 132:1,8 145:22 149:13 172:19 172:24 180:16
**starts** 190:9
**starzinski** 1:3 5:15 23:11,15 23:19 75:21 78:12 98:21 102:21 105:21 109:16 111:17 113:8 115:4 117:2 127:21 203:11 207:16 212:4 217:4 242:2 243:4
**starzinski000...** 89:7
**state** 2:11 6:6,8 7:9 30:21,23 31:23 40:8 41:1,22 47:7 54:4 77:4 159:5 228:4 239:2,5 243:9 243:12
**stated** 191:8 218:4
**statement** 139:8 142:13 203:6,12 204:3 205:13 241:10
**statements** 136:13,14
**states** 1:1 5:17 141:24 171:2 188:25 204:12
**status** 76:23 109:17 162:8
**statutes** 30:21 30:23 228:4,8
**stay** 88:1 158:5 176:11
**stayed** 155:6,12 155:24
**steal** 93:17
**stenographer's** 4:1
**stenographic...** 239:10
**stipulation** 243:21
**stock** 54:18
**stolen** 134:7
**stop** 67:25 68:8 69:19
**stopped** 39:19 39:24 40:3 68:3,7 69:1,8 70:10 152:15
**stopwatch** 19:3
**straight** 38:25
**stranger** 87:8 134:6
**strangers** 90:1
**strategic** 115:11

**stream** 193:14
**streaming** 117:12,15 118:3,6,8,9 122:17,20 129:24,25 130:13,22 131:2,11 133:9 134:17,17 138:25 141:14 156:3,16 163:7 169:5 193:5
**streamlabs** 122:12,14,16 122:23 123:4 123:10
**streamline** 121:24
**street** 198:11
**stressed** 228:22
**strict** 30:5,10 153:9 171:22 178:19,22,24
**strictly** 30:16 68:9
**strike** 29:17 66:17 127:13 131:6 186:3 212:15
**string** 57:15
**strong** 60:21
**student** 40:4
**students** 73:14
**studied** 40:14 41:8,17
**studies** 41:7
**study** 40:12
**studying** 40:20
**stuff** 129:16 148:17 166:24 194:25
**sub** 213:24
**subject** 142:6
**submission** 20:13
**submit** 26:14 26:18,23
**submitted** 24:11
**submitting** 24:16 25:4,14 25:19,22 26:1
**subscribe** 130:4,7 131:8 134:23 135:4 137:13 151:6 157:1 166:17 187:22 196:23 198:2,22
**subscribed** 100:6 133:6 136:10 139:6 145:25 162:4 197:25 198:17 238:11 242:21
**subscriber** 130:10 133:3 133:13,16 135:15,19 136:2,5,18,21 136:24 137:11 140:8,18 149:25 150:6 150:14 153:24 197:23 199:8
**subscribes** 139:3
**subscribing** 140:7 152:16
**subscription** 131:20 132:24 134:12 157:12 199:10,17,18 200:4
**subscriptions** 144:4
**subsidiary** 31:8
**success** 57:3
**suddenly** 143:5 144:9
**suffer** 207:4 222:12
**suffered** 209:10 209:13,14 218:20 220:20 222:6,24 223:4 227:1,13,20 230:5
**suggest** 110:4
**suite** 3:12 178:5,9
**suites** 177:15
**suits** 156:8
**summaries** 15:22 16:1,3,9
**summarized** 15:25
**summer** 40:5 79:16 145:24 146:1 161:22 162:1
**super** 173:15
**supervisor** 86:1
**support** 53:3 121:22 128:6 220:4
**supposed** 30:10 110:20
**sure** 12:4,7 16:6 18:5 19:23 21:23 23:6,18 25:2,6 27:20,25 28:4 28:9,14 29:1 32:6 39:7 52:2 52:3 57:18 70:13 74:10 75:4 81:6 89:19,24 95:4 95:17 97:24 100:3 105:3 118:24 125:5 125:15,19 126:5 129:8 131:1 132:6,7 133:6 135:14 136:25 140:22 143:15 144:2 146:6 149:4 157:16 158:2

158:24 162:11 162:17 165:12 166:15 167:8 168:13 169:9 172:22 174:1 175:16 180:23 182:2 183:7 186:10,20 191:24 193:18 195:23 202:9 206:11 208:25 219:5,6 223:3 223:10,17 224:16,17 226:7,10,20 228:5,18,22 230:4,6 233:16
**surfaced** 219:23
**surprise** 85:1
**surprised** 148:3,10,11,13
**suspicious** 61:22
**svensk** 103:14
**swear** 6:25
**sweat** 95:22
**sweden** 84:2 90:15 145:23 196:25
**swedish** 84:4 103:14
**switch** 154:3 160:17
**switched** 160:15
**sworn** 7:5 108:10 238:11 239:8 242:21
**synonyms** 64:7

**t**

**t** 108:1 122:17 239:1,1
**tablet** 160:3,4 160:10 163:2
**tags** 182:4 189:6
**tailor** 58:22 110:23 111:3
**take** 5:11 7:13 8:3 38:17 39:2 47:8 53:14 60:6 68:20 83:17 98:12 99:3 102:9,18 102:18 105:15 116:20 127:14 138:5,11 139:21 145:7 145:11 146:7 148:20 166:14 171:3,6 180:24 181:20 187:13 188:11 203:3 205:12 207:8 212:16 213:20 220:14 234:10 234:11 235:25 236:4
**taken** 2:7 42:4 42:8,19,22 43:16 58:25 107:4 239:9
**takes** 214:22 230:14
**talk** 69:2 131:5 164:23
**talked** 123:17 165:2 193:5
**talking** 31:18 47:21 54:4 67:18 131:10 146:19 148:21 164:23 229:1
**talks** 147:5
**tangible** 223:23 224:1
**target** 58:16,20 59:12,17 60:2 61:12 95:24 98:5 211:7
**targeted** 95:24 96:23,24 192:11
**targeting** 59:4 61:7,8 62:12
**taught** 32:20 220:24
**taylor** 3:20 6:15
**tbernstein** 3:21
**teach** 32:14,20 32:22,24
**teacher** 32:15 221:19
**teaching** 32:18 68:25 69:7 73:11 220:16 221:1,5,10
**team** 84:5 90:16,18 149:16 170:13
**teams** 37:19,21 145:23 147:24
**tech** 56:1 67:21 94:12 97:17 158:25 199:24 210:8 230:8
**techcrunch** 199:4
**technical** 55:14 94:22
**technological** 149:23
**technologies** 56:5,9 58:5 182:3,14 184:11,17 188:14,19,24 188:24 189:5 190:21 231:20 241:9
**technology** 41:13,16 43:2 66:5 127:4
**telescope** 110:7
**tell** 15:8 18:17 18:23 41:14

**[tell - think]**


52:15 61:5 69:20 82:11 96:21 97:8 110:20 187:20
**telling** 63:13 142:8 210:15
**temptation** 153:6
**tempted** 166:10
**ten** 16:21 35:16 53:15 196:7 234:11,11
**tend** 56:1 126:21 158:3,5 185:22
**tennis** 37:2,11 38:3 106:16 136:3,4,17,23 136:25 137:2,4 137:7 140:5 144:22 145:20 146:4 148:22 148:25 209:23 211:13
**term** 127:12 177:21 214:20 231:21
**terms** 56:17 58:7 61:17 127:7 167:25 169:22 187:23 188:3 201:7,15 201:22 202:6 202:23 204:9 206:16 218:12 218:15 226:25 230:25 236:13
**testified** 7:6 9:2 10:17 108:11
**testifying** 191:5
**testimony** 8:16 8:20 121:2 144:13 215:10 239:7,9
**thank** 8:13 40:3 80:25 109:6 148:21 180:9 212:2 237:9
**thankfully** 164:25 170:21
**theatre** 40:20 167:10
**theatrical** 108:24
**therapy** 220:11
**thing** 17:23 39:14 44:1 47:6 59:23 74:4 92:6,17 93:15 95:8,10 96:25 99:22 102:4 112:23 113:14 117:19 135:9 141:19 163:16 169:4 170:24 176:16 185:19 187:19 209:1
**things** 11:2 12:9 15:22 30:4,9,15 39:13 43:11,16 44:3,23 47:12 51:7 53:7 55:7 57:4 58:23 59:7,11 60:6 61:6 63:20 65:5 67:24 70:5,7 73:15 78:24 79:13 83:21 84:22,25 85:4 86:8,10 86:15 88:11,14 88:14 90:8,10 90:19,21,24 91:8 92:3,19 95:13,15,16 96:15 97:15 99:13,14 100:6 101:1,4,8,24 102:24,25 103:2 104:11 108:22 109:4 114:12 116:8 118:12 120:16 121:16 123:12 124:22 126:5 129:10,13 131:5 134:6,16 134:18 140:18 147:1 148:4,19 151:6 153:7,10 158:20,25 159:9,17,21 162:7 163:9 164:6,19 165:6 165:22 166:25 167:5,21 175:9 176:17,25 177:1,5,17 178:15 188:6 192:24 193:11 193:13 194:2 209:3 214:16 214:23 219:10 220:17,19 223:24 226:11 226:13 227:6 227:18 228:12 228:23,24 233:10 234:5
**think** 10:18 11:13,17,20 13:8 14:23 18:22 20:5 21:5 22:10,11 22:12 24:25 27:5,10 28:2 30:9,22 35:6 44:13 50:3,9 51:22 53:12 54:19,25 55:12 57:1 58:9 60:9 60:13 61:4,15 61:15 67:7 70:14,15 71:18 72:6 73:17,19 73:22 74:21 77:14 81:2 82:2,24 83:1

84:6 85:22,25 86:11 89:23 90:25 91:18 92:7 94:8 95:21 96:10,16 97:5,14 98:9 104:1 110:10 112:11 113:11 119:15,22 121:21,24 122:3,16,19,19 123:22 124:5 124:21 125:22 126:16 128:14 129:12 130:5 130:22 131:24 131:24,25 134:1,4,9 135:7,22 140:3 141:20 143:23 144:16,18 145:1,2,16 147:7,25 151:15,23 152:8 155:11 157:23 160:6 162:6 163:21 163:23 164:4 165:6 167:10 168:3,10,16,20 168:23 169:2,8 170:21 171:24 172:4,7,11 175:19 176:8 176:21 177:14 179:14 180:2,6 187:25 191:25 194:9,13 195:2 195:7,9,18 196:8 199:3,10 199:25 200:2 203:2 206:23 208:13 210:8 210:19,23 215:11 217:7 218:10,13,16 219:24 220:20 222:22 224:4 227:15 228:6 228:11 232:22 233:2 235:3 236:19

**thinking** 71:10 104:23 105:4 178:17 196:23 225:21

**third** 77:16 93:1 94:18,21 94:25 95:12 104:2 118:17 118:18 132:16 158:16 174:6 174:10,12,15 182:8 185:13 190:5,10,11,12 190:16,19,22 190:24 208:1,5 208:9,14 209:2 215:6

**thoroughly** 185:25 229:15

**thought** 13:10 21:9 30:4,20 39:8 46:13 60:1,5,19 71:3 96:20,22 122:8 124:14 150:2 164:3 207:5 215:18

**thousand** 24:24

**threads** 82:22

**three** 16:18 19:4 32:20 77:18 84:5

**thumb** 91:24

**thumbs** 194:22 194:24

**thursday** 91:25 92:1

**tied** 165:18

**tiers** 74:11

**tiktok** 47:24 52:7,9,17,23 53:10 194:10 194:11 195:11 195:12 233:14

**tim** 235:4

**time** 5:7 6:6 7:22 11:3 12:15 17:2,9 35:24 36:11 45:3 46:3,5,8 66:13,14,15 67:8 68:19 69:13 71:6 72:5,7,9 76:18 79:6 87:24 89:16 91:3,23 93:24 98:9 100:15,18 104:16 110:5 110:10 111:21 113:18 117:23 121:5,14,22 122:9 128:2 131:15,16,21 135:16,17 139:1 143:19 150:4,12,15 151:25 152:12 153:21,25 156:8 157:10 160:8 162:4 170:12 175:2 175:15 198:7 199:21 201:23 204:4,4 205:4 206:3,3 220:14 221:23 222:1 222:12 223:24 227:22 238:6 243:10,18,25 244:7

**timeline** 161:20

**times** 13:20 16:14,15 24:12 84:6 88:7,9,19 153:23 175:4 188:7 197:21

197:24 198:3 220:24 221:18
**timing** 17:24 202:15
**timothy** 21:19
**tiniest** 110:2
**tired** 91:14 172:18
**titled** 89:8 188:13,18 241:8
**today** 7:16 8:16 8:20 15:12 20:4 78:16 124:3,9 143:15 150:19 165:24 223:9,12,20 224:13 231:18
**today's** 113:15
**together** 16:1,3 16:9 134:6 170:14
**told** 59:20 62:15 63:10 74:13 86:1 139:5,14 149:19 182:23 214:11 231:18
**tone** 110:20
**took** 7:12 36:1 36:3 47:13 61:21 188:6 204:11 221:23
**tool** 74:23 125:16 126:11
**tools** 50:4 52:12 54:24 61:19 97:18 118:15 185:10 185:18 186:13 186:23 212:23 218:14
**tooth** 210:23
**top** 27:10 35:23 75:22,24 82:7 82:12 98:25 104:8 106:1 117:3 118:18 139:2 152:4 212:16
**topics** 126:15 126:17
**torn** 166:2
**total** 31:25 32:5
**totally** 49:19 70:1 93:19
**tourism** 63:21 78:25 90:23
**tours** 43:15,17 43:24
**towards** 99:20 155:22 156:1 199:23
**track** 19:16 28:5,16,20 57:4 96:3 179:3 182:19 192:8
**tracked** 13:1
**tracking** 30:24 31:5,8 55:5 56:2 94:24 95:18 168:13 174:3 177:6,12 177:13,16,19 177:21,25 179:9,19 182:13 184:11 188:8,14,19,23 188:24 189:5 189:12,23 190:3,20,21 191:2,19 215:1 215:4 219:13 219:23 241:8
**tracks** 55:6 95:2
**traction** 60:5 220:15
**traffic** 190:4
**transcribed** 239:10
**transcript** 237:3,5 239:15 243:6,8,10,13 243:13,22 244:2,2
**translate** 64:5
**travel** 22:13,16 43:12,15,18,20 44:1,4,10 45:1 45:7,8,9,14 46:6,10 47:2 47:12 51:6 59:13,15,21,24 60:4,10,12,14 62:15,18 63:18 69:4,7,9 72:1 78:20,21,24 90:22 121:17 167:11,12,21 169:17
**traveled** 35:15 35:22 36:14
**traveling** 35:13 60:20
**travels** 47:24 51:2
**treatment** 181:8
**trial** 9:6,8 230:9 239:18
**trick** 163:23
**tricky** 164:8
**tried** 71:8 126:14 143:7 224:14,18,22
**trip** 36:5
**tripled** 84:16
**trips** 36:1,4 47:13
**trivial** 236:8
**trophy** 166:5
**trouble** 165:1
**true** 39:10 138:8
**trust** 28:10 175:10 176:17 178:5 181:17

**trusted** 62:24 63:1 175:18
**truth** 221:12
**try** 63:7 64:16 65:6 67:22 70:7 74:18 75:4,5 85:6 91:19 92:6 93:14 101:5 111:1 120:14 130:15 176:11 177:14 178:4 181:18 192:22 210:6
**trying** 29:8 43:23 44:2 45:7 46:6 59:11 61:12 62:9,11 89:25 100:3 116:4 162:17 225:3,7
**tucker** 100:16
**tuesday** 1:13
**turkey** 171:21
**turn** 40:6 85:13 129:23 166:20
**turned** 177:13
**tutor** 39:9
**tutoring** 39:20 40:3
**tv** 44:4 49:11 49:13,15,22 51:6 53:2,3,5 57:24 68:24 69:5,6 74:6 78:23 79:12 97:12,19,22 98:2,2,7 100:11 103:7 103:20 121:17 122:11,17 125:14 129:14 130:17 151:13 163:8 166:23 169:6,7,14,22 169:24 170:2,3 170:5,9 193:7 194:7 195:5,17 196:4
**tweaked** 85:1,5
**twelve** 35:12
**twice** 34:16
**twin** 33:18,19 33:21,24
**twitter** 195:1,4 195:13,14 233:15
**two** 18:6,25 20:3 40:15 41:8 47:11 48:20 64:6 68:6,17 69:2 71:24 72:6 76:10 81:4,9,9 83:4 93:10 95:13 99:17 122:10 133:7 134:25 141:24 143:25 150:18 153:2 160:8 175:8 189:1 195:15 196:23 210:14 233:20
**type** 52:23 163:2,8 165:12 168:25 175:17 177:8
**types** 37:6 63:16 90:8 167:5 173:10 216:12
**typical** 44:9 157:4,5 158:2 167:21 168:5
**typically** 205:7

**u**

**u.s.** 32:15 35:11 35:19,19 59:25 66:4,8 81:6 84:12 222:19
**uh** 124:5
**um** 10:1 13:20 14:21 20:13 28:19 29:11 31:12 40:25 50:6 57:1 60:17 62:2,24 67:5 68:23 69:14 74:20 77:15 96:20 129:21 136:19 140:25 142:11 142:12 144:25 148:10,14,18 150:8 163:6 173:12 176:15 206:15 215:11 219:8 220:13 223:24 225:11 229:20 230:12 231:22 232:15
**unauthorized** 225:4,9
**uncertified** 239:17
**unclear** 191:24
**under** 9:2 10:17 16:21 18:1 69:18 138:7 142:20 143:17 167:16 204:16 207:21 216:5 224:21
**underneath** 139:22
**understand** 7:14 8:1 26:5 29:9 45:5 56:15 57:7 166:15 186:20 216:12 217:21 229:22 235:11 235:21
**understanding** 55:3,10 95:5
**understood** 96:5 186:22 214:25 215:5 236:14

**unethical** 93:18
**unfair** 11:2 117:25
**unfairly** 117:22
**unforeseen** 206:19,25 207:3
**uninstalled** 152:14,21
**union** 77:5
**unique** 59:22 60:14
**unit** 5:13 53:20 53:25 107:2 108:5 146:11 146:15 171:9 171:14 200:21 201:1 234:16 234:21
**united** 1:1 5:17 204:12
**universe** 110:3
**university** 32:25 33:2 40:17,18 41:23
**unpaid** 140:11
**unsubscribed** 132:11 162:4
**unusual** 14:21 14:25
**upcoming** 44:4 59:18 163:20
**update** 39:8,17 98:16,22 240:14
**updated** 76:24 85:10,17,20 109:17 112:1 113:17 161:14 161:16 201:22 202:6,6 204:4
**updates** 98:14
**updating** 85:19
**ups** 173:10 174:21
**url** 50:18 57:5 57:8,11,14,15 158:12 182:17
**usage** 189:15
**use** 13:11,13,24 14:1,8,22,23 15:10 48:7 49:23 50:3 51:20 57:3 64:19 66:25 67:2,12 70:4 73:13 76:11 79:5 88:6,10 88:16 91:7 92:6 97:9 102:2 120:14 122:23 123:12 128:24 129:1,2 129:24 130:1 130:25 145:6 150:17,20 152:1 153:1,2 153:3,11,21 154:8,14,20 155:19 157:17 158:3 159:7,16 165:24 166:21 169:1,14 171:16,19 173:3 174:22 177:14 181:18 182:7 184:5,7 184:16 185:12 185:17,21 189:25 192:5 193:14,23 195:24,25 196:3,6 201:21 204:20,22,24 206:1,6,9,25 211:1,14 212:23 213:8 213:12,21 214:2,8,12,18 216:7,13,17 217:15,16,18 217:23 218:2
**used** 11:3 13:19 39:25 44:15,16 46:17,18 48:20 48:23,24 52:11 56:20 67:4 74:5 88:18 92:22 108:16 118:6,7,15 122:19 125:13 125:16 126:10 129:9,20,22 130:3,14,15 132:4 133:7 135:11,14,22 138:25 139:1 139:20,25 140:12,20,22 140:23,25 143:11 150:24 151:5,7,10 152:5,6,7 153:14 154:19 155:12,16,18 157:10 158:14 158:24 159:7 166:21,22 167:2 169:7,7 169:8 172:2,5 172:9,12,15 173:5,13 174:14 176:19 178:11,24 183:17 189:13 189:19,24 190:4,22 191:2 191:19,19 193:6,17,24 195:2 196:2 199:18 209:3 221:24 222:8 222:15 239:17
**user** 76:1 79:24 136:12 157:15 157:18,21 158:4 195:10
**user's** 58:22
**users** 12:25 13:10 55:6

58:22 92:25 94:24 194:17
**uses** 183:5 186:12,23 218:8
**using** 44:22 46:16 64:21 65:12,19,23 66:22 67:25 68:3,8 69:1,8 69:19 70:10 73:25 78:20 96:6 97:1 101:20 121:14 121:15 123:4,7 129:5 131:25 132:1 136:16 151:24 154:4 159:12 167:3 168:1 169:9,23 170:3 172:19 172:24 173:24 180:17 182:9 182:23 185:10 188:9 189:5 190:20 191:9 193:15 203:25 204:2 205:25 206:18 209:7 212:9
**usually** 27:6 77:24 78:4 162:6 173:2 174:24 175:3 176:15 197:6 197:16

**v**

**v** 242:2 243:4
**vague** 127:25 183:1 208:12
**vaguely** 55:25 58:18 89:17 174:7
**variations** 48:21
**varied** 18:22,24
**variety** 182:3
**verified** 142:20 142:24 143:17 144:8
**veritext** 5:24 6:1 243:7,9,11 243:20
**version** 85:12 86:2 141:4 211:18
**versus** 5:16 18:14 137:3 161:25
**vice.com** 199:9
**video** 5:10,14 45:11 62:15,18 63:11 64:8 95:11 108:25 112:4,6,10,14 112:19 113:22 113:25 114:4,9 117:12,14 118:3,9 121:8 121:10,16,20 122:6,17,19 124:6 129:24 129:25 130:13 132:15 133:5,9 133:10,12 134:17 193:14 235:22,25 236:7,15
**videographer** 3:25 5:1,25 6:24 53:19,23 107:1 108:3 146:10,14 171:8,12 200:20,24 234:15,19 238:1
**videos** 46:12,25 47:2,13,17,17 47:23 49:24 51:1 52:7 59:13 64:1,2,3 78:20 90:23 91:15 109:25 110:5,17 111:20 122:1 126:3 133:24 134:2 139:15 151:25 168:15 176:4 193:9 194:7,11,15,16 194:20 195:5 196:4 222:10
**videotaped** 1:10 2:7
**view** 63:23 83:24 169:1
**viewed** 95:9 124:22 168:16 176:3
**viewing** 30:12 30:13,14 55:7 64:10,19,21 93:1 94:18,20 95:11 132:16 209:15 235:23 236:1,7,15
**vimeo** 121:7,10 121:14,19 122:6
**violate** 31:15 205:9
**violated** 30:1,3 165:21 209:25 220:9
**violation** 30:20 30:22
**violations** 228:2
**virtual** 54:8,10
**virtually** 87:25 123:3 162:12
**viruses** 226:11
**visit** 65:12,19 182:7,13 184:10 185:11 213:7 216:9 217:18
**visited** 32:17 47:14 127:9

149:19 171:21 175:15 184:14
**visiting** 177:9
**voice** 8:10
**volkswagen's** 127:22
**vpn** 171:16,19 172:2,5,9
**vs** 1:6
**vw** 128:5

**w**

**wait** 136:7
**waived** 243:24 243:24
**waiving** 243:21
**walking** 132:5 132:6
**wall** 198:11
**walt** 180:20,21
**want** 13:14,15 13:21 14:3,12 14:18 17:10 31:12,14 57:18 59:8 65:22 67:4 68:15 70:13 71:5 73:21 74:14 78:2 83:21 89:19 91:1,5 92:8,11 95:4 110:19 114:13 119:22 120:17 123:19 125:17 129:23 131:5 134:8 153:5 175:1 180:25 191:12 206:4 218:18 224:1
**wanted** 44:11 45:14 60:7 62:16,19 63:9 63:11 66:21 68:20 69:15,15 104:16 121:22 123:8 134:5 165:25 171:22 185:25
**wanting** 165:2
**wants** 163:19
**warn** 177:17
**warning** 175:10
**washington** 198:5
**watch** 38:1 133:15 134:2,5 136:1,4,23 137:2,13 140:7 140:17 144:9 144:23 146:4 148:25 151:13 151:20 152:24 153:6,12,22 155:20 156:3 161:25 166:11 166:25 167:5 167:17 168:2 168:21 169:15 169:24 170:9 170:15,19 171:22 172:2,5 172:9 176:9,13 185:21,25 191:12 192:7 192:23 193:9 193:11 194:15 211:5
**watched** 106:7 106:16 112:19 113:23 114:4,9 124:6 133:10 133:11,24 136:17 137:10 139:15 140:5 141:14,15,16 141:18,22 142:10 143:3 143:15,24 144:22,23 145:2,16,18 149:7,9 151:12 153:16 154:22 155:3,8,24 160:2,12,20 162:24 163:2,7 167:8,19 168:24 170:13 200:11,13 222:10
**watching** 38:5 63:25 98:2 106:14 109:25 110:5,17 132:3 132:6 135:7 140:21 144:5 148:22 151:13 151:25 155:10 156:15 159:9 159:13,19 164:10 196:13 196:19 209:16 209:17,23 211:6,13
**way** 44:3,24 45:10 77:13 87:9 112:13 131:13 187:2 205:9 209:25 221:21 239:13
**ways** 54:16 92:24 208:15 209:18 210:10
**we've** 234:8
**wear** 37:18,22
**web** 179:19 182:6,24 189:8
**web.archive....** 182:15
**website** 50:11 50:13,15,20,23 51:2,5,9,12,18 51:21 57:13,23 65:23 66:21 67:3 108:16,17 142:7 174:3,10 175:6,15,17 176:3,6 177:10 183:17 186:12 186:22 192:19 194:5 200:8

217:17 240:18
**websites** 26:13 65:11,18 109:7 116:23 117:4 174:21 197:13 197:14 213:6 213:13 215:5 216:9,14 217:18,23 241:2
**week** 88:7,9,19
**weekly** 199:22
**weeks** 136:6
**welcome** 180:24
**went** 47:6 62:3 62:7 140:11 233:18
**whatsapp** 79:18,21,25 80:11,12,20 81:1,4,10 82:1
**whatsoever** 160:1
**whereof** 239:19
**whispering** 5:5
**white** 84:9 147:9
**win** 10:11
**window** 135:14 149:22
**windows** 153:20 154:7 154:15 178:13
**wired** 199:16 199:19
**wisdom** 92:7
**wise** 202:15
**witness** 6:25 7:4 38:20 39:5 80:19,22 83:19 99:5,9,10 102:22,23 108:9,20 138:18 145:12 146:9 174:12 183:23,25 234:5 239:7,9 239:19 240:2 242:1 243:13 243:16 244:2,5
**women** 149:16
**women's** 84:4 90:18 145:21 145:23 147:23 149:14
**wonder** 87:3 141:4
**word** 49:11 98:3 109:22 183:18 187:3,9 213:18 215:17
**words** 13:1 84:18 214:17 215:12 225:24
**work** 11:4 220:23 221:14 221:17
**worked** 233:3
**working** 43:20 54:12 232:7,16
**works** 125:15 164:22
**world** 37:1 38:4 60:17 63:4 64:9 65:8 73:13 92:8,10 92:11,18 94:3 125:15 135:6 135:21,23,23 136:7,9 137:1 139:8 140:5,10 140:23 144:23 145:4,18,21 152:13 156:1 160:7 162:13 166:3,5,8 176:10,13 196:13,20
**worried** 66:10 226:17
**worry** 80:7
**worse** 165:23
**wrong** 62:8,11 90:14 102:6 154:11 210:24 227:6
**wrongdoing** 227:9
**wronged** 230:7

**x**

**x** 1:2,9 195:5 195:24 240:1
**xx** 244:9

**y**

**yeah** 10:24 14:6 17:8 18:16 19:15 25:23 26:25 28:8 34:16 39:13 40:2,15 40:25 45:9 50:9,19 52:15 52:21,25 56:16 60:7,7 61:4,16 61:22 63:2,15 63:22 64:5 65:17 66:3,6 66:10 67:5,21 68:16 69:13,14 73:24 74:19 78:25 80:22 81:3 82:9 83:20 84:21,25 87:9 88:20 89:17 93:7,14 94:1 96:1,13 99:10,12 100:9 100:13 101:4 101:15,22 103:10,12,25 104:2 105:9,24 106:7,24 109:21 111:20 111:21 112:21

**[yeah - zoom]**

114:18 118:12 119:21,22 120:7,13 121:3 121:6 124:1 125:11,14 128:5,22 131:15,20 132:2 134:9 135:2 136:8 137:6 142:11 142:17 143:2 143:20 147:3 147:11,12,15 147:22 148:8 148:10,15,16 149:12 150:9 151:9 154:19 155:2 156:23 157:23 161:10 163:6 164:7 165:20 166:19 166:23 168:3 169:12 171:6 173:1,2,8,12 175:23 176:10 176:24 177:6 177:22 180:19 181:13,17 182:18 183:21 185:22 187:8 187:11 190:16 191:6,23 194:22,22 195:22 196:12 196:24 197:6 197:12,18 198:20 202:1 204:2,6 207:5 208:3,13 209:24 210:19 213:18 214:16 214:21 215:11 216:2 220:17 221:10 222:18 224:8,19,24 225:11 226:2 228:16 230:12 230:16,21 231:22 232:15 237:4,8

**year** 20:9 21:7 21:10 68:6 133:8 136:9 141:8 146:1 161:23,24 166:7 195:22

**years** 32:16,17 34:22 35:16 36:20 41:8,20 45:18 55:20,21 81:4 89:14 105:25 115:12 118:13,13 129:7 130:4 131:16 133:3,9 152:9 158:5 159:24 167:1 169:11 171:21 173:15 193:16 195:16 196:16 198:21 203:23 221:16 222:24 225:12

**yep** 59:14 102:23

**yesterday** 21:8

**york** 1:12,12 2:10,10,11 3:6 3:6,19,19 5:22 5:22 34:8,10 34:12 76:18 167:22 197:21 221:21 224:12 230:12 239:2,3 239:6

**youtube** 48:6 97:15 109:25 110:17 112:4,6 112:9,19 113:20 114:4 125:18 194:14 194:15,16,18 194:20,25 196:22,24 197:5

**z**

**zero** 123:3 149:17

**zoom** 16:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.