**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER, SBN 191626
ltfisher@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:    (925) 300-4455
Facsimile:    (925) 407-2700

PHILIP L. FRAIETTA, SBN 354768
pfraietta@bursor.com
1330 Avenue of the Americas
New York, NY 10019
Telephone:    (646) 837-7150

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLADEJI ODUMOSU, et al., | CASE NO. 4:24-cv-04501-AMO-SK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SEALING DEADLINES** |
| v. | |
| META PLATFORMS, INC., | Judge:  Honorable Araceli Martínez-Olguín |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, plaintiff and Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this stipulation and proposed order regarding the sealing deadlines for plaintiff's forthcoming class certification motion, related briefing, and accompanying expert reports.

WHEREAS, the current briefing deadlines relating to plaintiff's motion for class certification are as follows: plaintiff's motion for class certification ("Motion") is due on June 25, 2026, Meta's opposition ("Opposition") is due on September 10, 2026, and plaintiff's reply ("Reply") is due on October 12, 2026;

WHEREAS, pursuant to Civil Local Rule 79-5, any applications to seal the Motion, Opposition, and/or Reply must be filed within seven days of the filing thereof;

WHEREAS, the Parties have agreed that, because both Parties intend to rely on a potentially large volume of documents containing materials designated "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" in connection with plaintiff's Motion, Meta's Opposition, plaintiff's Reply, and related expert reports, additional time is needed to prepare and file applications to seal;

WHEREAS, the Parties have submitted this stipulation in compliance with the Court's June 12, 2026 Order; namely, this request to continue deadlines is filed at least seven (7) days in advance of the nearest deadline, and is accompanied by a supporting declaration;

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the approval of this Court, that:

- Meta's sealing papers for the Motion and plaintiff's accompanying class expert reports shall be due on July 9, 2026;
- Meta shall file its Opposition to the Motion and Meta's accompanying class expert reports provisionally under seal in their entirety on September 10, 2026, as well as a 1-page interim sealing motion indicating that narrowed redactions and reasons for sealing will be discussed in depth in a forthcoming motion;
- The Parties shall file sealing papers and updated versions of Meta's Opposition and Meta's accompanying class expert reports with narrowly tailored redactions on October 1, 2026;

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SEALING DEADLINES
CASE NO. 4:24-CV-04501-AMO-SK

- Plaintiff shall file the Reply and plaintiff's accompanying class expert reports provisionally under seal in their entirety on October 12, 2026, as well as a 1-page interim sealing motion indicating that narrowed redactions and reasons for sealing will be discussed in depth in a forthcoming motion;

- The Parties shall file sealing papers and updated versions of plaintiff's Reply and plaintiff's accompanying class expert reports with narrowly tailored redactions on November 2, 2026.

**IT IS SO STIPULATED.**

DATED: June 25, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Darcy C. Harris*
    Darcy C. Harris

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

**BURSOR & FISHER, P.A.**

By: /s/ *Philip L. Fraietta*
    Philip L. Fraietta

L. TIMOTHY FISHER, SBN 191626
ltfisher@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

PHILIP FRAIETTA, SBN 354768
pfraietta@bursor.com
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150

*Attorneys for Plaintiff*

Gibson, Dunn &
Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SEALING DEADLINES
CASE NO. 4:24-CV-04501-AMO-SK

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Darcy C, Harris, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.


Dated: June 25, 2026                              By: /s/ *Darcy C. Harris*
                                                          Darcy C. Harris

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SEALING DEADLINES
CASE NO. 4:24-CV-04501-AMO-SK

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

- Meta's sealing papers for the Motion and plaintiff's accompanying class expert reports shall be due on July 9, 2026;

- Meta shall file its Opposition to the Motion and Meta's accompanying class expert reports provisionally under seal in their entirety on September 10, 2026, as well as a 1-page interim sealing motion indicating that narrowed redactions and reasons for sealing will be discussed in depth in a forthcoming motion;

- The Parties shall file sealing papers and updated versions of Meta's Opposition and Meta's accompanying class expert reports with narrowly tailored redactions on October 1, 2026;

- Plaintiff shall file the Reply and plaintiff's accompanying class expert reports provisionally under seal in their entirety on October 12, 2026, as well as a 1-page interim sealing motion indicating that narrowed redactions and reasons for sealing will be discussed in depth in a forthcoming motion;

- The Parties shall file sealing papers and updated versions of plaintiff's Reply and plaintiff's accompanying class expert reports with narrowly tailored redactions on November 2, 2026.

Dated: June 26, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**